# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| | § | |
| **Debtor.** | § | |

## LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

Spherature Investments LLC (the "**Debtor**") hereby files this list of creditors holding the 40 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

DATED: 12/21/2020

Respectfully submitted by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**LIST OF CREDITORS WHO HAVE THE
40 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

The above-captioned debtor and its debtor affiliates (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "Top 40 List"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim."

Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders**   12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).

Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Franklin Street Properties Corp, 33037 Collection Center Drive, ,Chicago IL 60693, USA | Christine Villar, 781.557.1377, cvillar@fspreit.com | Rent | | | | $1,784,242.69 |
| KGS Services LLC, 2504 Beacon Crest Dr , ,Plano TX 75093-4226, United States | KGS Services LLC, (214) 597-9263, waynetnugent@yahoo.com | Notes payable | | | | $1,773,430.78 |
| Phelps Dunbar LLP, Post Office Box 974798, ,Dallas TX 75397, USA | Haley R. Sylvester, 251-441-8218, haley.sylvester@phelps.com | Professional Services | | | | $1,760,727.40 |
| Tayjak Enterprises, 3308 Preston Road 350-154, ,Plano TX 75093, USA | Dan Stammen, 214-228-0669, dan.stammen@verizon.net | Notes payable | | | | $1,722,111.00 |
| BG Enterprises, LLC, 15707 Coit Rd Ste C-210, ,Dallas TX 75248, USA | Bill Gouldd, ,billgouldd@me.com | Professional Services | | | | $1,128,848.03 |
| Cani Enterprises, LLC/ Matthew Morris, 4008 Beverly Drive, ,Carrollton TX 75010, USA | Matt Morris, 972-740-2408, matt@mattmorris.com | Professional Services | | | | $850,000.00 |
| Nancy Lieberman Enterprises, 5756 Quebec Lane, ,Plano TX 75024, USA | Nancy Liberman, 214-924-3784, nancy@nancylieberman.com | Professional Services | | | | $388,923.16 |
| Working Solutions, 19111 Dallas Pkwy #180, ,Dallas TX 75287, USA | Mika Washington, 972-964-4800, mwashington@workingsol.com | Professional Services | | | | $227,934.55 |
| WorldVentures Foundation, 5100 Tennyson Parkway, ,Plano TX 75024, USA | Eddie Head, 310-595-6954, ehead@wvholdings.com | Donations | X | | | $209,281.00 |
| Montgomery Capital Advisors, LLC, 2500 Dallas Parkway ,Suite 300, ,Plano TX 75093, USA | Tom Montgomery, 214-509-5042, tmontgomery@mca-texas.com | Professional Services | | | | $190,000.00 |
| West Publishing Corporation dba Thomson Reuters - West, West Payment Center P.O. Box 6292, ,Carol Stream IL 60197, USA | Accounts Receivable, 800-522- 0552, west.arpaymentcenter@thomsonrueters.com | Professional Services | | | | $131,959.79 |
| Patrick Mirandah Co, SUITE 3B-19-3, Level 19, Block 3B,Plaza Sental, Jalan Stesen Sentral 5, ,Putrajaya , MYS | Yan Chongshuo, chongshuo.yan@mirandahlaw.com, +65 6336 4679 | Professional Services | | | | $129,878.78 |
| Wm. Charles Bundren & Associates Law Group PLLC, 2591 Dallas Pkwy Suite 300, ,Frisco TX 75034, USA | Charles Bundren, 214-808-3555, charles@bundrenlaw.net | Professional Services | | | | $122,686.78 |
| Baker Tilly Virchow Krause LLP (MCG), PO Box 78975, ,Milwaukee WI 53278, USA | Jeanette Musacchio, 972-989-2836, Jeanette.Musacchio@bakertilly.com | Professional Services | | | | $107,806.23 |
| TNS US LLC DBATNSCustom Research Inc, 3333 Warrenville Rd, Ste 400, ,Lisle IL 60532, | Accounts Receivable, , accountsreceivable-NAmerica@tnsglobal.com | Professional Services | | | | $103,942.49 |

