Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL FOR THE DEBTORS**
**AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **SPHERATURE INVESTMENTS LLC,** § | **Case No.: 20-42492** |
| *et al.* § | |
| § | |
| **Debtors.**[1] § | **Joint Administration Requested** |

**AGENDA FOR FIRST DAY MATERS**
**SCHEDULED FOR HEARING ON DECEMBER 30, 2020 AT 10 AM (CT)**

Spherature Investments LLC ("**Spherature**"), together with its affiliates identified herein, as debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby submit this Agenda for the following matters set for emergency "first day" hearings on December 30, 2020 @ 10 am (CT) in the above captioned cases. Each of the matters listed below are going forward and may be called in a different order than listed below, subject to the Court's preference and administrative proceedings at the hearing.

1. Motion for Joint Administration [Dkt. 3]

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 5100 Tennyson Parkway, Plano, TX 75024.

**AGENDA FOR MATERS SCHEDULED FOR HEARING ON DECEMBER 30, 2020**

2. Notice of Complex Case Designation [Dkt. 7]

3. Motion to Extend Time to File Schedules and Statements [Dkt. 8]

4. Motion to Establish Complex Case Notice Procedures [Dkt. 9]

5. Motion to Maintain Prepetition Insurance Policies [Dkt. 10]

6. Motion to Honor Prepetition Obligations to Customers [Dkt. 13]

7. Motion to Pay Prepetition Priority Taxes [Dkt. 17]

8. Motion to Pay Prepetition Wages, Salaries and Commissions [Dkt. 16]

9. Motion to Use Cash Collateral [Dkt. 18]

10. Motion to Prohibit Utilities from Discontinuing Service and Providing Utilities with Adequate Assurance [Dkt. 19]

11. Motion to Maintain Treasury and Cash Management Systems [Dkt. 21]

DATED: December 23, 2020

Respectfully submitted by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 23, 2020, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Thomas C. Scannell*
Thomas C. Scannell