## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,[1]** | § | **Case No.: 20-42492** |
| | § | |
| Debtors. | § | **Joint Administration Requested** |

## ORDER GRANTING JOINT ADMINISTRATION OF CASES

Pending before the Court is the *Motion for Order Authorizing Joint Administration of Chapter 11 Cases* (the "**Motion**")[2] filed by the Debtors in the above-captioned Cases.

Having reviewed the Motion and after due deliberation and consideration, the Court finds as follows: the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 105; that consideration of the Motion is a core proceeding within the meaning of 28 U.S.C. § 157(b); that venue is proper before this Court pursuant to 28 U.S.C.§§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, and no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; that joint administration of the Debtors' Cases is appropriate pursuant to Rules 1015(b) and (c) of the Federal Rules of Bankruptcy Procedure; that cause exists to grant the relief requested in the Motion to the extent set forth below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby:

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

[2] Capitalized terms not otherwise defined herein have the definitions ascribed in the Motion.

1.     **ORDERED** that the Motion is **GRANTED** to the extent set forth herein.

2.     **ORDERED** that any and all objections to the Motion are hereby resolved, withdrawn, denied and/or overruled.

3.     **ORDERED** that the Debtors' Cases shall be and hereby are consolidated for procedural purposes only and shall be jointly administered under the case number assigned to Spherature Investments LLC, Case No. 20-42492.

4.     **ORDERED** nothing in this Order shall be construed or deemed to be a substantive consolidation of the Debtors.

5.     **ORDERED** that one docket shall be maintained for the Debtors' Cases, under the case number assigned to Spherature Investments LLC, Case No. 20-42492.

6.     **ORDERED** that all pleadings for any of the Debtors' Cases shall use the joint caption below, and shall be filed in the Spherature Investments LLC, Case No. 20-42492.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,**[3] | § | **Case No.: 20-42492** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

7.     **ORDERED** that a notation shall be made on the dockets of each of the Debtors' Cases substantially as follows:

---

[3] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

The Bankruptcy Court has entered an order in accordance with Federal Rule of Bankruptcy Procedure 1015(b) that provides for the joint administration of the Chapter 11 Cases of Spherature Investments LLC, et al. and its debtor-in-possession affiliates (including Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220) solely for procedural purposes. The docket in Spherature Investments LLC, Case No. 20-42492 should be consulted for all matters affecting the above-listed cases, which includes this case.

8.    **ORDERED** that United States Trustee shall conduct joint informal meetings with Debtors, if required, and a joint first meeting of creditors, if required.

9.    **ORDERED** that that notices to creditors and other parties in interest should be combined for all Debtors.

10.    **ORDERED** that each of the Debtors shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs and, as applicable, Lists of Equity Security Holders.

11.    **ORDERED** that all proofs of claim shall be filed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

12.    **ORDERED** that separate claims registers shall be maintained for each of the Debtors.

13.    **ORDERED** that the Debtors shall file separate monthly operating reports required by the United States Trustee for each of the Debtors in their separate respective Cases, in a format acceptable to the United States Trustee.

14.    **ORDERED** that one chapter 11 plan and disclosure statement may be filed for all of Debtors' Cases by any plan proponent.

15.     **ORDERED** that parties may request joint hearings on matters pending in any of the jointly administered Cases.

16.     **ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

17.     **ORDERED** that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Signed on 12/30/2020

*Brenda T. Rhoades*   SR   —

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted and Prepared by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**