United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas  75702
(903) 590-1450

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: § | Chapter 11 | |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | Case No.: 20-42492 | |
| *et al.* § | | |
| § | | |
| Debtors.[1] § | Jointly Administered | |

**APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE**

The United States Trustee, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Christine Villar
FSP Legacy Tennyson Center, LLC
401 Edgewater Place, Suite 200
Wakefield, MA 01880
781-557-1377
Cvillar@fspreit.com

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 5100 Tennyson Parkway, Plano, TX 75024.

Melody Yiro
c/o Lindemann Law Firm
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
310-279-5269
blake@lawbl.com

Peter Powderham
Lavender OAST
Lavender Fields
Isfield, East Sussex
TN22 SFB
United Kingdom
44-797-100-1000
petepowderham@gmail.com

Efrosyni Adamides
22 Archbishop Makarios Street
Nicosia, 2722
Cyprus
357-9655-6557
efrosyni@adamides.net

David Watson
9029 S. Yosemite #2303
Lone Tree, CO 80124
507-312-0290
Davewatson22@hotmail.com

Dated: January 22, 2021                           Respectfully submitted,

                                                  William T. Neary
                                                  United States Trustee

                                                  */s/ Marc Salitore*
                                                  Trial Attorney
                                                  Texas Bar 24029822
                                                  300 Plaza Tower
                                                  110 N. College
                                                  Tyler, Texas   75702
                                                  (903) 590-1450 Ext. 218

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, or by electronic mail, no later than January 22, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Marc Salitore*
　　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney

**DEBTORS**
Spherature Investments LLC et al.
5100 Tennyson Parkway
Plano, TX 75024

**DEBTORS' COUNSEL**
Stephen Austin Jones
Foley & Lardner LLP
2021 McKinney Ave
Ste 1600
Dallas, TX 75201

**COMMITTEE MEMBERS**
Christine Villar
FSP Legacy Tennyson Center, LLC
401 Edgewater Place, Suite 200
Wakefield, MA 01880
781-557-1377
Cvillar@fspreit.com

Melody Yiro
c/o Lindemann Law Firm
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
310-279-5269
blake@lawbl.com

Peter Powderham
Lavender OAST
Lavender Fields
Isfield, East Sussex
TN22 SFB
United Kingdom
44-797-100-1000
petepowderham@gmail.com

Efrosyni Adamides
22 Archbishop Makarios Street
Nicosia, 2722
Cyprus
357-9655-6557
efrosyni@adamides.net

David Watson
9029 S. Yosemite #2303
Lone Tree, CO 80124
507-312-0290
Davewatson22@hotmail.com