UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:
Spherature Investments LLC                    Case No. 20-42492 btr
5100 Tennyson Parkway                         Chapter: 11
Plano, TX 75024
EIN: 20-4665471
Debtor

et al.                                        Joint Administration

## ORDER APPROVING APPLICATION
## FOR ADMISSION PRO HAC VICE

ON January 27, 2021, an application was filed by Matthew P. Goren (the Applicant) for admission to practice before this Court *pro hac vice* (the "Application") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac vice* basis. Accordingly, good cause exists for the entry of the following order:

**IT IS THERFORE ORDERED** that the Application for Pro Hac Vice Admission filed on January 27, 2021 by Matthew P. Goren is **GRANTED**, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

Signed on 2/1/2021

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE