Michael D. Warner (TX Bar No. 00792304)
Ayala Hassell (TX Bar No. 01009800)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
ahassell@pszjlaw.com
bwallen@pszjlaw.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et al.*,[1] | § | Case No.: 20-42492 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears on behalf of the Official Committee of Unsecured Creditors (the "Committee"), and request copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Committee by and through its counsel, as follows:

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

Michael D. Warner, Esq.
Ayala Hassell, Esq.
Steven W. Golden, Esq.
Benjamin L. Wallen, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 400
Houston, TX 77002
Telephone: (713) 691-9385
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com
Email: sgolden@pszjlaw.com
Email: bwallen@pszjlaw.com

-And-

Robert J. Feinstein, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: February 3, 2021             Respectfully submitted,

/s/ Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
Ayala Hassell (TX Bar No. 01009800)
Steven W. Golden (TX Bar No. 24099681)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANGE ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com
Email: sgolden@pszjlaw.com
Email: bwallen@pszjlaw.com

-And-

Robert J. Feinstein, Esq. (*Pro Hac Vice* to be submitted)
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2021, a true and correct copy of the foregoing Notice of Appearance was served by this Court's CM/ECF to all parties that are registered to receive such notice in the above cases.

                                                     */s/ Michael D. Warner*
                                                     Michael D. Warner