Michael D. Warner (TX Bar No. 00792304)
Ayala Hassell (TX Bar No. 01009800)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
ahassell@pszjlaw.com
bwallen@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*,[1] | § § § | Case No.: 20-42492 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF FILING WITNESS AND EXHIBIT LIST
## FOR FEBRUARY 16, 2021 HEARING

The Official Committee of Unsecured Creditors (the "Committee") hereby submits the following Witness and Exhibit List for the hearing scheduled on February 16, 2021 at 2:30 p.m. (CT), in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases") before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, 660 North Central Expressway, Plano, Texas 75074.

## WITNESS LIST

The Committee may call the following witnesses:

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

61208/0002-21693454v1

1. Erik Toth, Chief Restructuring Officer, Spherature Investments LLC.

2. Thomas A. Montgomery, Member, MCA.

3. Any witness listed, offered, or called by any other party, including the Debtors.

4. Any witness required for rebuttal or impeachment.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Amended and Restated Note and Warrant Purchase Agreement, dated December 31, 2019 | | | | |
| 2. | Amended and Restated Security Agreement, dated December 31, 2019 | | | | |
| 3. | Initial UCC Financing Statement re WorldVentures Holdings LLC; Nev. Sec. of State Doc. Filing No. 2018006297-2 | | | | |
| 4. | UCC Financing Statement Amendment re WorldVentures Holdings, LLC name change to Spherature Investments, LLC; Nev. Sec. of State Doc. Filing No. 2020131714-7 | | | | |
| 5. | Initial UCC Financing Statement re Rovia, LLC; Nev. Sec. of State Doc. Filing No. 2018006298-4 | | | | |
| 6. | Initial UCC Financing Statement re WorldVentures Marketing Holdings, LLC; Nev. Sec. of State Doc. Filing No. 2018006296-0 | | | | |
| 7. | Initial UCC Financing Statement re WorldVentures Marketplace, LLC; Nev. Sec. of State Doc. Filing No. 2018006294-6 | | | | |
| 8. | Initial UCC Financing Statement re WorldVentures Marketing, LLC; Nev. Sec. of State Doc. Filing No. 2018006295-8 | | | | |
| 9. | Initial UCC Financing Statement re WorldVentures Services, LLC; Nev. Sec. of State Doc. Filing No. 2018006293-4 | | | | |
| 10. | Declaration of Thomas A. Montgomery | | | | |
| 11. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 12. | Any exhibits necessary for rebuttal. | | | | |

The Committee reserves the right to modify, amend or supplement this Exhibit and Witness List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior

2

61208/0002-21693454v1

to the February 16, 2021 Hearing.  Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Dated: February 11, 2021

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Ayala Hassell (TX Bar No. 01009800)
Steven W. Golden (TX Bar No. 24099681)
Benjamin L. Wallen (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com
Email: sgolden@pszjlaw.com
Email: bwallen@pszjlaw.com

-And-

Robert J. Feinstein, Esq. (Admitted *Pro Hac Vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner

61208/0002-21693454v1