Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com
sajones@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **SPHERATURE INVESTMENTS LLC,** § | | **Case No.: 20-42492** |
| *et al.* § | | |
| § | | |
| **Debtors.**[1] § | | **Jointly Administered** |

## NOTICE OF APPOINTMENT OF STRETTO
## AS CLAIMS, NOTICING, AND BALLOTING AGENT

**PLEASE TAKE NOTICE** of the following information, as it may affect your rights with respect to the above-captioned bankruptcy cases:

On December 21, 2020, Spherature Investments LLC ("**Spherature**") (Case No. 20-42492), and the following Spherature affiliates (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Texas (the "**Bankruptcy Court**"): Rovia, LLC ("**Rovia**") (Case No. 20-42493); WorldVentures Marketing, LLC ("**WV Marketing**") (Case No. 20-42494); WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") (Case No. 20-42495); WorldVentures Marketplace, LLC ("**WV Marketplace**") (Case No. 20-42496); and WorldVentures Services, LLC ("**WV Services**") (Case No. 20-42497). These cases are being jointly administered under Case No. 20-42492, *In re Spherature Investments LLC, et al.* (the "**Lead Case**").

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 5100 Tennyson Parkway, Plano, TX 75024.

**NOTICE OF APPOINTMENT OF STRETTO AS CLAIMS, NOTICING, AND BALLOTING AGENT**

On December 31, 2020, the Bankruptcy Court entered a *Notice of Chapter 11 Bankruptcy Case* [Docket No. 58] (the "**Chapter 11 Notice**"), establishing a deadline for filing proofs of claim against the Debtors as **April 20, 2021** for all creditors, and **June 21, 2021** for governmental creditors (the "**Bar Dates**").

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, https://cases.stretto.com/Spherature/, or any bankruptcy clerk's office. Any creditor holding any type of claim against one or more of Debtors that arose prior to the Debtors' December 21, 2020 bankruptcy petition date, including secured claims, unsecured priority claims, and unsecured non-priority claims, must file any applicable proof of claim in the specific case of the Debtor to which the claim applies. Therefore, any creditor choosing to file a claim against one or more of the Debtors must file that claim (on or before the applicable Bar Date) under the applicable specific case number (provided above) and not in the Lead Case, unless the claim specifically pertains to Debtor, Spherature Investments LLC.

The initial Chapter 11 Notice, entered on December 31, 2020 [Docket No. 58], provided the following with respect to filing proofs of claim:

> Your claim will be allowed in the amount scheduled unless:
> - your claim is designated as *disputed*, *contingent*, or *unliquidated*;
> - you file a proof of claim in a different amount; or
> - you receive another notice.
>
> If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. . . .
>
> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

Each of the Debtors' schedules may be viewed at the bankruptcy clerk's office, online at www.pacer.gov, or online (free of at charge) at https://cases.stretto.com/Spherature/.

On February 25, 2021, the Bankruptcy Court entered an order authorizing the Debtors to retain Stretto ("**Stretto**") as the claims, noticing, and balloting agent in these bankruptcy cases, and pursuant to the Bankruptcy Court's order, Stretto will now maintain the official claims registry for these bankruptcy cases [Docket No. 149].

Going forward, any proof of claim to be filed against a Debtor should be delivered (in original, signed form) by hand, delivery service, or first-class mail to Stretto at the following address for processing:

> Spherature Claims Processing
> c/o Stretto
> 410 Exchange, Suite 100
> Irvine, CA 92602

If you prefer, you may file your proof of claim electronically by visiting Stretto's website for these bankruptcy cases at https://cases.stretto.com/Spherature, selecting the "File a Claim" button, and following the instructions provided on the site. Finally, a proof of claim may also be delivered (by mail or by hand) to the Bankruptcy Court at 660 North Central Expressway, Suite 300B, Plano, Texas 75074 for forwarding to Stretto. Any claims already on file with the Bankruptcy Court will be transferred to Stretto without the need for further action by the filer to effectuate a transfer. If you have already filed a proof of claim with respect to one or more of the Debtors in these cases, you do not need to refile a proof of claim based solely on the Bankruptcy Court's order appointing Stretto as claims, noticing, and balloting agent. A proof of claim will be deemed timely filed only if actually received by Stretto, or the Bankruptcy Court, (i) at the applicable address listed above or (ii) electronically through Stretto's website, on or before the applicable Bar Date of either **April 20, 2021** for all creditors, or **June 21, 2021** for governmental creditors.

The Chapter 11 Notice, a proof of claim form, the Debtors' schedules, and all other pleadings and filings in these bankruptcy cases can be viewed and downloaded free of charge at the following website: https://cases.stretto.com/Spherature.

Any questions regarding this notice may be directed to Stretto at (855)205-7196 (toll-free) or (949)527-2232 (international), or by email at TeamSpherature@stretto.com.

Any creditor inquiries regarding these bankruptcy cases creditor may be directed at Pachulski Stang Ziehl & Jones LLP, proposed counsel for the Official Committee of Unsecured Creditors: c/o Steven W. Golden, (212)561-7715, or sgolden@pszjlaw.com. Any creditor may also visit the following website established by proposed counsel for the Official Committee of Unsecured Creditors for additional information regarding these bankruptcy cases: https://www.pszjlaw.com/spherature.html.

Any inquires regarding the Debtors may be directed at Foley & Lardner LLP, counsel for the Debtors: c/o Thomas C. Scannell, (214)999-3000, or tscannell@foley.com.

DATED: February 25, 2021        Respectfully submitted by:

/s/ *Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com
sajones@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 25, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

/s/ *Stephen A. Jones*
Stephen A. Jones