IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et. al.* | § | |
| | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**ORDER GRANTING MOTION UNDER BANKRUPTCY RULE 2004 COMPELLING (I) EXAMINATION OF GROUPLY VENTURES, LLC, TOP TIER TRAVEL, INC., AND VIRGINIA TRASK AND (II) FOR PRODUCTION OF DOCUMENTS**

This matter having come before this court on the *Motion for Order Under Bankruptcy Rule 2004 Compelling the (I) Examination of Grouply Ventures, LLC, Top Tier Travel, Inc., and Virginia (Gini) Trask, and (II) Production of Documents* (the "*Motion*")[2] filed by Spherature Investments LLC ("**Spherature**"), together with its affiliates identified herein (collectively, the "**Debtors**"), the Debtors and debtors-in-possession in the above captioned chapter 11 cases (the "**Cases**").

The Court, having reviewed the Motion, and it appearing that this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 5100 Tennyson Parkway, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**ORDER GRANTING MOTION UNDER BANKRUPTCY RULE 2004 COMPELLING EXAMINATION AND PRODUCTION OF DOCUMENTS**

PAGE 1

§§ 1408 and 1409; and that due and proper notice to all parties in interest was appropriate and provided under the circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their Estates and the creditors thereof, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** to the extent provided herein.

2. A representative of Grouply Ventures, LLC, Top Tier Travel, Inc. shall appear and testify pursuant to the Motion at a mutually agreeable time and place determined by the examinees and the Debtors.

3. Virginia (Gini) Trask shall appear and testify pursuant to the Motion at a mutually agreeable time and place determined by the examinee and the Debtors.

4. Grouply Ventures, LLC, Top Tier Travel, Inc,, and Virginia (Gini) Trask shall produce to the Debtors all of the documents in their possession, custody, or control that are described in **Exhibit F** to the Motion, not later than seven (7) days before the date of the examination.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Debtors are authorized, but not directed, to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this order.

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**Submitted and Prepared by:**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com
sajones@foley.com

**PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**