Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 20–42492
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Spherature Investments LLC

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic hearing will be held on

*Tuesday, March 16, 2021*

at

*02:30 PM*

to consider and act upon document 125 – Motion Of The Official Committee Of Unsecured Creditors For An Order Clarifying The Requirements To Provide Access To Confidential Or Privileged Information Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Warner, Michael) filed as document number 125 .

Conference Telephone Number: 1–888–675–2535
Conference Access Code: 4225607
Conference Security Code: 1799

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing.

Dated: Wednesday, March 10, 2021

Jason K. McDonald
Clerk, U.S. Bankruptcy Court