Sheldon E. Richie
State Bar No. 16877000
srichie@rg-austin.com
Matthew M. Cowart
State Bar No. 24007044
mcowart@rg-sanantonio.com
100 Congress Avenue, Suite 1750
Austin, Texas  78701
512-236-9220 telephone
512-236-9230 fax
**COUNSEL FOR RAYMOND BRAUN, JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER,  LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF**

**IN THE UNITED STATES BANKRUPT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| **SPHERATURE INVESTMENTS LLC,** | § | |
| *et al.*, | § | **Case No. 20-42492** |
| | § | |
| DEBTORS | § | **Jointly Administered** |

**NOTICE OF APPEARANCE OF COUNSEL AND
REQUEST FOR SERVICE OF DOCUMENTS**

Please take notice that Sheldon E. Richie and Matthew M. Cowart of the firm of Richie & Gueringer, P.C., enters their appearance as attorneys for on behalf of Creditors JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, and MARTIN RUOF in this proceeding, and, pursuant to Fed. R. Bankr. P. 2002, requests that

their name be added to the mailing list maintained by the Clerk in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

**Sheldon E. Richie**
**State Bar No. 16877000**
**srichie@rg-austin.com**
**Matthew M. Cowart**
**State Bar No. 24007044**
**mcowart@rg-sanantonio.com**
**Richie & Gueringer, P.C.**
**100 Congress Avenue, Suite 1750**
**Austin, Texas  78701**
**512-236-9220 telephone**
**512-236-9230 fax**

Please take further notice that this request includes the notices and papers referred to in Fed. R. Bankr. P. 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, phone, telegraph, telex, or otherwise.

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any rights: (1) to have final orders in non-core matters entered only after de novo review by a United States District Court; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate.

DATED: March 9, 2021.

Respectfully submitted,

*/s/ Matthew M. Cowart*
Sheldon E. Richie
State Bar No. 16877000
srichie@rg-austin.com
Matthew M. Cowart
State Bar No. 24007044
mcowart@rg-sanantonio.com
100 Congress Avenue, Suite 1750
Austin, Texas  78701
512-236-9220 telephone
512-236-9230 fax
**COUNSEL FOR RAYMOND BRAUN, JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Matthew M. Cowart*
Matthew M. Cowart