Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com
sajones@foley.com

**COUNSEL FOR THE DEBTORS**
**AND DEBTORS-IN-POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| *et al.*, | § | |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 11, 2021, the Debtors in the above-captioned

cases (the "**Cases**") filed an *Agreed Motion to Continue March 16, 2021 Hearing* (the "**Motion**

**for Continuance**").

**PLEASE FURTHER TAKE NOTICE** that the Honorable Brenda T. Rhoades,

Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the

"**Court**") granted the Motion for Continuance [Docket No. 174] and has rescheduled the March

16, 2021 hearing (the "**Hearing**") on the *Emergency Motion for Interim and Final Orders*

*Granting Use of Cash Collateral and Scheduling Final Hearing* (the "**Cash Collateral Motion**")

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

[Docket No. 18]; *Motion for Entry of an Order (I) Authorizing and Approving: (A) Bid Procedures; (B) Stalking Horse Bidder and Bid Procedures; and (C) Form and Manner of Notices; (II) Scheduling and Auction and Sale Hearing; (III) Approving the Sale of Substantially All the Assets of the Debtors, Free and Clear of All Liens, Claims Encumbrances and Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief* (the "**Bid Procedures Motion**") [Docket No. 92]; and *Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* (the "**Committee Information Motion**") [Docket No. 125].

**PLEASE TAKE FURTHER NOTICE** that the Court has now scheduled the Hearing on the Cash Collateral Motion, Bid Procedures Motion, and the Committee Information Motion for **March 25, 2021 at 1:30 PM (CT)**. Parties are instructed to dial **1-888-675-2535, use Access No. 4225607 and Security No. 1799**, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

**PLEASE TAKE FURTHER NOTICE** that the all of the pleadings filed in these Cases and supporting papers are available on the Court's website at https://ecf.txeb.uscourts.gov/ and on the Debtors' proposed claims agent's website at https://cases.stretto.com/Spherature. You can also request any pleading you need from counsel for the Debtors at: Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Avenue, Suite 1600, Dallas, Texas 75201 (tscannell@foley.com).

DATED: March 12, 2021                    Respectfully submitted by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com
sajones@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 12, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

*/s/ Stephen A. Jones*
Stephen A. Jones