IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| *et al.*,[1] | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER AUTHORIZING AND APPROVING THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENTOF B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR EFFECTIVE AS OF FEBRUARY 2, 2021

Upon consideration of the *Application of the Official Committee of Unsecured Creditors of the Debtors to Retain and Employ B. Riley Advisory Services as Financial Advisor Effective as of February 2, 2021* (the "**Application**"),[2] pursuant to sections 327, 328, and 1103(a) Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Texas (the "**Local Rules**"), for an order authorizing and approving the retention and employment of GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services ("**B. Riley**"), as financial advisor for the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned Debtors (the "**Debtors**") in these chapter 11 cases; and upon consideration of the declaration of Wayne P. Weitz in support of the Application filed by the Committee; and the Court having jurisdiction to

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

25970/2
02/19/2021 18477355.1
DOCS_NY:42303.1 80687/001

consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties in interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED**.

2. The Committee is authorized to retain and employ B. Riley as financial advisor to the Committee effective as of February 2, 2021. In the alternative, to the extent retention of B. Riley as of February 2, 2021 is not permitted under applicable law, B. Riley shall be retained as of the earliest date permitted under law; provided, however, that B. Riley may seek compensation for work performed and expenses incurred as of and after February 2, 2021 even where the effective date of its retention occurs thereafter. Subject to Court approval, B. Riley may be compensated for services rendered and reimbursed for expenses incurred beginning on February 2, 2021.

3. B. Riley shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' cases as set forth in the Application and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

4. The Committee and B. Riley are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

- 3 -

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Signed on 3/15/2021

*Brenda T. Rhoades* YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE