# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## CERTIFICATE OF NO OBJECTION
**[Related Docket No. 125]**

The undersigned hereby certifies as follows:

1. The *Motion of The Official Committee Of Unsecured Creditors For An Order Clarifying The Requirements To Provide Access To Confidential Or Privileged Information* [Docket No. 125] (the "**Motion**") was filed by The Official Committee Of Unsecured Creditors ("**Committee**") on February 9, 2021.

2. The Debtors have reviewed the Motion and the proposed form of order attached to the Motion. The Debtors do not oppose the Court's entry of the proposed form of order attached to the Motion.

3. The Debtors reserve all rights with respect to the Motion, the proposed form of order attached to the Motion, any proceedings to consider the relief requested in the Motion, and any order entered in response to the relief requested in the Motion.

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

Dated: March 17, 2021						Respectfully submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on March 17, 2021, a true and correct copy of this document was served via CM/ECF-electronic mail on the parties receiving electronic notice in this case.

*/s/ Thomas C. Scannell*
Thomas C. Scannell