Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com
sajones@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

### NOTICE OF APPOINTMENT OF STRETTO
### AS CLAIMS, NOTICING, AND BALLOTING AGENT
### AND NOTICE OF BAR DATE FOR SUBMITTING PROOFS OF CLAIM

**PLEASE TAKE NOTICE** of the following information, as it may affect your rights with respect to the above-captioned bankruptcy cases:

On December 21, 2020, Spherature Investments LLC ("**Spherature**") (Case No. 20-42492), and the following Spherature affiliates (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Texas (the "**Bankruptcy Court**"): Rovia, LLC ("**Rovia**") (Case No. 20-42493); WorldVentures Marketing, LLC ("**WV Marketing**") (Case No. 20-42494); WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") (Case No. 20-42495); WorldVentures Marketplace, LLC ("**WV Marketplace**") (Case No. 20-42496); and WorldVentures Services, LLC (**"WV Services**") (Case No. 20-42497). These cases are being

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 5100 Tennyson Parkway, Plano, TX 75024.

**NOTICE OF APPOINTMENT OF STRETTO AS CLAIMS, NOTICING, AND BALLOTING AGENT AND
NOTICE OF BAR DATE FOR SUBMITTING PROOFS OF CLAIM**

jointly administered under Case No. 20-42492, *In re Spherature Investments LLC, et al.* (the "**Lead Case**").

On December 31, 2020, the Bankruptcy Court entered a *Notice of Chapter 11 Bankruptcy Case* [Docket No. 58] (the "**Chapter 11 Notice**"), establishing a deadline for filing proofs of claim against the Debtors as **April 20, 2021** for all creditors, and **June 21, 2021** for governmental creditors (the "**Bar Dates**"). However, if you have received this notice, please take notice that the Bankruptcy Court has entered an order extending your Bar Date for filing proofs of claim to **June 20, 2021**.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form is attached to this document and may also be obtained at www.uscourts.gov, https://cases.stretto.com/Spherature/, or any bankruptcy clerk's office. Any creditor holding any type of claim against one or more of Debtors that arose prior to the Debtors' December 21, 2020 bankruptcy petition date, including secured claims, unsecured priority claims, and unsecured non-priority claims, must file any applicable proof of claim in the specific case of the Debtor to which the claim applies. Therefore, any creditor choosing to file a claim against one or more of the Debtors must file that claim (on or before the applicable Bar Date) under the applicable specific case number (provided above) and not in the Lead Case, unless the claim specifically pertains to Debtor, Spherature Investments LLC.

The initial Chapter 11 Notice, entered on December 31, 2020 [Docket No. 58], provided the following with respect to filing proofs of claim:

> Your claim will be allowed in the amount scheduled unless:
> - your claim is designated as *disputed*, *contingent*, or *unliquidated*;
> - you file a proof of claim in a different amount; or
> - you receive another notice.
>
> If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. . . .
>
> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

Each of the Debtors' schedules may be viewed at the bankruptcy clerk's office, online at www.pacer.gov, or online (free of charge) at https://cases.stretto.com/Spherature/.

**NOTICE OF APPOINTMENT OF STRETTO AS CLAIMS, NOTICING, AND BALLOTING AGENT AND NOTICE OF BAR DATE FOR SUBMITTING PROOFS OF CLAIM**

4834-7869-4110.2

On February 25, 2021, the Bankruptcy Court entered an order authorizing the Debtors to retain Stretto ("**Stretto**") as the claims, noticing, and balloting agent in these bankruptcy cases, and pursuant to the Bankruptcy Court's order, Stretto will now maintain the official claims registry for these bankruptcy cases [Docket No. 149].

Going forward, any proof of claim to be filed against a one or more of the Debtors should be delivered (in original, signed form) by hand, delivery service, or first-class mail to Stretto at the following address for processing:

> Spherature Claims Processing
> c/o Stretto
> 410 Exchange, Suite 100
> Irvine, CA 92602

If you prefer, you may instead file your proof of claim electronically by visiting Stretto's website for these bankruptcy cases at https://cases.stretto.com/Spherature, selecting the "File a Claim" button, and following the instructions provided on the site. Finally, a proof of claim may also be delivered (by mail or by hand) to the Bankruptcy Court at 660 North Central Expressway, Suite 300B, Plano, Texas 75074 for forwarding to Stretto. Any claims already on file with the Bankruptcy Court will be transferred to Stretto without the need for further action by the filer to effectuate a transfer. If you have already filed a proof of claim with respect to one or more of the Debtors in these cases, you do not need to refile a proof of claim based solely on the Bankruptcy Court's order appointing Stretto as claims, noticing, and balloting agent. A proof of claim will be deemed timely filed only if actually received by Stretto, or the Bankruptcy Court, (i) at the applicable address listed above or (ii) electronically through Stretto's website, on or before the applicable Bar Date of either **April 20, 2021** for all creditors, or **June 21, 2021** for governmental creditors. However, if you have received this notice, your proof of claim must be submitted on or before the extended Bar Date proofs of claim of **June 20, 2021**.

