United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## SECOND AMENDED APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

The United States Trustee, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Christine Villar
FSP Legacy Tennyson Center, LLC
401 Edgewater Place, Suite 200
Wakefield, MA 01880
781-557-1377
Cvillar@fspreit.com

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 5100 Tennyson Parkway, Plano, TX 75024.

David Watson
9029 S. Yosemite #2303
Lone Tree, CO 80124
507-312-0290
Davewatson22@hotmail.com

Randy Hanson
iCentris
707 W. 700 S
Woods Cross, UT 84087
801-383-3262
Randy.hanson@iCentris.com

Dated:  March 25, 2021                    Respectfully submitted,

                                          William T. Neary
                                          United States Trustee

                                          /s/ Marc Salitore
                                          Trial Attorney
                                          Texas Bar 24029822
                                          300 Plaza Tower
                                          110 N. College
                                          Tyler, Texas   75702
                                          (903) 590-1450 Ext. 218


## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, or by electronic mail, no later than March 26, 2021.

                                          /s/ Marc Salitore
                                          Trial Attorney

**DEBTORS**
Spherature Investments LLC et al.
5100 Tennyson Parkway
Plano, TX 75024

**DEBTORS' COUNSEL**
Stephen Austin Jones
Foley & Lardner LLP
2021 McKinney Ave
Ste 1600
Dallas, TX 75201

**COMMITTEE MEMBERS**
Christine Villar
FSP Legacy Tennyson Center, LLC
401 Edgewater Place, Suite 200
Wakefield, MA 01880
781-557-1377
Cvillar@fspreit.com

David Watson
9029 S. Yosemite #2303
Lone Tree, CO 80124
507-312-0290
Davewatson22@hotmail.com

Randy Hanson
iCentris
707 W. 700 S
Woods Cross, UT 84087
801-383-3262
Randy.hanson@iCentris.com