| | |
|---|---|
| From: | Tom Montgomery |
| To: | Eddie Head |
| Cc: | Wayne Nugent; Justin Call; Marc Accetta |
| Subject: | Re: X-Team Call with Tom Montgomery & Wayne Nugent |
| Date: | Tuesday, October 27, 2020 8:03:13 PM |

Thx Eddie. I do have hard stop at 9:30am

We have call with Izhak later tonight. Keep fingers cross. If we stay strong on this we can get a deal done where all parties stay out of trouble.

Thx.

Tom Montgomery



\*\*Please note new email and phone\*\*
tmontgomery@mca-texas.com
Cell:
Dallas - Old Parkland
Direct:



tom.montgomery@bakertilly.com
Baker Tilly Office – 2500 Dallas Parkway, Suite 300, Plano, Texas 75093, Direct and Voicemail: 214-509-5042

On Oct 27, 2020, at 7:57 PM, Eddie Head <ehead@wvholdings.com> wrote: