**From:** Izhak Benshabat
**To:** Tom Montgomery
**Subject:** Fwd: WorldVentures-Seacret Term Sheet.docx
**Date:** Tuesday, October 27, 2020 11:03:53 PM

Izhak

IMPORTANT & CONFIDENTIAL: This message is from Seacret Direct LLC and is for the intended recipient only. It is privileged and confidential information exempt from disclosure under applicable law. If you are not the intended recipient, any copying, use or distribution is prohibited. If you received this message by mistake, please call me collect at ▓▓▓▓▓ and destroy the original message. Thank you. Any Terms and conditions in this email and attachments are not final and are for negotiation purposes only, and is not considered final till such time as an agreement will be executed by both parties, till such time all terms and conditions can be changed or completely canceled by either party!

Begin forwarded message:

> **From:** Wayne Nugent <wayne@worldventures.com>
> **Date:** October 27, 2020 at 4:27:13 PM GMT+9
> **To:** Izhak Benshabat <izhak@seacret.com>
> **Subject: Re: WorldVentures-Seacret Term Sheet.docx**
>
> Izhak,
> Yes...that is as we discussed.
> The primary assets being me, Eddie, and the database of leaders...leading a smooth transition.
> Unfortunately, I've had to do this in the past. It's different for the organization rolling versus the organization being rolled into. We have new concerns that we're scrambling to cover on our end caused by this exercise. The Reps can't underestimate the difficulty before them, nor should we. We're the best I've ever seen aT doing it, but there will be some losses and rebuilding. It'll be hard work and require tremendous leadership. We're already retooling presentation. Hopefully we can model some projections based on our ability to sell your Seacret customers and agents a membership. I'm confident we can do that and set a goal to do it ASAP. It'll certainly help both companies during the transition, especially Rovia...as we both want.
> Korea and Japan should provide a significant boost on our end. So, we should make sure we are able to sell both products there soon. We could double revenues just from our opening there again.
> Thanks,
> Wayne
>
> Sent from my iPad

On Oct 27, 2020, at 12:18 AM, Izhak Benshabat <izhak@seacret.com> wrote:

> Message originated from outside of the organization. More info

Hello Wayne,
Thank you again for the call today.
Before we go through the legal verbiage and outline of the LOI I think the best is to agree on deal points as we discussed today, Obviously i feel that the deal points were already agreed on based on the email sent to you and me with the outline of the deal.
Since then senior debt was added which was a big change to our original agreement that only interest for the debt will be charged for limited time but i still agreed to the change in the new term sheet (LOI) there are other items that were added.
To remind me I was proposed by your team to acquire the entire company with no obligation for commissions or you for 15m and this LOI has almost 2-3 times of this value in purchase terms.
My position as discussed over the phone:
1. As Seacret already spent over 2.5M on inventory for WV deal and there is no real tangible asset for the upfront money I don't agree to that request.
2. As we agreed on the phone with you and Tom, Seacret will assign an override of certain percentage to pay Senior debt principle plus interest . Due to the fact that in current discussions with field leaders we all agreed that a small portion of revenue should go to pay commissions day one I suggest the following structure 5% for senior debt (5mm plus interest ) and 1% to pay leadership commission. When debt is payed in full the entire 6% of revenue will go to pay owed commission . All revenue sharing will be paid on products sold (travel and Seacret) only not include, fulfill and shipping costs, taxes event tickets and 49$ yearly fees. Please note that any amount over 5% will have to be based on profitability model for Seacret with WV integration. Can be confirmed after reviewing financials . As far as 1% lifetime override it is paid to you in a form of 2.5% override (see below your terms).
3. Rovia - as Seacret is not an owner of the Rovia and it serves as our service provider i suggest the following : 10$ per membership will be paid for Rovia for fulfillment of their travel products and the full technology solution as is in WV . min commitment is not something i can agree to as I don't have exact financial model to support such commitment .
Rovia will have 1 year preferred vendor agreement with Seacret .
Rovia will have to stay competitive to earn our business .
As discussed with you and Eddie in our meeting , Seacret doesn't charge 25$ monthly distributor fee which will be a huge profitability problem for us so we have to be careful on financial obligations .
Also i expect to get the revenue sharing model from transactions

being made by our agents with Rovia as was discussed with you and Eddie.

4. Your compensation: as agreed you will move with your entire tree (as is) into Seacret organization and get compensated as an agent. As for override, once Senior Debt is being paid and Leadership owed commission in full you will receive a 2.5% flat revenue sharing from WV organization revenue of both Travel and Seacret products purchases (not include, fulfill and shipping costs, taxes event tickets and 49$ yearly fees). On our discussion we discussed equity portion of 5% and another option for 5% i will work on creating criteria for these benchmarks.

Izhak

IMPORTANT & CONFIDENTIAL: This message is from Seacret Direct LLC and is for the intended recipient only. It is privileged and confidential information exempt from disclosure under applicable law. If you are not the intended recipient, any copying, use or distribution is prohibited. If you received this message by mistake, please call me collect at ▇▇▇▇▇▇ and destroy the original message. Thank you. Any Terms and conditions in this email and attachments are not final and are for negotiation purposes only, and is not considered final till such time as an agreement will be executed by both parties, till such time all terms and conditions can be changed or completely canceled by either party!

