**iMessage**
Thu, Oct 22, 2:19 PM

> Can I call you later?

Hello Tom, this is Izhak from Seacret. Calling from korea, wanted to see if we can get in a quick call. Thank you

Sure, just let me know know what time so I can make myself available (it's 4am here)

Sat, Oct 24, 7:40 PM

Good evening Tom,
I'm very positive after our call yesterday and looking forward to conclude our deal.
On a side note, there is so much preparation needed to be done on the strategy and implementation. I really need Eddie back to help facilitate from WV side as he was the most helpful and knowledgeable in this process. Can you please allow him to get back to communicate with me and my team.
Thank you

Sat, Oct 24, 10:17 PM

> Izhak. Thx tons we understand. We are find Eddie being involved now (need to confirm with Ray) but we need to stick with him only having verbal or written correspondence with at least Ray, me or Wayne present. Preferably also either Michael or Eric. Already rumors that Eddie has sold out company by cutting his own desk with you and the field. I do not believe that is true but even rumors are very risky. We want to do this by book so no one has any real exposure. An exposure for one is exposure for everyone. I am recommending Wayne dies the same what I am asking for Eddie. The fact that the field is pushing is part of the problem. While we are all in this together and they are interested, he needs to represent the company not them. We are visiting first thing in morning and hope to have something to you soon afterwards. Thx so much. Looking forward to getting this across finish line.

100% agree with you regarding being careful and doing the right thing! you have my word that Eddie has no deal! Wayne was the only one who negotiated.
You have to understand that the only relationship I have is with Eddie and Wayne and now you.
Wayne is not involved in the details so I have only you and Eddie to make sure everything is done right.
Eddie is instrumental when it comes to helping me understand the operation and the system.
I'm in agreement to make sure all negotiations is done directly with you!
Thank you

> Perfect. We will get with Eddie first thing in the morning. I agree he can help get you want you need to bring over and launch from your side. Thx tons.

Thank you 🙏



MCA 002038