

**Sun, Oct 25, 7:09 PM**

Good evening Tom, just checking in to see if there is anything I can do on my end.
Thank you

> We are close. Waiting on two things. Comments from Wayne on his deal and final numbers from the exec team on transition costs, support needed to operate the downline after it transfers over and Rovia operating costs going forward.
>
> Thanks tons. I think wayne was tied up with view most of the day and the accountants are trying to make sure they do not miss anything.

Got it, thank you for the update and for giving your time and effort during the weekend.
I'm here if you need anything.

> Keep pushing. Quicker we do it (right) more value for everyone. Thanks.

Agree!

**Thu, Oct 29, 5:29 PM**

Are you available?

> Sorry in board meeting for another hour. Got email. Have not reviewed but sounds like we might be close. Will text when done.

👍

Sure text me when you are free.

**Thu, Oct 29, 6:36 PM**

> I can take quick call. Thx

**Thu, Oct 29, 8:17 PM**

Hey Tom,
Any update?

> On call now. We are sidetracked. One question. Does your proposal exclude sales of seacret product from our reps from the 5 percent royalty?
>
> Izhak. I have been sidelined by one of the executives. I suggest you contact Wayne for further discussions. So sorry for the shift. I think Wayne is seeing the benefit but has some forces working against him. Thx.

Okay thank you

> Good luck. I think you will get it there. Thx
> *Delivered*

👍