

**Got it**, thank you for the update and for giving your time and effort during the weekend.
I'm here if you need anything.

> Keep pushing. Quicker we do it (right) more value for everyone. Thanks.

Agree!

*Thu, Oct 29, 5:29 PM*

Are you available?

> Sorry in board meeting for another hour. Got email. Have not reviewed but sounds like we might be close. Will text when done.

Sure text me when you are free.

*Thu, Oct 29, 6:36 PM*

> I can take quick call. Thx

*Thu, Oct 29, 8:17 PM*

Hey Tom,
Any update?

> On call now. We are sidetracked. One question. Does your proposal exclude sales of seacret product from our reps from the 5 percent royalty?

> Izhak. I have been sidelined by one of the executives. I suggest you contact Wayne for further discussions. So sorry for the shift. I think Wayne is seeing the benefit but has some forces working against him. Thx.

Okay thank you

> Good luck. I think you will get it there. Thx
> Delivered

I appreciate all your help

*Tue, Dec 1, 9:19 AM*

Good morning Tom, we haven't talked for a while. Just wanted to touch base with you.
We are still doing the beat on our side to move forward with the APA.
I'm here if you like to discuss. Thank you

*Wed, Feb 3, 9:19 PM*

Hey Tom,
Sorry for the late night message.
Would love to speak with you tomorrow if you have time.