| | |
|---|---|
| From: | Josh Paine [jpaine@rovia.com] |
| Sent: | 11/18/2017 2:41:54 PM |
| To: | Tom Montgomery [tom.montgomery@mcggroup.com]; Wayne Nugent [wayne@worldventures.com]; Brian Wing [bwing@wvholdings.com] |
| Subject: | Re: Tiger21 and Chris Ryan |
| Flag: | Follow up |

It is a possibility, however, if we are going to solve for this in the next 2-4 weeks, do we really want to add this complexity to the business? That's the only concern I have.

JP

On 11/18/17, 8:30 AM, "Tom Montgomery" <tom.montgomery@mcggroup.com> wrote:

>Guys-  What are our chances to get the pack team or other high commission
> earners to convert what we owe them and/or future commissions into an
>investment?  They may love the returns, gets us alignment, and already
>know the company?
>
>Tom Montgomery
>
>   Like us on Facebook
>
>
>
>
>Montgomery Coscia Greilich LLP
>Certified Public Accountants
>2500 Dallas Parkway, Suite 300
>Plano, TX 75093
>
>tom.montgomery@mcggroup.com                        Bio
>972-748-0201 direct                                     Email
>972-748-0601 fax                                        Web Site
>           cell
>           home
>
>The information contained in this email message may be privileged or
>confidential information and is intended only for the use of the
>recipient(s) named above.  If the reader of this email is not an intended
>recipient, you have received this email in error and any review,
>dissemination, distribution or copying is strictly prohibited.  If you
>have received this email in error, please notify the sender immediately
>by return email at tom.montgomery@mcggroup.com and permanently delete the
>copy you received.
>Treasury Circular 230 Disclosure- To comply with requirements imposed by
>the Internal Revenue Service, we inform you that any tax advice contained
> in the written communication (including any attachment) is not intended
>or written to be used, and cannot be used, by any person for the purpose
>of avoiding tax penalties that may be imposed on the person.  If this
>written communication contains any tax advice that is used or referred to
>in connection with the promoting, marketing or recommending of any
>transaction(s) or matter(s), this written communication should not be
>construed as written to support the promoting, marketing  or recommending
>of the transaction(s) or matter(s) addressed by this written
>communication, and the taxpayer should seek advice based on the
>taxpayer's particular circumstance from an independent tax advisor.  No
>limitation has been imposed by Montgomery Coscia Greilich LLP on
>disclosure of the tax treatment or tax structure of the transaction(s) or
>matter(s).
>
>-----Original Message-----
>From: Josh Paine [mailto:jpaine@rovia.com]
>Sent: Saturday, November 18, 2017 8:28 AM
>To: Wayne Nugent <wayne@worldventures.com>; Brian Wing
><bwing@wvholdings.com>; Tom Montgomery <tom.montgomery@mcggroup.com>
>Subject: Re: Tiger21 and Chris Ryan
>

MCA 002153

```
>You got it Wayne. I've had numerous conversations with Chris. He keeps
>going back to Dan, but I'll persist.
>
>Josh
>
>On 11/18/17, 4:16 AM, "Wayne Nugent" <wayne@worldventures.com> wrote:
>
>>Josh and Brian,
>>I would like you to assume that our 2nd best lead option for an
>>investor is Tiger21, Chris Ryan cohorts, Max Drever as an example.
>>Please keep in steady contact with Chris Ryan. Take the lead on all
>>Communications with him asap.
>>Make this meeting happen.
>>Make the process as smooth as possible.
>>These are highly legitimate, already vetted, contacts.
>>Please Own the effort.
>>
>>Dan is highly frustrated and angered.
>>Possibly even "triggered".
>>
>>You guys need to inherit the effort to follow up with Chris Ryan as a
>>high priority. Please foster this relationship. It is important now and
>>in the future. Ok? Agreed? I am seeking an affirmative response here.
>>
>>Treat the effort to get in front of these Prospects, of Chris Ryan's,
>>as our 2nd best option. Make it as fast, and effortless, as possible
>>for him to get our CIM in front of them and then be ready to loosen our
>>standards for this group he brings to the table. Ok?
>>
>>Top 2:
>>-I hope Tom is meeting with Conner soon.
>>-I hope Josh is fostering the relationship with Chris Ryan directly,
>>soon.
>>Please update me on any progress with these two, as it occurs.
>>Thanks,
>>Wayne
>>
>>
>>
>>Sent from my iPhone
>
>The information contained in this email, including any attachments, may
>be confidential and subject to copyright. If you are not the intended
>recipient, please notify the sender and delete this message from your
>system. Email transmission cannot be guaranteed to be secure or
>error-free as information could be intercepted, corrupted, lost,
>destroyed, arrive late or incomplete, or contain viruses. The sender
>therefore does not accept liability for any errors or omissions in the
>contents of this message, which arise as a result of email transmission.
>Sent by Rovia Holdings, LLC on behalf of its affiliates and/or
>subsidiaries, as follows:
>Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No.        008-6
>[CA SOT      843-40, FL SOT     41, HI SOT      636, WA SOT      5305,
>IA SOT #934]; Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach
>Tower, Singapore 189767, Registration No.       388Z [Travel Licence No.
>        ]; Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St,
>Sydney NSW 2000, Australia, ABN       9664
```

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.
Sent by Rovia Holdings, LLC on behalf of its affiliates and/or subsidiaries, as follows:
Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No.        008-6 [CA SOT       43-40, FL SOT      41, HI SOT      6, WA SOT       5305, IA SOT       ; Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No.        388Z [Travel Licence No.        ]; Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia,        9664