| | |
|---|---|
| **From:** | Wayne Nugent [wayne@worldventures.com] |
| **Sent:** | 12/9/2017 5:27:19 PM |
| **To:** | Amy Garrett [agarrett@wvholdings.com]; Susan Nugent [Susanyamin@yahoo.com]; Tom Montgomery [tom.montgomery@mcggroup.com]; Jeanette Musacchio [jeanette.musacchio@mcggroup.com] |
| **Subject:** | Fwd: Cash AP Sales |
| **Flag:** | Follow up |

Tom,
Can you review the email string below...
I am trying to think of a way to creatively break this up into more manageable, "sellable", bite sized chunks. Instead of one major player trying to take down the whole debt for a substantial ask for equity.
Surely a large Travel fulfillment provider would look at our historical book of business of DreamTrips related Travel Volume in the region and be enticed into helping us out with a bridge loan as we migrate our consistent volume to them for future bookings.
Does the idea have merit in your opinion?
How much annual Volume can we funnel to them, in a contractually committed way.
How many new trips are we projecting?
It's still a Debt deal, but with the added assurance of our contractually obligated future Volume, until Debt is relieved in full with significant interest already paid, plus funding for trips added to their books, only then could we consider another vendor to support our extensive needs in the region. We are locked into CVT because our current debt load. They are struggling to support us with their limited resources.
How could we structure and propose such a deal to a larger, more qualified, Travel Vendor in Asia?
If it works, it would help buy us the time we need to pay commissions and relieve the immediate pressure we are under due to the DreamTrip obligations.
All other aspects of our business are solved and manageable. The DreamTrips overhang of obligations is the biggest burden. With even temporary relief we can gain traction and build Momentum again.
Understand?
This requires of modicum of creativity to write up and a belief we can sell it to a Travel company in Asia that wants to take the risk, for an above market return, in hopes of earning our long term Volume.
I believe I could personally make that sale, if we bundled our info appropriately, with MCGs credible support of the concept as a reputable accounting firm available to handle any legitimate questions and concerns they may have from the Financial Team.
Get it?
Thanks,
Wayne


Sent from my iPhone

Begin forwarded message:

**From:** Brian Wing <bwing@wvholdings.com>
**Date:** December 9, 2017 at 10:30:46 AM CST
**To:** Josh Paine <jpaine@rovia.com>
**Cc:** Wayne Nugent <wayne@worldventures.com>, Dan Stammen <dstammen@wvholdings.com>, Eddie Head <ehead@wvholdings.com>, Dirk Hobgood <dhobgood@v-worldventures.com>, Simon Davies <sdavies@worldventures.com>, Maria Kozova <mkozova@rovia.com>
**Subject: Re: Cash AP Sales**

Josh

I haven't ever been at a company and have someone assume the company debt outside of an acquisition.

Sincerely,

Brian Wing

█████████ cell

Sent from my iPhone - please excuse any typos.

On Dec 9, 2017, at 10:01 AM, Josh Paine <jpaine@rovia.com> wrote:

I'm not an expert at packaging up other's debt and selling it off. Brian, any thoughts?

JP

---

**From:** Wayne Nugent <wayne@worldventures.com>
**Date:** Saturday, December 9, 2017 at 5:34 AM
**To:** Brian Wing <bwing@wvholdings.com>
**Cc:** Josh Paine <jpaine@rovia.com>, Dan Stammen <dstammen@wvholdings.com>, Eddie Head <ehead@wvholdings.com>, Dirk Hobgood <dhobgood@v-worldventures.com>, Simon Davies <sdavies@worldventures.com>, Maria Kozova <mkozova@rovia.com>
**Subject:** Re: Cash AP Sales

Team,
Is there a way, a Strategy, to go to another big travel vendor in the region and have them assume the debt we owe to CVT, for our past due and existing business, in order to relieve the strain on the smaller CVT? Maybe another travel company, with deeper pockets, would take the risk, with a promised rate return, and an agreement to earn all our future business in the region.
Set whatever other variables and considerations you want but that is an idea for discussion.
If it were Domestic or Caribbean I'd recommend Mark Travel, but since it's primarily Asia, who's there that could do it?
Of course we would share our most recent CIM with them if necessary.
It relieves the pressure on CVT, buys us time, and generates a win for the new vendor.
Feedback?
I'd say draft up a proposal, select two or three candidates, and give it a shot...asap.
I am available to explore options anytime, day or night, given the obvious urgency this warrants.
Wayne

Sent from my iPad

On Dec 8, 2017, at 7:38 PM, Brian Wing <bwing@wvholdings.com> wrote:

Team,

We received $1.0M. Payments are below, but primarily focused on DT which took nearly 70% of our cash receipts today. These meeting are getting tougher because of the pressure from unpaid DT and KLO, not to mention commissions. We are trying to allocate only $550k a day for DT and $200k for KLO. Lots of pressure from CVT who are facing some very significant vendor strain. We have nearly $1M that is 6 months over due and another $3.7M due now. They asked for

$1.9M before 12/15. I told them we cannot do that. We have 47 groups traveling for Christmas (or about 2000 travelers) and the vendors are going to turn them away if we don't make material progress on payments. They have reached the breaking point. Jackie agreed that if he could get $1M before 12/18 that he could keep the trips live. That would be 7 payments of $143k a day starting tomorrow and continuing until 12/18. This is going to cause more strain on commissions and KLO, or DT. We are likely going to have to take this out of the $550k a day we are allocating to them (which is still over half our cash every day).

Everyone is doing their part.
We are paying KLO as demands are being made, trying to avoid lawsuits but have received a few.
<image001.png>
<image002.png>
Sincerely,



**BRIAN WING**
COO

**WorldVentures Holdings**
5100 Tennyson Parkway
Plano, TX 75024
p: 972.805.5100
c:
bwing@wvholdings.com

This message contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Marketing Holdings, LLC on behalf of its affiliates, branches, representative offices, and/or subsidiaries, including: North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024,                    05-8; WorldVentures Canada Inc., 160 Elgin St, Ste. 2600, Ottawa, ON K1P 1C3, Canada, Registry            33, Business No                   Europe: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No          WorldVentures Marketing B.V., Paterswoldeweg 806, Ground Floor, Groningen 9726 BM, Netherlands, Dossiernummer:              WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th Floor, Office 53, Romania South Africa: WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose Boulevard, Melrose Arch, 2196, Company Number:                   Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Limited Registration No.           WorldVentures Services Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration No           WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company No            License No.            WorldVentures Events (Malaysia) Sdn. Bhd., 18-2, Jalan 2/114, Kuchai Business Centre, Off Jalan Klang Lama, 58200 Kuala Lumpur, Wilayah Persekutuan, Company No. 1178688D; WorldVentures Marketing Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No            WorldVentures Events Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No.           WorldVentures Marketing Pty Ltd, Level 4, 5 & 12, Plaza Building, Australia Square, 95 Pitt Street, Sydney, NSW 2000, Australia, ABN           WorldVentures Events Pty Ltd, c/- Addisons, Level 12, 60 Carrington Street, Sydney NSW 2000, Australia, ABN              WorldVentures Taiwan Ltd., 8F, No. 125, Sec. 2, Keelung Rd., Xinyi Dist., Taipei City 110, Taiwan, Company No          WorldVentures Events Taiwan Ltd., 11/F Walsin Xinyi Building, 1 Songzhi Road, Taipei, 11047, Taiwan, Company No.          South America: WorldVentures Marketing Belize, Ltd., 35 New Road, Belize City, Belize, I.B.C. # 95221)