| | |
|---|---|
| From: | Mark Martinson [mark.martinson@orox.com] |
| Sent: | 12/27/2017 6:04:25 PM |
| To: | Josh Paine [jpaine@rovia.com]; Tom Montgomery [tom.montgomery@mcggroup.com] |
| CC: | Josh Ballard - Lanterne Advisors, LLC (jballard@lanterneadvisors.com) [jballard@lanterneadvisors.com] |
| Subject: | RE: Connection |
| Flag: | Follow up |

Josh –

It was great meeting you and your team yesterday, thank you again for being so generous with your time. I appreciate you giving us the green light to speak with Tom as well. Josh and I will put our heads together and get to work on an IOI for you all.

Tom – It's great to be put back in touch with you. We met years ago at an RBC event and most recently shared breakfast at one of Texas Capital's events at the DCC. Separately, your firm does the tax work for one of Orox Capital's portfolio companies – Southwest Spirits & Wine. My partner Josh Ballard and I are looking at the World Ventures opportunity and would like to pick your brain whenever is convenient.

If you would be so kind to let us know how your schedule looks, we will plan accordingly.

Many thanks in advance and Happy Holidays!
-Mark

---

**Mark W. Martinson, Jr.** | Orox Capital Management, LLC
4514 Cole Avenue, Suite 705 | Dallas, TX 75205
(214) 389-0057 (w) | ▮▮▮▮▮▮▮▮▮▮ | mark.martinson@orox.com

---

**From:** Josh Paine [mailto:jpaine@rovia.com]
**Sent:** Tuesday, December 26, 2017 6:01 PM
**To:** Mark Martinson <mark.martinson@orox.com>; Thomas Montgomery <tom.montgomery@mcggroup.com>
**Subject:** Connection

Mark – it was great being with you today and discussing the WV opportunity. I realize that you and Tom have met in the past, but I wanted to formally connect you guys together. Feel free to reach out to Tom as part of your diligence on us. His firm does our audits and Tom (through his MCA) entity has invested $3.1M into WV as bridge capital and is in the process or raising additional funds.

Tom – I had the distinct pleasure of meeting your friend, Mark Martinson, Managing Partner of Orox Capital today.

I will leave it to you guys to connect.

Best personal regards,



**Josh Paine**
CEO

**WorldVentures**
5100 Tennyson Parkway
Plano, TX 75024
p: 469.609.4852
jpaine@rovia.com

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

MCA 002188

Sent by Rovia Holdings, LLC on behalf of its affiliates and/or subsidiaries, as follows:
Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No ▇▇▇ [CA SOT ▇▇▇ FL SOT ▇▇▇ HI SOT ▇▇▇ WA SOT No ▇▇▇ IA SOT #934]; Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No ▇▇▇ Travel Licence No ▇▇▇ Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN ▇▇▇

This e-mail communication is intended only for the addressee(s) named above and any others who have been specifically authorized to receive it and may contain information that is privileged, confidential or otherwise protected from disclosure. Please refer to https://orox.com/#Legal for important disclosures regarding this electronic communication, including information if you are not the intended recipient of this communication.