| | |
|---|---|
| From: | Dan Stammen [dstammen@wvholdings.com] |
| Sent: | 4/11/2018 4:15:22 PM |
| To: | Tom Montgomery [tom.montgomery@mcggroup.com] |
| CC: | Josh Paine [jpaine@rovia.com]; Brian Wing [bwing@wvholdings.com]; Wayne Nugent [wayne@worldventures.com]; Susan Nugent [susanyamin@yahoo.com]; Jeanette Musacchio [jeanette.musacchio@mcggroup.com] |
| Subject: | Re: Private Placement Raise |
| Flag: | Follow up |

Tom all great points.

I will comment on this shortly with details of everyone I've spoken to and where they are mentally.

In addition, I'll send you the latest document regarding who WV owes what to in the way of commissions in order to convert to ownership.

Thank you, Dan

Sent from my iPhone

On Apr 11, 2018, at 11:04 AM, Tom Montgomery <tom.montgomery@mcggroup.com> wrote:

guys-

I think we are all set to go. we need to have our stuff together to hit ground running on Friday when you all meet with the PAC team. I think momentum and confidence are the two critical items for success here. here are my thoughts on how we get both asap so we increase our odds for success in the ppm as well as the size of that success

1. Dan and Wayne- we need to finalize the conversion of what amounts they plan to convert of their amounts owe to them from WV. hopefully most if not all. Brian- can you get with Wayne and Dan the amounts are owed to them, the breakdown and then finalize how much each wants to convert?

2. WV management and consultants- we need to get as much from insiders to convert as possible. i suggest at a minimum any amounts owed to them for past due services, expenses or bonuses. Additionally, we should look at any bonuses currently being paid and maybe convert what we can which is reasonable into the PPM. I am happy to invest amounts paid to me as part of this PPM cash pay if it is reasonably successful.

3. Synergistic Prospects- we should try to get any synergistic prospects closed fast. any vendors, travel partners, etc. converted fast will be both synergistic and confidence building. For instance, josh can we get the founder of Cheap Caribbean to do 500k as part of PPM. it would carry huge amount of weight getting others to commit. other soft targets like that is ho erin.

4. Select Members of the PAC team and down line- we should reach out to the easy, most supportive and most likely to invest and try to get them locked up before friday with a soft commitment. this is critical to get momentum going our way. if three people in the room are already committed it creates huge pressure for other to join.

Hopefully the plan is to have maybe 8-10 million committed before friday. how can i help?

Thank tons.

MCA 002378

Tom Montgomery
MONTGOMERY COSCIA GREILICH – 2500 Dallas Parkway, Suite 300, Plano, Texas 75093
MONTGOMERY CAPITAL ADVISERS – Old Parkland, 3899 Maple Ave. Suite 100, Commonwealth Hall, Dallas, Texas 75219
Direct: 972-748-0201 | Cell: ▇▇▇▇▇▇▇▇  Tom.Montgomery@mcggroup.com

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Holdings, LLC, located at 5100 Tennyson Pkwy, Plano, TX 75024, on behalf of its subsidiaries and their affiliates, branches, representative offices, and/or subsidiaries, including: WorldVentures Marketing Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No ▇▇▇▇▇▇ WorldVentures Canada Inc., 160 Elgin St, Ste. 2600, Ottawa, ON K1P 1C3, Canada, Registry ▇▇▇ Business No. ▇▇▇ Europe: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. ▇▇▇ WorldVentures Marketing B.V., Paterswoldeweg 806, Ground Floor, Groningen 9726 BM, Netherlands, Dossiernummer ▇▇▇ Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Limited Registration No. ▇▇▇ WorldVentures Services Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration No ▇▇▇ WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company No ▇▇▇ (License No ▇▇▇) WorldVentures Events (Malaysia) Sdn. Bhd., 18-2, Jalan 2/114, Kuchai Business Centre, Off Jalan Klang Lama, 58200 Kuala Lumpur, Wilayah Persekutuan, Company No. ▇▇▇ WorldVentures Marketing Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No ▇▇▇ WorldVentures Events Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ▇▇▇ WorldVentures Marketing Pty Ltd, Level 4, 5 & 12, Plaza Building, Australia Square, 95 Pitt Street, Sydney, NSW 2000, Australia, ABN ▇▇▇ WorldVentures Events Pty Ltd, c/- Addisons, Level 12, 60 Carrington Street, Sydney NSW 2000, Australia, ▇▇▇ WorldVentures Taiwan Ltd., 8F, No. 125, Sec. 2, Keelung Rd., Xinyi Dist., Taipei City 110, Taiwan, Company ▇▇▇ WorldVentures Events Taiwan Ltd., 11/F Walsin Xinyi Building, 1 Songzhi Road, Taipei, 11047, Taiwan, Company No. ▇▇▇ South America: WorldVentures Marketing Belize, Ltd., 35 New Road, Belize City, Belize, I.B.C. # 95221); WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose, Arch, 2196, Company Number ▇▇▇ WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th Floor, Office 53, Romania, OR Rovia Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (for Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No ▇▇▇ CA SOT ▇▇▇ FL SOT ▇▇▇ HI SOT ▇▇▇, WA SOT ▇▇▇ IA SOT ▇▇▇ Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No ▇▇▇ Travel Licence No ▇▇▇; Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN ▇▇▇ OR WorldVentures Foundation, located at 5100 Tennyson Pkwy, Plano, TX 75024 (a registered, US 501(c)(3) organization).