| | |
|---|---|
| **From:** | Philip Fayer [pf@ppi.me] |
| **Sent:** | 6/4/2018 2:31:55 PM |
| **To:** | Tom Montgomery [tom.montgomery@mcggroup.com] |
| **CC:** | Candace Mai [cmai@wvholdings.com]; Wayne Nugent [wayne@worldventures.com]; Josh Paine [jpaine@rovia.com] |
| **Subject:** | Re: Call |

**Flag:**       Follow up

Appreciate your note Tom but this is not what I'm feeling from the business so best we all get on a call to discuss. In terms of new markets, I was able to secure the release of $2mm from Paysafe of which $1mm was already funded and the 2nd tranche will be made end of June. The business can open new markets with those funds without burdening itself with new debt. That being said, it's the business decision on appropriate next steps. I'll accommodate whatever direction Wayne and Josh go....

On Jun 4, 2018, at 5:13 PM, Tom Montgomery <tom.montgomery@mcggroup.com> wrote:

Phil-
Sounds good. We would really like to get done asap. I truly believe this is in World Ventures best interest and benefits everyone including you as the junior secured lender. Just to confirm a few of ou prior discussion points.
1.       The $2 million going in is increase value so no deterioration of your interest.
2.       The money will be spend on high return, low risk initiatives which will increase value of your position in almost all cases.
3.       If the quick maturity date causes you concern, we are happy to extend it. This was done solely to meet your covenant that it cannot be extended past 11/30/18.
4.       This was agreed to prior to your funding but agreed to finalize afterwards. You chose not to pursue, so my investors came back.
5.       We have a complete understanding of your concerns and the fact you have a larger exposure than you would like. With that being said, the company has substantial profitability, has an inproving financial position, has recruiting a world class executive team, has a fully functioning advisory team, has cut costs and is acting as a great fiduciary for company resources and obligations and has a great plan going forward and the team to execute. A little additional capital will go a long way and in my opinion will create a multiple of return in short order.
Thanks for letting me state my opinions. Looking forward to our call.
Thanks tons!
Tom

**Tom Montgomery**
<image007.gif> *Like us on Facebook* <image008.jpg>
<image009.jpg> <image010.jpg> <image011.jpg>
<image012.jpg>
Montgomery Coscia Greilich LLP
*Certified Public Accountants*
2500 Dallas Parkway, Suite 300
Plano, TX 75093
tom.montgomery@mcggroup.com Bio
972-748-0201 direct Email
972-748-0601 fax Web Site
███████████ cell
███████████ home

The information contained in this email message may be privileged or confidential information and is intended only for the use of the recipient(s) named above. If the reader of this email is not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email at tom.montgomery@mcggroup.com and permanently delete the copy you received.

Treasury Circular 230 Disclosure- To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in the written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written

communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should not be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstance from an independent tax advisor. No limitation has been imposed by Montgomery Coscia Greilich LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

**From:** Philip Fayer [mailto:pf@ppi.me]
**Sent:** Monday, June 04, 2018 7:54 AM
**To:** Candace Mai <cmai@wvholdings.com>
**Cc:** Wayne Nugent <wayne@worldventures.com>; Tom Montgomery <tom.montgomery@mcggroup.com>; Josh Paine <jpaine@rovia.com>
**Subject:** RE: Call

Let's wait for Josh.. nothing urgent.

<image013.png>

<image014.png>
<image015.png>
<image016.png>
<image017.png>

<image001.jpg>

**Philip Fayer**
Chairman and Chief Executive Officer
Président du conseil et chef de la direction

**T:** (514) 227-6888 | C: ███████████
pf@ppi.me | www.pivotalpayments.com

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Ce message électronique et ses annexes sont strictement confidentiels et peuvent contenir de l'information qui ne doit pas être divulguée en vertu des lois applicables. Si vous n'en êtes pas le destinataire prévu, veuillez en aviser l'expéditeur immédiatement par retour du courrier électronique et le supprimer. De plus, si vous n'êtes pas le destinataire prévu, vous êtes par la présente avisé que toute diffusion, distribution ou reproduction de cette communication est strictement interdite.

