| | |
|---|---|
| From: | Candace Mai [cmai@wvholdings.com] |
| Sent: | 6/26/2018 3:00:48 PM |
| To: | Tom Montgomery [tom.montgomery@mcggroup.com] |
| CC: | Josh Paine [jpaine@rovia.com] |
| Subject: | FW: 2017 WV Management Rep Letter |
| Flag: | Follow up |

Good morning Tom,

Hope you are doing great! Josh asked me to forward this email below to you from Simon Davies.

Thank you,
Candace

**Candace Mai**

Sr. Executive Assistant
to Josh Paine, CEO

| | |
|---|---|
| phone | 469-480-0621 |
| email | cmai@wvholdings.com |
| address | 5100 Tennyson Parkway
Plano, Texas 75024 |

**WorldVentures Holdings**

worldventures.com

**From:** Simon Davies <sdavies@worldventures.com>
**Date:** Monday, June 25, 2018 at 7:53 PM
**To:** Josh Paine <jpaine@rovia.com>
**Subject:** RE: 2017 WV Management Rep Letter

I do not. As you know I have many concerns related to internal controls, adherence to legal requirements, operations in unopened markets, etc.

Regards

**Simon Davies**

Senior Vice President, Finance

**FINANCE**

| | |
|---|---|
| phone | 972.805.5141 |
| email | sdavies@worldventures.com |

**address**  5100 Tennyson Parkway
Plano, Texas 75024

## WorldVentures Holdings
worldventures.com

**From:** Josh Paine
**Sent:** Monday, June 25, 2018 7:18 PM
**To:** Simon Davies <sdavies@worldventures.com>; Wayne Nugent <wayne@worldventures.com>
**Cc:** Mubeen Makda <mmakda@worldventures.com>; Candace Mai <cmai@wvholdings.com>
**Subject:** Re: 2017 WV Management Rep Letter

Simon –

I've reviewed these reps and am reviewing the latest audit draft now…. So far so good. I want/need to know that you unequivocally support and stand by these reps as well. Please confirm.

Josh

**From:** Simon Davies <sdavies@worldventures.com>
**Date:** Monday, June 25, 2018 at 4:58 PM
**To:** Josh Paine <jpaine@rovia.com>, Wayne Nugent <wayne@worldventures.com>
**Cc:** Mubeen Makda <mmakda@worldventures.com>, Candace Mai <cmai@wvholdings.com>
**Subject:** FW: 2017 WV Management Rep Letter

Attached is the final Management Rep Letter. Josh, can you approve by e-mail, Rene has agreed to have Candace use your stamp if that is supported by an email from you with your approval and then have an original signature when you are back. Wayne can sign when he signs the actual financials.

Candace, could you print two copies of the letter on WorldVentures Holdings LLC letterhead (one for Josh and one for Wayne) and date it 6/26/2018 please? Thanks.

Regards

## Simon Davies
Senior Vice President, Finance

### FINANCE

**phone**  972.805.5141
**email**  sdavies@worldventures.com
**address**  5100 Tennyson Parkway
Plano, Texas 75024

**WorldVentures Holdings**
worldventures.com

**From:** Carlos Rojo [mailto:carlos.rojo@mcggroup.com]
**Sent:** Monday, June 25, 2018 4:45 PM
**To:** Simon Davies <sdavies@worldventures.com>; Mubeen Makda <mmakda@worldventures.com>
**Cc:** Rene Balli <rene.balli@mcggroup.com>; Victoria Meek <victoria.meek@mcggroup.com>
**Subject:** 2017 WV Management Rep Letter

Simon/Mubeen,

Attached you will find the 2017 Rep letter that will need to be signed by Wayne and Josh. Please review and let us know if you have any questions. The items highlighted in yellow will need to be updated before it's printed and signed.

Also, in additional to the rep letter, we will need to obtain Wayne's commission confirmation and the final legal letter. Please send those over prior to issuance so that we can review them and document them on our side.

Thanks,

**Carlos Rojo**
Audit Manager

**MONTGOMERY COSCIA GREILICH LLP**
2500 Dallas Parkway, Suite 300, Plano, Texas 75093
Direct: 972-748-0263 | Cell: ███████   carlos.rojo@mcggroup.com



Click here to upload files to my SafeSend portal
View our legal disclaimer and privacy policy
Stay up to date with MCG news by subscribing to our newsletter

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Holdings, LLC, located at 5100 Tennyson Pkwy, Plano, TX 75024, on behalf of its subsidiaries and their affiliates, branches, representative offices, and/or subsidiaries, including: WorldVentures Marketing Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No. ███████ WorldVentures Canada Inc., 160 Elgin St, Ste. 2600, Ottawa, ON K1P 1C3, Canada, Registry # ███████ Business No. ███████ Europe: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. ███████ WorldVentures Marketing B.V., Paterswoldeweg 806, Ground Floor, Groningen 9726 BM, Netherlands, Dossiernummer ███████ Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Limited Registration No. ███████ WorldVentures Services Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration No. ███████ WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company ███████ (License No. AJL ███████; WorldVentures Events (Malaysia) Sdn. Bhd., 18-2, Jalan 2/114, Kuchai Business Centre, Off Jalan Klang Lama, 58200 Kuala Lumpur, Wilayah Persekutuan, Company No. ███████ WorldVentures Marketing Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ███████ WorldVentures Events Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ███████ WorldVentures Marketing Pty Ltd, Level 4, 5 & 12, Plaza Building, Australia Square, 95 Pitt Street, Sydney, NSW 2000, Australia, ABN ███████ WorldVentures Events Pty Ltd, c/- Addisons, Level 12, 60 Carrington Street, Sydney NSW 2000, Australia, ABN ███████ WorldVentures Taiwan Ltd., 8F, No. 125, Sec. 2, Keelung Rd., Xinyi Dist., Taipei City 110, Taiwan, Company No. ███████ WorldVentures Events Taiwan Ltd., 11/F Walsin Xinyi Building, 1 Songzhi Road, Taipei, 11047, Taiwan, Company No. ███████ South America: WorldVentures Marketing Belize, Ltd., 35 New Road, Belize City, Belize, I.B.C. # 95221); WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose, Arch, 2196, Company Number ███████ WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th Floor, Office 53, Romania; OR Rovia Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (for Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No. ███████ CA SOT ███████ FL SOT ███████ IL SOT ███████ WA SOT ███████ IA SOT ███████ Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ███████ Travel Licence No. ███████; Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN ███████ OR WorldVentures Foundation, located at 5100 Tennyson Pkwy, Plano, TX 75024 (a registered, US 501(c)(3) organization).