| | |
|---|---|
| From: | Michael Brower [mbrower@v-worldventures.com] |
| Sent: | 9/28/2018 3:36:55 PM |
| To: | Josh Paine [jpaine@rovia.com]; Tom Montgomery [tom.montgomery@mcggroup.com] |
| CC: | Simon Davies [sdavies@worldventures.com]; Sharla Gunn [sharla.gunn@mcggroup.com]; Alyssa Simms [alyssa.simms@mcggroup.com]; Erica Rogers [erica.rogers@mcggroup.com] |
| Subject: | Re: HK Tax |
| Flag: | Follow up |

Hi Tom,
I have not coordinated with Simon, but I am available before 11 on Monday and Tuesday. Also, we are meeting with Carlos and Rene on Friday to talk about the US audit if we want to roll those meetings back to back.
Mike

Get Outlook for Android

---

**From:** Tom Montgomery <tom.montgomery@mcggroup.com>
**Sent:** Friday, September 28, 2018 10:23:43 AM
**To:** Josh Paine
**Cc:** Simon Davies; Michael Brower; Sharla Gunn; Alyssa Simms; Erica Rogers
**Subject:** Re: HK Tax

Simon and Mike- can we meet or have a call early next week with Erica and Alyssa from our team? Thanks so much.

Tom Montgomery
MONTGOMERY COSCIA GREILICH - 2500 Dallas Parkway, Suite 300, Plano, Texas 75093
MONTGOMERY CAPITAL ADVISERS – Old Parkland, 3899 Maple Ave. Suite 100, Commonwealth Hall, Dallas, Texas 75219
Direct: 972-748-0201 | Cell: [redacted] | Tom.Montgomery@mcggroup.com

On Sep 28, 2018, at 9:29 AM, Josh Paine <jpaine@rovia.com> wrote:

Simon/Mike – just to reiterate what we discussed yesterday ... Our Board member, Tom Montgomery, would like for us to work with him and his MCA team to form a HK Tax Task Force to explore our current tax environment in HK. Tom is point on this but I wanted to tee this up with the 3 of you.
Tom – I leave this in your capable hands.
Thanks,
Josh

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by Rovia Holdings, LLC on behalf of its affiliates and/or subsidiaries, as follows:
Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity N[redacted] WA SOT [redacted] Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No[redacted] Travel Licence No[redacted]; Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN[redacted]

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

This e-mail and its attachments may contain information that is confidential. If you are not the intended recipient, you may not peruse, use, disclose, distribute, copy or retain the message. If you have received the message in error, please notify the sender immediately by e-mail, facsimile, or telephone and return and thereafter destroy the original message.

Please note that e-mails are subject to viruses, data corruption, delay, interception and unauthorized amendment, and that the sender does not accept liability for any damages that may be incurred as a result of communication by e-mail.

The sender of this email is an independent contractor, is not an employee of WorldVentures Marketing LLC and is not authorized to conclude a binding agreement on behalf WorldVentures Marketing LLC or its affiliated companies ("WorldVentures") without express written confirmation by a duly authorized representative of WorldVentures Marketing LLC.

The views and opinions expressed in this e-mail do not necessarily express or reflect the views and/or opinions of WorldVentures Marketing LLC.

If the e-mail message was used for purposes unrelated to the official business of WorldVentures Marketing LLC, WorldVentures Marketing LLC shall not be liable for any damage caused by the contents of the message and the sender shall take full responsibility therefore in his/her sole personal capacity.

MCA 002527