**Jeanette, Susan & Wayne**

To: Amy & 2 more... Details

Dear Amy, Wayne and Susan,

We are balancing a lot of payments that are all hitting this week which include the following:

Rovia has requested $1.8MM for trips this week
iPayout – need $1.3MM for commissions from the 15th
Payroll – this is due Friday

We are only projecting cash receipts of $4.4MM this week. We recognize the importance of making this payment, but are balance a lot of critical needs this week.

As tomorrow is my last day at WV, Simon will be happy to communicate with you all going forward.

It has been my sincere pleasure working here and having a chance to meet all of you.

Warm regards,

Feb 20, 2019, 11:00 AM

Susan Nugent

Tom, could you please call us as soon as you can. Josh May be calling you directly, soon. They are engaging investors and questioning our financials, particularly what appears to be a $20,000,000.00 distribution to Wayne and I. Taxes? Or Distribution? They being questioned, plus they want that in the company for themselves. What is fair and appropriate. Given our Risk and ongoing patience to put others first, we counted on that "Return". Please give us your understanding and opinion. I wasn't expecting this. Hopefully you can call us soon. Thanks!

Feb 20, 2019, 1:07 PM

Susan Nugent

WVH_Updated Investor P...

Here's a copy of the investment presentation they are using. Can you review it and give input and suggestions, please?

MCA 002057