| | |
|---|---|
| From: | Janet Weil [jweil@wvholdings.com] |
| Sent: | 2/21/2018 9:48:10 PM |
| To: | Tom Montgomery [tom.montgomery@mcggroup.com] |
| CC: | Josh Paine [jpaine@rovia.com]; Wayne Nugent [wayne@worldventures.com] |
| Subject: | RE: WorldVentures loan structure |
| Flag: | Follow up |

I am not sure that usury can be the rationale behind this as the loan agreement is under New York law and NY law stipulates no maximum rate for loans above $2.5 million.

It was expressed to us by lender's counsel as being a "tax shelter" in Canada for the Lender.

Regards

**JANET WEIL**
GENERAL COUNSEL
SENIOR VICE PRESIDENT
LEGAL & COMPLIANCE DEPARTMENT

**WorldVentures Holdings, LLC**
5100 Tennyson Parkway
Plano, TX 75024
p: 972.805.5165
f: 972.805.5236
jweil@wvholdings.com

---

**From:** Tom Montgomery [mailto:tom.montgomery@mcggroup.com]
**Sent:** Wednesday, February 21, 2018 3:41 PM
**To:** Janet Weil <jweil@wvholdings.com>
**Cc:** Josh Paine <jpaine@rovia.com>; Wayne Nugent <wayne@worldventures.com>
**Subject:** RE: WorldVentures loan structure

Thanks! I am not sure this reduces taxes but was of the belief it was away to avoid usury laws. In some ways we like an outlandish agreement as it does not create any tax or other benefits to WV or any of it constituents. And by being outlandish it probably allows us to keep the usury argument if we ever have a dispute with them which is not being handled fairly by them. With that being said, being a party to a transaction which may be merely a sham cannot be good for us.

My suggestion is to challenge them to see if there is a better options( consulting agreement) which accomplishes the usury objective( btw- I would not mention usury unless they have or do bring it up)in a more viable agreement. If they insist, I am probably Ok though as we have adequate defenses and we are not deriving in nefarious benefit, not aware of any benefit to them and they are helping us otherwise.

Just my thoughts but has legal implications which I am not qualified to opine on. Jst my general business judgment.

Hope this helps.

Thanks!

Tom

**Tom Montgomery**


Montgomery Coscia Greilich LLP

MCA 002364

Direct: 972.748.0201 | Cell: ███████ | Email: tom.montgomery@mcggroup.com
2500 Dallas Parkway, Suite 300 • Plano, TX 75093

Dallas • Fort Worth • Austin



Send a secure document through our SafeSend portal.
**Subscribe to our Employee Benefit Plan Audit Newsletter.**
**Listen to what our team has to say about working at MCG.**
**View our legal disclaimer and privacy policy.**

---

**From:** Janet Weil [mailto:jweil@wvholdings.com]
**Sent:** Wednesday, February 21, 2018 3:31 PM
**To:** Tom Montgomery <tom.montgomery@mcggroup.com>
**Cc:** Josh Paine <jpaine@rovia.com>; Wayne Nugent <wayne@worldventures.com>
**Subject:** WorldVentures loan structure

Both Trey and I remain nervous about the aircraft services agreement (attached) and the question of whether this agreement is a bona fide supply of services or an artificial device to reduce tax due from the Lender in relation the transaction. I appreciate that the Lender has indicated that services might be available under the proposed services agreement but does WV really have any intention of using them? We believe not.

While the lender may be of the view that the structure is neutral to WV we do have to consider any liability that might attach to both the company and to the officers and advisers in respect of their participating in/facilitating a scheme to artificially reduce taxes due either in the US or in Canada. Wayne is normally very sensitive to any suggestion of non-compliance with tax obligations and so Josh has agreed that I can ask for your comments in respect of this proposed deal structure.

This is time sensitive so please can you respond urgently.

Sincerely

**JANET WEIL**
GENERAL COUNSEL
SENIOR VICE PRESIDENT
LEGAL & COMPLIANCE DEPARTMENT

**WorldVentures Holdings, LLC**
5100 Tennyson Parkway
Plano, TX 75024
p: 972.805.5165
f: 972.805.5236
jweil@wvholdings.com

