# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS,** | § | **Case No.: 20-42492** |
| **LLC**, *et al*. | § | |
| | § | **Joint Administration Requested** |
| Debtors.[1] | § | |

## ORDER APPROVING STIPULATION TO EXTEND (1) BAR DATE TO FILE PROOFS OF CLAIM FROM APRIL 20, 2021 TO JUNE 20, 2021 AND (2) RESPONSE AND OBJECTION DEADLINE AS TO CERTAIN PENDING MOTIONS [DKT. NO. 235]

The Stipulation to extend the Bar Date as to the Claimants and extend the response and objection deadlines as to certain pending motions [Dkt No. 235] is approved in its entirety.

It is hereby ORDERED as follows:

1.  The Bar Date is hereby extended, solely with respect to the Claimants as defined in the Stipulation, to June 20, 2021 (the "Extended Bar Date").

2.  Any Proofs of Claim filed by the Claimants before the Extended Bar Date shall be superseded in all respects by any Proofs of Claim filed subsequent to the Bar Date and on or before the Extended Bar Date, and shall not prejudice the Claimants in any way.

3.  The response and objection deadline to the Movant's Motion to Compel and Motion to Lift Stay are hereby extended, solely with respect to the Debtors and the Committee, to April 30, 2021 at 5:00 p.m.

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") have listed their identification and EIN numbers as: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN #2220. The Debtors list their corporate headquarters in some pleadings, but not others, as 5100 Tennyson Parkway, Plano, TX 75024.

4. The response and objection deadline to the Debtors' Alternative Notice Motion is hereby extended, solely with respect to the Movant, to April 30, 2021 at 5:00 p.m.

Signed on 4/19/2021

_____*Brenda T. Rhoades*_____ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted and Prepared by:

/s/ *Blake J. Lindemann*
Blake J. Lindemann
California Bar No. 255747
E-mail: blake@lawbl.com
**LINDEMANN LAW FIRM, APC**
(*pro hac vice forthcoming*)
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone No: 310-279-5269
Facsimile No: 310-300-0267

COUNSEL FOR CREDITOR MELODY YIRU
AND THOSE SIMILARLY SITUATED