**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et al.* | § | **Case No.: 20-42492** |
| | § | |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |
| | § | |

**ORDER GRANTING**
**MOTION TO CONTINUE MAY 18, 2021 HEARING**

Having considered the *Agreed Motion to Continue May 18, 2021 Hearing* (the "**Motion to Continue**") and having found good cause for granting the Motion to Continue,

**IT IS ORDERED THAT** the hearing (the "**Hearing**") on the *Emergency Motion for an Interim and Final Orders Granting Use of Cash Collateral and Scheduling Final Hearing* (the "**Cash Collateral Motion**") [Docket No. 18] and *Motion for Entry of an Order (I) Authorizing and Approving: (A) Bid Procedures; (B) Stalking Horse Bidder and Bid Protections; and (C) Form and Manner of Notices; (II) Scheduling and Auction and Sale Hearing; (III) Approving the Sale of Substantially All the Assets of the Debtors, Free and Clear of All Liens, Claims, Encumbrances and Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief* (the "**Bid Procedures Motion**") [Docket No. 92] presently scheduled for May 18, 2021 at 10:00 AM (CT), is continued and rescheduled for **June 8, 2021 at 2:30 PM (CT).**

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

**IT IS FURTHER ORDER THAT** the Debtors shall file and serve an amended notice of

hearing conforming with this Order.

Signed on 5/14/2021

_Brenda T. Rhoades_                    YM

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted and Prepared by:

_/s/ Marcus A. Helt_
Marcus A. Helt, Esq.
Texas Bar #24052187
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:  (214) 210-2801
Fax: (972) 528-5765
Email: mhelt@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**ORDER GRANTING MOTION TO CONTINUE MAY 18, 2021 HEARING**          **PAGE 2**