Marcus A. Helt, Esq. (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:      (214) 210-2801
Fax:     (972) 528-5765
Email:   mhelt@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC**, *et al.* | § § § | **Case No.: 20-42492** |
| | § | |
| **Debtors.**[1] | § § | **Jointly Administered** |

## RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the "**Court**"), has reset the Debtors' Emergency Motion for an Interim and Final Orders Granting Use of Cash Collateral and Scheduling Final Hearing (the "**Cash Collateral Motion**") [Docket No. 18] and Motion for Entry of an Order (I) Authorizing and Approving: (A) Bid Procedures; (B) Stalking Horse Bidder and Bid Protections; and (C) Form and Manner of Notices; (II) Scheduling and Auction and Sale Hearing; (III) Approving the Sale of Substantially All the Assets of the Debtors, Free and Clear of All Liens, Claims, Encumbrances and Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

**RE-NOTICE OF HEARING FOR JUNE 8, 2021**                                                                                                           **PAGE 1**

Related Relief (the "**Bid Procedures Motion**") [Docket No. 92] for hearing on **Tuesday, June 8, 2021, at 2:30 PM (CT)**. Parties are instructed to dial **1-888-675-2535, use Access No. 4225607, and Security No. 3620**, as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then selecting "Judge Rhoades", and then choosing the "Telephonic Hearing" Tab.

    **PLEASE TAKE FURTHER NOTICE** that all of the pleadings in these Chapter 11 Cases and supporting papers are available on the Bankruptcy Court's website at https://ecf.txeb.uscourts.gov/ and on the Debtors' claims agent's website at https://cases.stretto.com/Spherature. You can also request any pleading you need from the Debtors' counsel at: McDermott Will & Emery LLP, c/o Marcus Helt, Esq., 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201 (mhelt@mwe.com).

    Respectfully Submitted,

Dated:   May 14, 2021

*/s/ Marcus A. Helt*
Marcus A. Helt, Esq.
Texas Bar #24052187
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: (214) 210-2801
Fax: (972) 528-5765
Email: mhelt@mwe.com

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 14, 2021, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Marcus A. Helt*
Marcus A. Helt