
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| *et al.,* | § | |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |

### ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS

This matter came before this Court on the *Motion for Order (I) Authorizing the Debtors to Keep Certain Information in Schedules of Assets and Liabilities Confidential; (II) Approving Form and Manner of Notice to Certain Potential Claimants; and (III) Establishing Supplemental Deadline to File Proofs of Claim for Certain Potential Claimants* (the "**Motion**")[2] filed by Spherature, together with its affiliates identified herein (collectively, the "**Debtors**"), the Debtors and debtors-in-possession in the above captioned chapter 11 cases (the "**Cases**").

The Court, having reviewed the Motion, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC EIN#2220.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS**

**PAGE 1**

Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, and no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; that cause exists to grant the relief requested in the Motion to the extent set forth below, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to Bankruptcy Code sections 105(a) and 107(b)(1) and Bankruptcy Rule 9018, the Debtors shall not be required to disclose the physical mailing address or email address of sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494). As related to the disclosure of mailing addresses and email addresses, Schedule G is hereby deemed adequate as filed and in compliance with all provisions of the Bankruptcy Code and the Bankruptcy Rules.

3. Any party-in-interest shall have the right to request the complete list of sales representatives and members from the Debtors, including their physical mailing address and email address, upon the condition that a confidentiality agreement is executed between counsel representing the requesting party and counsel for the Debtors. If such request is refused by the Debtors, such party shall have the right to seek an order from the Court to acquire such information upon proper motion and notice.

4. In the absence of a further order from this Court, no party-in-interest to whom the complete list of sales representatives and members has been supplied by the Debtors under the terms of the confidentiality agreement shall disclose in any manner the physical mailing address or email address of any sales representative or member.

**ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS**

PAGE 2

4840-2748-0034.5

5. The terms of this Order shall not prohibit any sales representative or member from revealing his/her/its own physical mailing address or email address for any purpose in these bankruptcy proceedings.

6. Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002(m) and 9007, the Debtors are authorized to and shall provide the Notice Package (attached to Motion as **Exhibit "B"**) to all sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities of WorldVentures Marketing, LLC (Case No. 20-42494) via the most recent email addresses listed in the Debtors' email database system. The Debtors must provide such notice via email within five (5) days of the entry of this order.

7. Upon completion of service of the Notice Package on all sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494), the Debtors shall file with the Court either an affidavit or certificate of service listing the names of all sales representatives and members to which the Notice Package was sent, and attesting that the Debtors have complied with the email notice procedures described in the Motion and in this Order.

8. The Debtors' email service of the Notice Package on the sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494) is hereby deemed good and sufficient notice.

9. Pursuant to Bankruptcy Rules 3003(c)(3), the proof of claim bar date for the sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494) is hereby extended from April 20, 2021 to June 20, 2021. The extended claims bar date of June 20, 2021 is applicable only to the sales

**ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS**

**PAGE 3**

4840-2748-0034.5

representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494). The April 20, 2021 claims bar date shall remain applicable to every non-governmental party other than the sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494).

10. The Debtors shall provide the sales representatives and members listed in Schedule G of the Schedules of Assets and Liabilities for WorldVentures Marketing, LLC (Case No. 20-42494) with notice of the bar date extension via the materials provided in the Notice Package.

11. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed on 6/3/2021

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS**

PAGE 4

4840-2748-0034.5

Submitted and Prepared by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS**

**PAGE 5**

4840-2748-0034.5