Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice*)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:    (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jhaake@mwe.com

**PROPOSED COUNSEL FOR THE DEBTORS**
**AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the "Court"), has set the Debtors' *Motion for Entry of an Order (A) Approving Binding Term Sheet, (B) Approving Expense Reimbursement and Breakup Fee to the Plan Sponsor and (C) Granting Certain Related Relief* (the "Motion") [Docket No. 289] for hearing on **June 22, 2021 at 2:30 PM (CT)**. Parties are instructed to **dial 1-888-675-2535, use Access No. 4225607, and Security No. 3620**, as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

**PAGE 1**

DM_US 180371289-1.114823.0011

accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

**PLEASE TAKE NOTICE** that your rights may be affected by the relief sought in the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by the Motion, you must file a written objection, explaining the factual and/or legal basis for opposing the relief. Any objection to the Motion must be filed on or before **June 18, 2021 at 5:00 pm (CT)**.

**PLEASE TAKE FURTHER NOTICE** that the all of the pleadings filed in these Cases and supporting papers are available on the Bankruptcy Court's website at https://ecf.txeb.uscourts.gov/ and on the Debtors' proposed Claims and Noticing Agent's website at https://cases.stretto.com/Spherature. You can also request any pleading you need from the Debtors' proposed counsel at: McDermott Will & Emery LLP, c/o Jack Haake, Esq., 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201 (jhaake@mwe.com).

Respectfully Submitted,

Dated: June 5, 2021

*/s/ Jack G. Haake*
Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack G. Haake, Esq. (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:   (214) 210-2821
Fax:   (972) 528-5765
Email: mhelt@mwe.com
Email: jhaake@mwe.com

*PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 5, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

                                        */s/ Jack G. Haake*
                                        Jack G. Haake