IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## ORDER GRANTING MOTION TO CONTINUE JUNE 8, 2021 HEARING

Having considered the *Agreed Motion to Continue June 8, 2021 Hearing* (the "Motion to Continue") and having found good cause for granting the Motion to Continue,

**IT IS ORDERED THAT** the hearing (the "Hearing") on the *Emergency Motion for an Interim and Final Orders Granting Use of Cash Collateral and Scheduling Final Hearing* (the "Cash Collateral Motion") [Docket No. 18] presently scheduled for June 8, 2021 at 2:30 PM (CT), is continued and rescheduled for **July 7, 2021 at 1:30 PM (CT)**.

**IT IS FURTHER ORDER THAT** the Debtors shall file and serve an amended notice of hearing conforming with this Order.

Signed on 6/7/2021

_Brenda T. Rhoades_    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

Submitted and Prepared by:

Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:    (214) 210-2821 / Fax: (972) 528-5765
Email: mhelt@mwe.com
Email: jhaake@mwe.com

***PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION***