# Exhibit A

# Proposed Order

Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:      (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jhaake@mwe.com

***PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION***

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et al.* | § | **Case No.: 20-42492** |
| | § | |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |
| | § | |

**AGREED ORDER (A) VACATING THE ORDER (I) AUTHORIZING THE DEBTORS TO KEEP CERTAIN INFORMATION IN SCHEDULES OF ASSETS AND LIABILITIES CONFIDENTIAL; (II) APPROVING FORM AND MANNER OF NOTICE TO CERTAIN POTENTIAL CLAIMANTS; AND (III) ESTABLISHING SUPPLEMENTAL DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN POTENTIAL CLAIMANTS, (B) SET OBJECTION DEADLINE, AND (C) EXTEND THE BAR DATE**

Having considered the A*greed Motion to: (A) Vacate the Order (I) Authorizing the Debtors to Keep Certain Information in Schedules of Assets and Liabilities Confidential; (II) Approving Form and Manner of Notice to Certain Potential Claimants; and (III) Establishing Supplemental Deadline to File Proofs of Claim for Certain Potential Claimants, (B) Set Objection Deadline, and*

---

[1]   The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

*(C) Extend the Bar Date* (the "<u>Agreed Motion</u>")[2] and having found good cause for granting the Motion to Vacate,

**IT IS ORDERED THAT** the Order at Docket No. 293 is vacated.

**IT IS FURTHER ORDERED THAT** the objection deadline for the Motion and the Motion to Lift Stay is set for June 26, 2021.

**IT IS FURTHER ORDERED THAT** if an objection is filed, the Motion and the Motion to Lift Stay shall be set for hearing on **<u>July 13, 2021 at 2:30 p.m. (CT)</u>**.

**IT IS FURTHER ORDERED THAT** the Bar Date is hereby extended, solely with respect to the Claimants as defined in the Agreed Motion, to August 1, 2021 (the "<u>Extended Bar Date</u>").

**IT IS FURTHER ORDERED THAT** any Proofs of Claim filed by the Claimants before the Extended Bar Date shall be superseded in all respects by any Proofs of Claim filed subsequent to the Bar Date and on or before the Extended Bar Date, and shall not prejudice the Claimants in any way.

_____
HONORABLE BRENDA T. RHOADES
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Vacate.

Submitted and Prepared by:

Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:     (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jhaake@mwe.com

***PROPOSED COUNSEL FOR THE DEBTORS***
***AND DEBTORS-IN-POSSESSION***

Blake J. Lindemann
California Bar No. 255747
E-mail: blake@lawbl.com
LINDEMANN LAW FIRM, APC
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone No: 310-279-5269
Facsimile No: 310-300-0267

***COUNSEL FOR CREDITOR MELODY YIRU***