IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et al.* | § | Case No.: 20-42492 |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

ORDER GRANTING
MOTION TO CONTINUE JULY 7, 2021 HEARING

Having considered the *Agreed Motion to Continue July 7, 2021 Hearing* (the "**Motion to Continue**") and having found good cause for granting the Motion to Continue,

**IT IS ORDERED THAT** the hearing (the "**Hearing**") on the *Emergency Motion for an Interim and Final Orders Granting Use of Cash Collateral and Scheduling Final Hearing* (the "**Cash Collateral Motion**") [Docket No. 18] presently scheduled for July 7, 2021 at 1:30 PM (CT), is continued and rescheduled for **July 28, 2021 at 2:00 PM (CT)**.

**IT IS FURTHER ORDER THAT** the Debtors shall file and serve an amended notice of hearing conforming with this Order.

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

Submitted and Prepared by:

*/s/ Marcus A. Helt*
Marcus A. Helt, Esq.
Texas Bar #24052187
Jack G. Haake, Esq. (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:  (214) 210-2801
Fax: (972) 528-5765
Email: mhelt@mwe.com


**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**