Matthew M. Cowart– State Bar No. 24007044
The Law Offices of Matthew M. Cowart, P.C.
6609 Blanco Rd., Suite 235
San Antonio, Texas 78216-6177
Telephone:  (210) 874-2223
Facsimile:   (210) 579-2023
mcowartlaw@yahoo.com

**COUNSEL FOR RAYMOND BRAUN, JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| **SPHERATURE INVESTMENTS LLC,** | § | |
| *et al.,* | § | Case No. 20-42492 |
| | § | |
| DEBTORS. | § | Jointly Administered |

## NOTICE OF AFFILIATION WITH NEW LAW FIRM

NOW COMES Matthew M. Cowart, counsel for creditors JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF ("BRAUN ET AL.") and gives notice of his affiliation with the Law Offices of Matthew M. Cowart, P.C., and requests that any and all communications, correspondence, motions, notices, orders, pleadings, and other documents filed with the court or that require service upon the parties be delivered and/or served as follows:

> Matthew M. Cowart
> The Law Offices of Matthew M. Cowart, P.C.
> 6609 Blanco Road, Suite 235
> San Antonio, Texas 78216
> Telephone: (210) 874-2223
> Facsimile: (210) 579-2023
> E-mail: mcowartlaw@yahoo.com

**DATED:  July 14, 2021.**

                                            Respectfully submitted,

By: */s/ Matthew M. Cowart*
Matthew M. Cowart
State Bar No. 24997944
**THE LAW OFFICES OF**
**MATTHEW M. COWART, PC**
6609 Blanco Road, Suite 235
San Antonio, Texas 78216
Telephone: (210) 874-2223
Facsimile: (210) 579-2023
E-mail: mcowartlaw@yahoo.com

**COUNSEL FOR JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF**

## CERTIFICATE OF SERVICE

     I hereby certify that on July 14, 2021, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Matthew M. Cowart*
Matthew M. Cowart