**EOD**
**07/20/2021**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**SECOND ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH**
**ONLY THE DEBTORS MAY FILE AND CONFIRM A PLAN**

This matter having come before this Court on the *Second Motion for Order Extending the Exclusive Periods in which Only Debtors May File and Confirm a Plan* (the "Motion")[2] filed by Spherature Investments LLC ("Spherature"), together with its affiliates identified herein (collectively, the "Debtors"), the Debtors and debtors-in-possession in the above captioned chapter 11 cases (the "Cases").

The Court, having reviewed the Motion, and after due deliberation and consideration, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; that due and proper notice to all parties in interest was appropriate under the circumstances, that no objections have been timely filed, and no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; that cause exists to grant the relief requested in the Motion to the extent set forth

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

below; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusivity Filing Period in which to file a chapter 11 plan is extended to and including September 17, 2021.

3. The Debtors' Exclusivity Solicitation Period is hereby extended to and including November 16, 2021.

4. The extensions to the Exclusive Filing Period and the Exclusivity Solicitation Period granted herein are without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtors, or any party-in-interest, for cause shown, upon notice and a hearing.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed on 7/20/2021

*Brenda T. Rhoades*   MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted and Prepared by:

*/s/ Jack G. Haake*
Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack G. Haake, Esq. *(Admitted Pro Hac Vice)*
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:     (214) 210-2821 / Fax: (972) 528-5765
Email: mhelt@mwe.com
Email: jhaake@mwe.com

***COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION***