# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.*[1] | § | |
| | § | Joint Administration Requested |
| Debtor. | § | |

## NOTICE OF APPEAL

Melody Yiru, on behalf of herself and those similarly situated (the "Movants") appeal from the (1) *Order Denying in Part, and Granting in part, the Motion of Melody Yiru for Limited Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to File Her Motion for Class Certification in the District Court and to Confirm No Automatic Stay Applies to the Non-Debtor Parties, or in the Alternative, for an Order Applying Fed. R. Bankr. Proc. 7023, Pursuant to Fed. R. Bankr. Proc. 9014(c) to Permit the Filing of a Motion for Class Certification in this Court and Related Relief*, [Dkt. No. 367]; and (2) *Order (I) Authorizing the Debtors to Keep Certain Information in Schedules of Assets and Liabilities Confidential; (II) Approving Form and Manner of Notice to Certain Potential Claimants; and (III) Establishing Supplemental Deadline to File Proofs of Claim for Certain Potential Claimants*.  A true and accurate copy of the Orders are attached hereto as **Ex. 1** and **Ex. 2**, respectively.

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN #2220.

**OPPOSITION TO DEBTORS' MOTION**    Page 1

The names of all parties to the judgment, order or decree appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

**Party: Spherature Investments LLC and it's counsel**

Jack G. Haake
McDermott Will & Emery LLP
2501 N. Harwood St., Ste 1900
Dallas, TX 75201
Tel.: (214) 210-2816
Fax : (972) 692-7487
Email: jhaake@mwe.com

Marcus Helt
McDermott Will & Emery LLP
2501 N. Harwood Street, Suite 1900
Dallas, TX 75201
Tel.: (214) 210-2821
Fax : (972) 528-5765
Email: mhelt@mwe.com

**Creditor Committee**
**Official Committee of Unsecured Creditors**

Michael D. Warner
Pachulski Stang Ziehl & Jones LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
713-691-9385
Email: mwarner@pszjlaw.com

**Movant's Counsel**

Blake J. Lindemann (*pro hac vice*)
Lindemann Law Firm, APC
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
310-279-5269
E-mail: blake@lawbl.com

**U. S. Trustee's Office**

Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

DATED: July 30, 2021                    Respectfully submitted by:

/s/ *Blake J. Lindemann*
Blake J. Lindemann
California Bar No. 255747
E-mail:  blake@lawbl.com
**LINDEMANN LAW FIRM, APC**
(*pro hac vice*)
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone No: 310-279-5269
Facsimile No: 310-300-0267

-and-

Rachel E. Montes
Texas Bar No. 45005925
Rachel@MontesLawGroup.com
**MONTES LAW GROUP, PC**
1121 Kinwest Parkway, Ste. 100
Irving, TX 75063
Telephone No: 214-522-9401
Facsimile No: 214-522-9428


COUNSEL FOR CREDITOR MELODY YIRU
AND THOSE SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

      On July 30, 2021, I electronically submitted the foregoing document with the clerk of the court of the U.S. Bankruptcy Court, Eastern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve the parties individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                              */s/ Blake J. Lindemann*
                                              Blake J. Lindemann