# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
660 N. CENTRAL EXPWY
SUITE 300B
PLANO, TEXAS 75074

| | |
|---|---|
| **JASON K. MCDONALD** | **DIVISIONAL OFFICES:** |
| CLERK OF COURT | PLAZA TOWER |
| 903-590-3200 - Tyler | 110 N. COLLEGE AVENUE |
| 972-509-1240 - Plano | TYLER, TEXAS 75702 |
| 409-839-2617 - Beaumont | |
| | 300 WILLOW STREET, SUITE 100 |
| | BEAUMONT, TEXAS 77701 |

DATED: **August 2, 2021**

U.S. District Court Clerk
101 E. Pecan St.
Room 216
Sherman, TX 75090

Clerk's Office:

We are transmitting to your office the PDF of the notice of appeal in our bankruptcy case 20-42492 along with PDFs of the docket and bankruptcy cover sheet. As other documents are filed that are associated with this appeal (e.g. statements, designations, transcripts), we will forward them to you via email under your assigned case number.

Please acknowledge, via return email, receipt of this transfer.

JASON K. MCDONALD
CLERK OF THE COURT


BY: Lori Carter
    Deputy Clerk