## Exhibit B

**Liquidation Analysis**

DM_US 180458543-6.114823.0011

**Liquidation Analysis | Spherature Investments, LLC**
*(Balances as of July 31, 2021)*

| | Book Value 07-31-21 | Percent Recovery Low | Percent Recovery High | Estimated Proceeds in Liquidation Low | Estimated Proceeds in Liquidation High | Est. Net Proceeds from Sale |
|---|---:|---:|---:|---:|---:|---:|
| **Current Assets** | | | | | | |
| Unrestricted Cash | $ 997,934 | 100.0% | 100.0% | $ 997,934 | $ 997,934 | $ 1,540,298 |
| Restricted Cash | 2,725,349 | 89.0% | 89.0% | 2,425,349 | 2,425,349 | - |
| Accounts Receivable (net) | 15,655 | 100.0% | 100.0% | 15,655 | 15,655 | - |
| Merchant Reserves | 3,256,432 | 45.0% | 50.0% | 1,465,394 | 1,628,216 | - |
| Inventory | 235,479 | 0.0% | 30.0% | - | 70,644 | - |
| Prepaid Expenses & Deposits | 3,547,399 | 50.0% | 70.0% | 1,773,700 | 2,483,179 | - |
| **Long-Term Assets** | | | | | | |
| Fixed Assets, Net | $ 3,179,879 | 10.0% | 40.0% | $ 317,988 | $ 1,271,952 | $ - |
| Due From Insiders | 250,000 | 0.0% | 0.0% | - | - | - |
| Investments in Subs | 110,338 | 0.0% | 0.0% | - | - | - |
| Internal Use Software Development | 168,931 | 10.0% | 40.0% | 16,893 | 67,572 | - |
| Goodwill - Putman Travel | 200,450 | 0.0% | 0.0% | - | - | - |
| Intangible Assets, Net | 805,617 | 0.0% | 0.0% | - | - | - |
| Litigation Rights - Seacret | [Unknown] | NQ | NQ | - | - | - |
| Litigation Rights - Eddie Head | [Unknown] | NQ | NQ | - | - | - |
| Litigation Rights - Insiders | [Unknown] | NQ | NQ | - | - | - |
| Litigation Rights - MCA | [Unknown] | NQ | NQ | - | - | - |
| Litigation Rights - Whiskey Papa Fox Inc. | [Unknown] | NQ | NQ | - | - | - |
| Royalty Payment - Buyer | | | | N/A | N/A | 15,050,000 |
| Royalty Payment - Seacret | | | | - | 10,401,844 | 10,401,844 |
| **Total Proceeds Available for Distribution** | | | | $ 7,012,913 | $ 19,362,345 | $ 26,992,142 |
| **Administrative Priority Claims** | | | | | | |
| Professionals Fees | 5,606,001 | 100.0% | 100.0% | (5,606,001) | (5,606,001) | (5,606,001) |
| USTrustee | 100,000 | 100.0% | 100.0% | (100,000) | (100,000) | (100,000) |
| **Secured Priority Claims** | | | | | | |
| Secured Debt | 5,623,636 | 23.2% | 100.0% | (1,306,912) | (5,623,636) | (5,623,636) |
| **Administrative Claims** | | | | | | |
| Taxes Payable | 580,166 | 0.0% | 100.0% | - | (580,166) | (580,166) |
| Administrative Claims | 129,496 | 0.0% | 100.0% | - | (129,496) | (129,496) |
| **General Unsecured Claims** | | | | | | |
| General Unsecured Claims | 74,938,113 | 0.0% | 9.8% | - | (7,323,046) | (14,952,844) |
| **Total Distributed Proceeds** | | | | $ (7,012,913) | $ (19,362,345) | $ (26,992,142) |

NQ: Not Quantifiable At This Time