IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SPHERATURE INVESTMENTS LLC, *et al.* | Case No.: 20-42492 |
| Debtors.[6] | Jointly Administered |

ORDER GRANTING EMERGENCY HEARING ON DEBTORS'
EMERGENCY MOTION TO ENTER ORDER OR,
IN THE ALTERNATIVE, SET AN EMERGENCY HEARING

ON THIS DATE the Court considered the request for emergency hearing filed by Spherature Investments LLC and its affiliate debtors (the "Movants") in conjunction with their *Emergency Motion to Enter Order or, in the Alternative, Set an Emergency Hearing* (the "Motion")[7] which was filed on September 4, 2021 and the Toth Declaration submitted in support thereof, and having found good cause for granting the Motion, the Court finds that the request complies with LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling of an emergency hearing on the Motion.

**IT IS THEREFORE ORDERED** that the request for emergency hearing is GRANTED and that a hearing on the Motion shall be held telephonically on September 13, 2021 at 03:00 p.m. Participants may call in using the following dial in instructions: DIAL 1-888-675-2535, ACCESS CODE 422607, SECURITY NO. 3633.

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to

---

[6] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

[7] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 09/08/2021

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted and Prepared by:

Marcus A. Helt (Texas Bar #24052187)
Debbie E. Green *(Admitted Pro Hac Vice)*
Jack Haake *(Admitted Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:  (214) 210-2821 / Fax: (972) 528-5765
mhelt@mwe.com
dgreen@mwe.com
jhaake@mwe.com

***COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION***

2