Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice*)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:     (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jhaake@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| *et. al.* | § | |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |

**NOTICE OF FILING OF THIRD AMENDED JOINT CHAPTER 11 PLAN AND
DISCLOSURE STATEMENT FOR THIRD AMENDED JOINT CHAPTER 11 PLAN
FOR SPHERATURE INVESTMENTS LLC AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that on July 19, 2021, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 371] (the "Plan").

**PLEASE TAKE NOTICE** that on September 6, 2021, the Debtors filed the *First Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 417] (the "First Amended Plan").

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 8105 Rasor Blvd., Suite 109 Plano, TX 75024.

**PAGE 1**

**PLEASE TAKE FURTHER NOTICE** that on September 6, the Debtors filed the *Disclosure Statement for First Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 418] (the "Disclosure Statement for First Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Second Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 433] (the "Second Amended Plan") incorporating additional revisions reflecting comments from the Official Committee of Unsecured Creditors and the Purchaser, as defined in the Plan, along with changes to the timeline.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 434] (the "Disclosure Statement for Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Third Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 445] (the "Third Amended Plan") incorporating revisions discussed at the September 13, 2021 hearing which is fully set forth on the record at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Disclosure Statement for the Third Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 446] (the "Disclosure Statement for Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that attached here to as **Exhibit A** is the Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparison of the Second Amended Plan to the Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached here to as **Exhibit C** is the Disclosure Statement for Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** a redline comparison of the Disclosure Statement for Second Amended Plan to the Disclosure Statement for Third Amended Plan.

*[Remainder of Page Intentionally Left Blank]*

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 14, 2021 | */s/ Jack G. Haake* |
|  | Marcus A. Helt, Esq. (Texas Bar #24052187) |
|  | Jack G. Haake, Esq. (Admitted *Pro Hac Vice*) |
|  | **MCDERMOTT WILL & EMERY LLP** |
|  | 2501 North Harwood Street, Suite 1900 |
|  | Dallas, Texas 75201 |
|  | Tel:   (214) 210-2821 |
|  | Fax:   (972) 528-5765 |
|  | Email: mhelt@mwe.com |
|  | Email: jhaake@mwe.com |
|  | ***COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION*** |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

*/s/ Jack G. Haake*
Jack G. Haake