Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:     (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jhaake@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | Case No.: 20-42492 |
| *et. al.* | § | |
| | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**NOTICE OF FILING OF FOURTH AMENDED JOINT CHAPTER 11 PLAN AND
DISCLOSURE STATEMENT FOR FOURTH AMENDED JOINT CHAPTER 11 PLAN
FOR SPHERATURE INVESTMENTS LLC AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that on July 19, 2021, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 371] (the "Plan").

**PLEASE TAKE NOTICE** that on September 6, 2021, the Debtors filed the *First Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 417] and the *Disclosure Statement for First Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 418].

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 8105 Rasor Blvd., Suite 109 Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Second Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 433] and the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 434].

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Third Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 445] (the "Third Amended Plan") and the *Disclosure Statement for the Third Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 446] (the "Disclosure Statement for Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 459] (the "Fourth Amended Plan") to make additions and revisions, including, among other things, incorporating certain comments from the Official Committee of Unsecured Creditors, clarifying edits, and additional information relating to the Liquidating Trust.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 460] (the "Disclosure Statement for Fourth Amended Plan") to make additions and revisions, including, among other things, providing additional disclosures relating to tax treatment and incorporating additional information relating to the Liquidating Trust and administrative claims treatment.

**PLEASE TAKE FURTHER NOTICE** that attached here to as **Exhibit A** is the Fourth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparison of the Third Amended Plan to the Fourth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached here to as **Exhibit C** is the Disclosure Statement for Fourth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** a redline comparison of the Disclosure Statement for Third Amended Plan to the Disclosure Statement for Fourth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** a redline comparison of the Retained Causes of Action included as an exhibit to the Disclosure Statement for Third Amended Plan to the Disclosure Statement for Fourth Amended Plan.

*[Remainder of Page Intentionally Left Blank]*

Respectfully Submitted,

Dated: September 23, 2021

/s/ Jack G. Haake
Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack G. Haake, Esq. (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:   (214) 210-2821
Fax:   (972) 528-5765
Email: mhelt@mwe.com
Email: jhaake@mwe.com

*COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

/s/ Jack G. Haake
Jack G. Haake