# **EXHIBIT A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.* | § § § | Case No.: 20-42492 |
| | § | |
| Debtors.[5] | § § | Jointly Administered |

ORDER GRANTING

On September 29, 2021, *Debtors' Motion to Approve Immaterial Modifications to the Debtors' Third Amended Chapter 11 Plan of Reorganization* ("**Motion**")[6] was filed by Spherature Investments LLC ("**Spherature**") together with the related parties identified herein, as debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to sections 105 and 1127 of the Bankruptcy Code, Rule 3019, and Local Rule 9013-1, to approve certain immaterial modifications to the Third Amended Plan. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed.

The Court has jurisdiction over the Motion and the relief requested in therein pursuant to 28 U.S.C. § 1334. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order on the Motion. The relief requested in the Motion is in the best

---

[5] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

[6] Capitalized terms used, but not defined herein, shall have the meanings assigned to them in the Motion.

Page **1** of **2**

interests of the Debtors, their estates, creditors, stakeholders, and other parties in interest. Upon consideration of the Motion, the Court finds that good cause exists to grant the relief requested in the Motion.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED as set forth in this Order.

2. The Modifications to the Third Amended Plan filed by the Debtors on September 23, 2021 as the Fourth Amended Plan are immaterial and satisfy the requirements of section 1127 of the Bankruptcy Code and Rule 3019, and no further notice or solicitation of the Modifications is necessary.

3. All creditors that vote to accept the Third Amended Plan are hereby deemed to accept the Fourth Amended Plan.

4. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Rules and the Local Rules are satisfied by such notice.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

 

_____
THE HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE