Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice*)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:     (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jhaake@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et. al.* | § § § | Case No.: 20-42492 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## NOTICE OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on July 19, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 371].

**PLEASE TAKE NOTICE** that on September 6, 2021, the Debtors filed the *First Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 417] and the *Disclosure Statement for First Amended Joint Chapter 11 Plan for Spherature Investments and Its Debtor Affiliates* [Docket No. 418].

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220. The Debtors' corporate headquarters and service address in this district is 8105 Rasor Blvd., Suite 109 Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2021, the Debtors filed the *Second Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 433] and the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 434].

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2021, the Debtors filed the *Third Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 445] and the *Disclosure Statement for the Third Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 446].

**PLEASE TAKE FURTHER NOTICE** that on September 23, 2021, the Debtors filed the *Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 459] (as amended, modified, or supplemented, the "Plan") and the *Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 460] (as amended, modified, or supplemented, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2021, the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court") entered an order, Docket No. 448, (the "Disclosure Statement Order"), (a) conditionally approving the Disclosure Statement; (b) establishing procedures for solicitation and tabulation of votes on the Plan; and (c) scheduling a combined hearing on approval of the Disclosure Statement and Confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan and the Disclosure Statement, the Debtors hereby file the following Plan Supplement exhibits with the Court:

- Exhibit A – Liquidating Trust Agreement to be provided by the Committee
- Exhibit B – Trade Vendor list for those that will be included as part of the Acquired Claim
- Exhibit C – Schedule of Assumed /Assigned Contracts and Leases
- Exhibit D – Schedule of Assumed Deferred Revenue Liability
- Exhibit E – Exclusive List of Excluded Assets (which may be by category and need not be specifically identified) (e.g. any assets not included in the definition of "Excluded Assets")
- Exhibit F – Identity and Compensation of Liquidating Trustee
- Exhibit G – New Employment Agreements with the Employees
- Exhibit H – Purchaser Documentation/Sale Transaction Documentation to be provided by Verona
- Exhibit I –  Purchaser Note
- Exhibit J – Purchaser Note Security Agreement
- Exhibit K – Identity of the Purchaser to be provided by Verona
- Exhibit L – List of Purchaser Honored Virtual Currency
- Exhibit M – Retained Causes of Action

**PLEASE TAKE FURTHER NOTICE** that the Debtors contemplate filing the following documentation at a later time:

- Purchaser Note Security Agreement

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider confirmation of the Plan and final approval of the Disclosure Statement (the "Confirmation Hearing") will commence on October 21, 2021 at 1:30 p.m. (prevailing Central Time) before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge for the Eastern District of Texas, at Suite 300B, 660 North Central Expressway, Plano, TX 75074.  Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 2564, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades:   http://www.txeb.uscourts.gov/content/judgerhoaes.   The information can be

found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the Plan is October 14, 2021 at 4:00 p.m. (prevailing Central Time) (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) state with particularity the grounds (including any applicable legal authority) of objection, identifying the specific section and/or text of the Plan to which the objection is focused; and (c) be filed with this Court and served on: (i) counsel to the Debtors, Attn: Marcus A. Helt and Jack G. Haake, McDermott Will & Emery LP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201; (ii) the Office of the United States Trustee for the Eastern District of Texas, 110 N. College Ave., Suite 300, Tyler, TX 75702, Attn: William T. Neary; and (iii) counsel to the Official Committee of Unsecured Creditors, Attn: Michael D. Warner, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Dallas, TX 77002 by no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in this "Plan Supplement" herein are provided in accordance with the Fourth Amended Plan. The Debtors reserve the right, subject to the terms and conditions set forth in the Plan and Disclosure Statement, to alter, amend, modify, or supplement any document in the Plan Supplement Documents, at any time through the Effective Date or the closing of the Sale Transaction. In addition, and without limiting the foregoing, neither the inclusion of any Executory Contract or Unexpired Lease on the Assumed/Assigned Contracts and Leases List nor anything contained in the Plan shall constitute an admission by the Debtors or the Purchaser that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any of the Debtors has any liability thereunder. If any document in the Plan Supplement is altered, amended, modified, or supplemented in any material

respect prior to the Confirmation Hearing, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain copies of the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you should contact Stretto, the Notice and Claims Agent retained by the Debtors in these Chapter 11 Cases (the "Notice and Claims Agent") by (a) accessing the Debtors' website at https://cases.stretto.com/spherature/, (b) writing to the Debtors' claims agent at the following address: Team Spherature, 410 Exchange, Suite 100, Irvine, CA 92602, (c) calling the Debtors' claims agent at (855) 205-7196 (toll-free) or (949) 537-2232 (international), or (d) emailing teamspherature@stretto.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.ecf.txeb.uscourts.gov.

Respectfully Submitted,

Dated:  September 30, 2021

*/s/ Jack G. Haake*
Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack G. Haake, Esq. (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:   (214) 210-2821
Fax:   (972) 528-5765
Email: mhelt@mwe.com
Email: jhaake@mwe.com

***COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION***

## CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

*/s/ Jack G. Haake*
Jack G. Haake