| Creditor | Contact | Nature | | | | Amount |
|---|---|---|---|---|---|---|
| InContact, Inc, 75 West Town Ridge Parkway Tower 1, ,Sandy UT 84070, USA | Ken Johnson, 800-399-0928, ken.johnson@niceincontact.com | Professional Services | | | | $100,867.04 |
| Wayne Nugent, 2504 Beacon Crest Drive, ,Plano TX 75093-4226, USA | Wayne Nugent, 214-597-9263, wayne@worldventures.co | Expenses | | | | $88,789.10 |
| Stratus Audio Inc (Optimal Phone), PO Box 675007, ,Detroit MI 48267, USA | Tammy Lawson, 727-205-1653, TLawson@stratusvideo.com | Professional Services | | | | $79,283.16 |
| Smartling, Inc., 1375 Broadway 14th Floor, ,New York NY 10018, USA | Jack Welde, 646-493-9494, jack@smartling.com | Professional Services | | | | $69,253.10 |
| Taylor Wessing LLP, Parnassusweg 807, 1082 LZ,Amsterdam , Netherlands | Ioana Radu, +44 20 3077 7242, I.Radu@taylorwessing.com | Professional Services | | | | $59,979.29 |
| Onit, Inc, 601 Sawyer Ste 750, ,Houston TX 77077, USA | York Richards, 1-800-281-1330, | Professional Services | | | | $53,654.97 |
| Century Link, P.O. Box 910182, ,Denver CO 80291, USA | Sperry, Belinda, 720-888-0741, Belinda.Sperry@centurylink.com | Professional Services | | | | $53,578.86 |
| Qualtrics, LLC, 400 Qualtrics Dr, ,Provo UT 84604, USA | Katie Burke, 469.850.6684, kburke@qualtrics.com | Professional Services | | | | $49,000.00 |
| BlueCross BlueShield /Health Care Service Corp, P.O. Box 731428, ,Dallas TX 75373, USA | Claudia Nichols, claudia_nichols@bcbstx.com, 9727669322 | Employee Benefits | | | | $48,262.98 |
| Dave Watson, 9029 S Yosemite # 2303,Lone Tree, Co 80124, ,Littleton CO 80124, USA | Dave Watson, 1-507-312-0290, davewatson22@hotmail.com | Professional Services | | | | $47,276.00 |
| Inland Revenue Department (Hong Kong), 5 Gloucester Road , ,Wan Chai  , HKG | , 2594-1272, taxpf@ird.gov.hk | Tax | | | | $46,480.96 |
| Lionbridge Technologies, Inc, PO Box 347579, ,Pittsburgh PA 15251, USA | Francis Brown, 978-964-9559, Francis.Brown@lionbridge.com | Professional Services | | | | $46,072.56 |
| Abbrivo international, LLC dba International Translating Company, 299 So Main Street, STE 1300, ,Salt Lake City UT 84111, USA | Daniel Doxey, 214-649-3213, daniel.doxey@internationaltranslating.com | Professional Services | | | | $45,451.41 |
| Adobe Systems Inc, 29322 Network Place, ,Chicago IL 60673, USA | Shrabonti Das, 720-472-7054, shrdas@adobe.com | Professional Services | | | | $40,749.03 |
| Harris Rothenberg International, Inc. dba Humana Wellness, 500 West Main Street, ,Louisville KY 40202, USA | Becky Carrier, 502-580-5914, rcarrier@humana.com | Professional Services | | | | $39,992.74 |
| 2nd Watch, Inc, 2310 North Molter, Ste 103, ,Liberty Lake WA 99019, USA | Jayme Brown,,jabrown@2ndwatch.com | Professional Services | | | | $38,122.03 |
| O.C. Tanner Recognition Company, PO BOX 410023, ,Salt Lake City UT 84141, USA | Becky Naster, 801 493 3129, Becky.Nester@octanner.com | Professional Services | | | | $37,879.20 |
| Rapid7 LLC, 100 Summer Street, 13th Floor, ,Boston MA 02110, USA | Jessica Fernandez, 866-390-8113, jessica_fernandez@rapid7.com | Professional Services | | | | $37,365.00 |
| Optimum Technologies, LLC, 1955 S. Val Vista Dr 118, ,Mesa AZ 85204, USA | Simon Chatfield, 480.776.6390, simon@optimumhq.com | Professional Services | | | | $36,770.00 |
| Judin Combrinck Inc, The Wanderers Office Park,2nd Floor, the  Pavillion,52 Corlett Drive ,Illova Sandton 2196, ZAF | Michael Judin, +27-83-300-5000, michael@elawnet.co.za | Professional Services | | | | $33,872.97 |
| Ruder Finn, Units C-E 24/F Neich Tower, 128 Gloucester Road,Hong Kong  , HKG | Ian Glover, 646-757-6106, GloverI@ruderfinn.com | Professional Services | | | | $33,000.00 |
| VersionOne, Inc, 6220 Shiloh Road, Ste 400, ,Alpharetta GA 30005, USA | CollabNet Version 1, +1 (678)268-3320, | Professional Services | | | | $26,191.62 |
| CCH Incopoated c/o Wolters Kluwer, 2700 Lake Cook Road, ,Deerfield IL 60015, USA | David Durst, 1-888-336-6670, david.durst@wolterskluwer.com | Professional Services | | | | $24,899.28 |
| Winstead PC | Winstead PC, 2728 N. Harwood St Ste 500, ,Dallas TX 75201, USA | Professional Services | | | | $24,039.58 |