The Chapter 11 Notice, a proof of claim form, the Debtors' schedules, and all other pleadings and filings in these bankruptcy cases can be viewed and downloaded free of charge at the following website: https://cases.stretto.com/Spherature.

Any questions regarding this notice may be directed to Stretto at (855)205-7196 (toll-free) or (949)537-2232 (international), or by email at SpheratureInquiries@stretto.com.

Any creditor inquiries regarding these bankruptcy cases may be directed at Pachulski Stang Ziehl & Jones LLP, proposed counsel for the Official Committee of Unsecured Creditors: c/o Steven W. Golden, (212)561-7715, or sgolden@pszjlaw.com. Any creditor may also visit the following website established by proposed counsel for the Official Committee of Unsecured Creditors for additional information regarding these bankruptcy cases: https://www.pszjlaw.com/spherature.html.

Any inquiries regarding the Debtors may be directed at Foley & Lardner LLP, counsel for the Debtors: c/o Thomas C. Scannell, (214)999-3000, or tscannell@foley.com.

**NOTICE OF APPOINTMENT OF STRETTO AS CLAIMS, NOTICING, AND BALLOTING AGENT AND NOTICE OF BAR DATE FOR SUBMITTING PROOFS OF CLAIM**

DATED: March 23, 2021        Respectfully:

                                     */s/ Marcus A. Helt*
                                     Marcus A. Helt (TX 24052187)
                                     Thomas C. Scannell (TX 24070559)
                                     Stephen A. Jones (TX 24101270)
                                     **FOLEY & LARDNER LLP**
                                     2021 McKinney Avenue
                                     Suite 1600
                                     Dallas, Texas 75201
                                     Telephone: (214) 999-3000
                                     Facsimile: (214) 999-4667
                                     mhelt@foley.com
                                     tscannell@foley.com
                                     sajones@foley.com

                                     **COUNSEL FOR THE DEBTORS**
                                     **AND DEBTORS-IN-POSSESSION**

**NOTICE OF APPOINTMENT OF STRETTO AS CLAIMS, NOTICING, AND BALLOTING AGENT AND NOTICE OF BAR DATE FOR SUBMITTING PROOFS OF CLAIM**

**PAGE 4**

4834-7869-4110.2

| Fill in this information to identify the case: | |
|---|---|
| Name of Debtor & Case Number: | |
| ☐ Spherature Investments LLC (Case No. 20-42492)<br>☐ Rovia, LLC (Case No. 20-42493)<br>☐ WorldVentures Marketing, LLC (Case No. 20-42494)<br>☐ WorldVentures Marketing Holdings, LLC (Case No. 20-42495) | ☐ WorldVentures Marketplace, LLC (Case No. 20-42496)<br>☐ WorldVentures Services, LLC (Case No. 20-42497) |
| United States Bankruptcy Court for the Eastern District of Texas | |

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**

   ☐ No
   ☐ Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Name

   Street Address

   City   State   ZIP Code

   Contact phone

   Contact email

   Where should payments to the creditor be sent? (if different)

   Name

   Street Address

   City   State   ZIP Code

   Contact phone

   Contact email

4. **Does this claim amend one already filed?**

   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☐ No
   ☐ Yes. Who made the earlier filing?

Official Form 410   **Proof of Claim**   page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ❏ No <br> ❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | How much is the claim? | $_____. Does this amount include interest or other charges? <br> ❏ No <br> ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaded, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _____ |
| 9. | Is all or part of the claim secured? | ❏ No <br> ❏ Yes.  The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ❏ Motor vehicle <br> ❏ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property**:  $_____ <br> **Amount of the claim that is secured:**  $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:**   $_____ <br><br> **Annual Interest Rate** (when case was filed)_____% <br> ❏ Fixed <br> ❏ Variable |
| 10. | Is this claim based on a lease? | ❏ No <br> ❏ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| 11. | Is this claim subject to a right of setoff? | ❏ No <br> ❏ Yes. Identify the property: _____ |

Official Form 410            **Proof of Claim**            page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☐ No

    ☐ Yes. *Check all that apply:*                                                                          **Amount entitled to priority**

    ☐ Domestic support obligations (including alimony and child support) under
    11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                                                  $_____

    ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for
    personal, family, or household use. 11 U.S.C. § 507(a)(7).                                              $_____

    ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the
    bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
    11 U.S.C. § 507(a)(4).                                                                                  $_____

    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                                 $_____

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).                                     $_____

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.                                     $_____

    * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        _____
            First name          Middle name          Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
            Number    Street
            _____
            City                              State     ZIP Code

Contact phone  _____   Email  _____

---

Official Form 410                          **Proof of Claim**                          page 3

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                            12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

    Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/Spherature/claims/

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**