> On Oct 27, 2020, at 7:54 AM, Wayne Nugent <wayne@worldventures.com> wrote:
>
> Izhak,
> I hope this finds you well.
> We've had several cycles and considerations on our end...preparing as best we can for a smooth Transition and the Intention to cover as many Stakeholders on our end as necessary for a secure and successful transaction. Capturing all salient points to the best of our ability. I, we, will await your reply or acceptance of this Term Sheet soon. Thanks, Wayne
>
> The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or

contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission. Sent by WorldVentures Marketing Holdings, LLC on behalf of its affiliates, branches, representative offices, and/or subsidiaries, including:

North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No. ███████005-8, Guam Registration No. ████2447, Puerto Rico Registration No. ███, WorldVentures Canada Inc., 160 Elgin St., Ste. 2600, Ottawa, ON K1P 1C3, Canada, Registry No. ████2933, Business No. ████3050; WorldVentures Marketing, S. de R.L. de C.V, Avenida Oaxaca 96, 202-C, Col. Roma Norte, CP 06700, Ciudad de Mexico, IdCIF: ████7704; WorldVentures Marketing Jamaica Limited, The Trade Center Business Complex, 30-32 Red Hills Road, Suite 3A, Kingston 10, Saint Andrew, Jamaica, Company No. 90132. South America: WorldVentures Marketing Brasil Ltda., Rua Dom Jose de Barros, nº 177, 2º andar, Republica, 01038-100, City of Sao Paulo, State of Sao Paulo, Brasil, Company Reg. No. ████████01-45; WorldVentures Marketing Colombia S.A.S, 7th Ave. 71-21, 5th Floor, Tower A, Avenida Chile Tower, Bogotá, Colombia, Company Reg. No. ████████01-45; Reg No. ████5990. Europe: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. ████0081; WorldVentures Marketing Limited, 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. ████0413; WorldVentures Marketing B.V., de Naritaweg 127-137, 1043 BS Amsterdam, Netherlands, Dossiernummer: ████4489; WorldVentures Marketing Poland Sp.z.o.o., ul. Plac Marsz. Jozefa Pilsudskiego, No.2, 00-073 Warsaw, Poland, KRS number: ████9035; WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th floor, Office 513, Romania, Trade Registry No. ████████2016; WorldVentures Marketing B.V., (A representative Office in Serbia), GTC 19 Avenue, 38-40 Vladimira Popovica Street, Belgrade 11070, Serbia, Registration No. ████7425; WorldVentures Marketing SL, d.o.o., Trg Republike 3, 1000 Ljubljana, Slovenia, Registration No. ████5000; WorldVentures Marketing s.r.o., Revolucni 764/17, Post Code 110 00, Prague, Czech Republic, Registration No. ████9378; WorldVentures Marketing Greece Limited Liability Company, Athens Towers 21st Floor, Room 2118 2-4 Messogion Avenue Athens, 11527 Greece, Registration

MCA 000249

No. ▓▓▓ 1000; WorldVentures Marketing France SAS, 18 Rue Pasquier, 75008 Paris, France, R.C.S. ▓▓ 052; WorldVentures Marketing Latvia Filiale (A branch of WorldVentures Marketing B.V.), 14-2 Terbatas Street Riga, LV-1011 Latvia, Registration No. ▓▓▓5177. Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 31/F., Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration No. ▓▓8607; WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company No. ▓▓▓4065 (▓9385-H) (License No. AJL ▓2108); WorldVentures Marketing Pte. Ltd., 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ▓▓▓619Z; WorldVentures Marketing Pty. Ltd., Suite 2/04, Level 2, Quad 3, 102 Bennelong Parkway, Sydney Olympic Park, NSW 2127, Australia, ABN ▓▓▓▓6651; WorldVentures Marketing Limited, 6 Clayton Street, Newmarket, Auckland 1023, New Zealand, Company No. ▓▓4807; WorldVentures Taiwan Ltd., 16F-1, No.456, Sec. 4, Xinyi Rd., Xinyi Dist., Taipei City, Taiwan, Company No ▓▓7572; WorldVentures (Thailand) Limited, 17th Floor, Unit S-05, Silom Complex, 191 Silom Road, Kwaeng Silom, Khet Bangrak Bangkok, 10500 Thailand, Registration No. ▓▓▓▓2314; WorldVentures Marketing (Cayman) LLC (a branch in Philippine), North Unit, 22nd Floor, Marajo Tower, 312 26th Street Corner 4th Avenue, Bonifacio Global City, Brgy. Fort Bonifacio, Taguig 1634, Metro Manila, Philippines, FS ▓▓5995. Africa: WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose Boulevard, Melrose, Arch, 2196, Johannesburg, South Africa, Company Number: ▓▓▓68/07; WorldVentures Marketing (Zambia) Limited, Building 3, Acacia Park, Stand No. 22768, Thabo Mbeki Road, P.O. Box 39371, Lusaka, Zambia, Registration No. ▓▓▓▓8523; WorldVentures Marketing (Namibia) Proprietary Limited, 1 Charles Cathral Street, Olympia, Windhoek, Namibia, Registration No. ▓▓▓0508
<WorldVentures-Seacret Term Sheet.docx>

Sent from my iPad

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Marketing Holdings, LLC on behalf of its affiliates, branches, representative offices, and/or subsidiaries, including,



MCA 000251