**From:** Candace Mai [mailto:cmai@wvholdings.com]
**Sent:** June 4, 2018 8:53 AM
**To:** Philip Fayer <pf@ppi.me>
**Cc:** Wayne Nugent <wayne@worldventures.com>; Tom Montgomery <tom.montgomery@mcggroup.com>; Josh Paine <jpaine@rovia.com>
**Subject:** Re: Call

Hi Phil,

Hope you're doing great! Josh is still on the trip with his son and without service, but we can schedule a call for you all for what is needed.

Wayne and Tom, if you have any comments please weigh in.

Thank you,
Candace Mai
Sr. Executive Assistant
to Josh Paine, CEO
WorldVentures Holdings, LLC

On Jun 4, 2018, at 6:25 AM, Philip Fayer <pf@ppi.me> wrote:

Guys – Can we please schedule a call this week? I remain unclear on what WV wants to do with respect to Tom's $2MM loan.
Phil

<image001.png>

<image002.png>
<image003.png>
<image004.png>
<image005.png>

<image006.jpg>

**Philip Fayer**
Chairman and Chief Executive Officer
Président du conseil et chef de la direction

**T:** (514) 227-6888 | C: ███████████
pf@ppi.me | www.pivotalpayments.com

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Ce message électronique et ses annexes sont strictement confidentiels et peuvent contenir de l'information qui ne doit pas être divulguée en vertu des lois applicables. Si vous n'en êtes pas le destinataire prévu, veuillez en aviser l'expéditeur immédiatement par retour du courrier électronique et le supprimer. De plus, si vous n'êtes pas le destinataire prévu, vous êtes par la présente avisé que toute diffusion, distribution ou reproduction de cette communication est strictement interdite.

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Holdings, LLC, located at 5100 Tennyson Pkwy, Plano, TX 75024, on behalf of its subsidiaries and their affiliates, branches, representative offices, and/or subsidiaries, including: WorldVentures Marketing Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No████████ WorldVentures Canada Inc., 160 Elgin St, Ste  2600, Ottawa, ON K1P 1C3, Canada, Registry █████ Business No.██████████ope: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. 06440081; WorldVentures Marketing B.V., Paterswoldeweg 806, Ground Floor, Groningen 9726 BM, Netherlands, Dossiernummer:█████████ Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Limited Registration No. ██████████WorldVentures Services Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration N█████WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company ████████License No.██████████ WorldVentures Events (Malaysia) Sdn. Bhd., 18-2, Jalan 2/114, Kuchai Business Centre, Off Jalan Klang Lama, 58200 Kuala Lumpur, Wilayah Persekutuan, Company No.██████████WorldVentures Marketing Pte. Limited, 33 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No█████████ WorldVentures Events Pte. Limited, 33 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ██████████WorldVentures Marketing Pty Ltd, Level 4, 5 & 12, Plaza Building, Australia Square, 95 Pitt Street, Sydney, NSW 2000, Australia, ABN ██████████ WorldVentures Events Pty Ltd, c/- Addisons, Level 12, 60 Carrington Street, Sydney NSW 2000, Australia, ABN███████████ WorldVentures Taiwan Ltd., 8F, No. 125, Sec. 2, Keelung Rd., Xinyi Dist., Taipei City 110, Taiwan, Company No█████████WorldVentures Events Taiwan Ltd., 11/F Waisin Xinyi Building, 1 Songzhi Road, Taipei, 11047, Taiwan, Company No█████████South America: WorldVentures Marketing Belize, Ltd., 35 New Road, Belize City, Belize, I.B.C. # 95221), WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose, Arch, 2196, Company Number███████████ WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th Floor, Office 53, Romania; OR Rovia Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (for Rovia, LLC,██████████ Tennyson Pkwy, Plano, TX 75024, Entity No.██████████ CA SOT ██████████. SOT ████████HI SOT ██████████ WA SOT ██████████A SOT #934], Rovia Pte. Limited, 33 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No██████████ Travel Licence No.█████████ Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN ██████████OR WorldVentures Foundation, located at 5100 Tennyson Pkwy, Plano, TX 75024 (a registered, US 501(c)(3) organization).