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

This message contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. Receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Holdings, LLC, located at 5100 Tennyson Pkwy, Plano, TX 75024, on behalf of its subsidiaries and their affiliates, branches, representative offices, and/or subsidiaries, including: WorldVentures Marketing Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No. ▮▮▮▮▮ WorldVentures Canada Inc., 160 Elgin St, Ste. 2600, Ottawa, ON K1P 1C3, Canada, Registry ▮▮▮▮ Business No. ▮▮▮▮▮ Europe: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. 06440081; WorldVentures Marketing B.V., Paterswoldeweg 806, Ground Floor, Groningen 9726 BM, Netherlands, Dossiernummer ▮▮▮▮ Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Limited Registration No. ▮▮▮▮ WorldVentures Services Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration No. ▮▮▮▮ WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company No. ▮▮▮▮ (License No. AJ ▮▮▮▮); WorldVentures Events (Malaysia) Sdn. Bhd., 18-2, Jalan 2/114, Kuchai Business Centre, Off Jalan Klang Lama, 58200 Kuala Lumpur, Wilayah Persekutuan, Company No. 1178688D; WorldVentures Marketing Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ▮▮▮▮ WorldVentures Events Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ▮▮▮▮ WorldVentures Marketing Pty Ltd, Level 4, 5 & 12, Plaza Building, Australia Square, 95 Pitt Street, Sydney, NSW 2000, Australia, ABN ▮▮▮▮ WorldVentures Events Pty Ltd, c/- Addisons, Level 12, 60 Carrington Street, Sydney NSW 2000, Australia, ABN ▮▮▮▮ WorldVentures Taiwan Ltd., 8F, No. 125, Sec. 2, Keelung Rd., Xinyi Dist., Taipei City 110, Taiwan, Company No. ▮▮▮▮ WorldVentures Events Taiwan Ltd., 11/F Walsin Xinyi Building, 1 Songzhi Road, Taipei, 11047, Taiwan, Company No. ▮▮▮▮ South America: WorldVentures Marketing Belize, Ltd., 35 New Road, Belize City, Belize, I.B.C. # 95221); WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose, Arch, 2196, Company Number ▮▮▮▮ WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th Floor, Office 53, Romania; OR Rovia Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (for Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No. ▮▮▮▮ [CA SOT ▮▮▮▮ FL SOT ▮▮▮▮ HI SOT ▮▮▮▮ WA SOT ▮▮▮▮ IA SOT ▮▮▮▮]; Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No ▮▮▮▮ Travel Licence No. ▮▮▮▮; Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN ▮▮▮▮ OR WorldVentures Foundation, located at 5100 Tennyson Pkwy, Plano, TX 75024 (a registered, US 501(c)(3) organization).

The information contained in this email, including any attachments, may be confidential and subject to copyright. If you are not the intended recipient, please notify the sender and delete this message from your system. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

This message contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. Receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of email transmission.

Sent by WorldVentures Holdings, LLC, located at 5100 Tennyson Pkwy, Plano, TX 75024, on behalf of its subsidiaries and their affiliates, branches, representative offices, and/or subsidiaries, including: WorldVentures Marketing Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (North America: WorldVentures Marketing, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No. ▮▮▮▮ WorldVentures Canada Inc., 160 Elgin St, Ste. 2600, Ottawa, ON K1P 1C3, Canada, Registry # ▮▮▮▮ Business No. ▮▮▮▮ Europe: WorldVentures Events Ltd., 5 New Street Square, London, EC4A 3TW, United Kingdom, Company No. ▮▮▮▮ WorldVentures Marketing B.V., Paterswoldeweg 806, Ground Floor, Groningen 9726 BM, Netherlands, Dossiernummer: ▮▮▮▮ Asia Pacific: WorldVentures Marketing (Hong Kong) Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Limited Registration No. ▮▮▮▮ WorldVentures Services Limited, 36/F Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, Registration No. ▮▮▮▮ WV Services Malaysia Sdn. Bhd., Suite 17.02 & 17.03, Level 17, Centrepoint North, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur, Malaysia, Company No. ▮▮▮▮ License No. AJ ▮▮▮▮; WorldVentures Events (Malaysia) Sdn. Bhd., 18-2, Jalan 2/114, Kuchai Business Centre, Off Jalan Klang Lama, 58200 Kuala Lumpur, Wilayah Persekutuan, Company No ▮▮▮▮ WorldVentures Marketing Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ▮▮▮▮ WorldVentures Events Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No. ▮▮▮▮ WorldVentures Marketing Pty Ltd, Level 4, 5 & 12, Plaza Building, Australia Square, 95 Pitt Street, Sydney, NSW 2000, Australia, ABN ▮▮▮▮ WorldVentures Events Pty Ltd, c/- Addisons, Level 12, 60 Carrington Street, Sydney NSW 2000, Australia, ABN ▮▮▮▮ WorldVentures Taiwan Ltd., 8F, No. 125, Sec. 2, Keelung Rd., Xinyi Dist., Taipei City 110, Taiwan, Company No. ▮▮▮▮ WorldVentures Events Taiwan Ltd., 11/F Walsin Xinyi Building, 1 Songzhi Road, Taipei, 11047, Taiwan, Company No. ▮▮▮▮ South America: WorldVentures Marketing Belize, Ltd., 35 New Road, Belize City, Belize, I.B.C. # 95221); WorldVentures Marketing South Africa (Pty) Ltd., 3rd Floor, 54 Melrose, Arch, 2196, Company Number ▮▮▮▮ WorldVentures Marketing S.R.L., Bucharest, 5th District, 22 Tudor Vladimirescu Boulevard, Green Gate Office Building, 5th Floor, Office 53, Romania; OR Rovia Holdings, LLC, 5100 Tennyson Pkwy, Plano, TX 75024 (for Rovia, LLC, 5100 Tennyson Pkwy, Plano, TX 75024, Entity No ▮▮▮▮ CA SOT ▮▮▮▮ FL SOT ▮▮▮▮ HI SOT ▮▮▮▮ WA SOT ▮▮▮▮ IA SOT ▮▮▮▮ Rovia Pte. Limited, 38 Beach Road, #29-11 South Beach Tower, Singapore 189767, Registration No ▮▮▮▮ Travel Licence No. ▮▮▮▮ Rovia Australia Pty Ltd, Level 34, AMP Tower, 50 Bridge St, Sydney NSW 2000, Australia, ABN ▮▮▮▮ OR WorldVentures Foundation, located at 5100 Tennyson Pkwy, Plano, TX 75024 (a registered, US 501(c)(3) organization).