Phillip Lamberson – State Bar No. 00794134
Rakhee V. Patel – State Bar No. 00797213
Annmarie Chiarello – State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 745-5400
Facsimile:  (214) 745-5390
plamberson@winstead.com
rpatel@winstead.com
achiarello@winstead.com

**COUNSEL FOR SEACRET DIRECT, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| SPHERATURE INVESTMENTS LLC, | § | |
| *et al.,* | § | **Case No. 20-42492** |
| | § | |
| DEBTORS.[1] | § | **Jointly Administered** |

### MOTION FOR EXPEDITED HEARING ON SEACRET DIRECT, LLC'S EXPEDITED MOTION TO COMPEL ASSUMPTION OR REJECTION OF LIMITED SOLICITATION AGREEMENT

**TO THE HONORABLE BRENDA T. RHOADES, CHIEF U.S. BANKRUPTCY JUDGE:**

Seacret Direct, LLC ("Seacret") hereby files this Motion for Expedited Hearing ("Expedite Motion") seeking an expedited hearing on the *Motion to Compel Assumption or Rejection of Limited Solicitation Agreement* [Docket No. 494] (the "Compel Motion") filed by Seacret and respectfully states the following:

---

[1] The "Debtors" in the above-captioned jointly-administered chapter 11 bankruptcy cases ("Cases") are:  Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

**MOTION FOR EXPEDITED HEARING ON SEACRET DIRECT, LLC'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF LIMITED SOLICITATION AGREEMENT**            Page 1 of 5

## FACTUAL AND PROCEDURAL BACKGROUND

1. On December 21, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases, and the Debtors remain in control of their assets and estates as debtors-in-possession.

2. On January 22, 2021, an Official Committee of Unsecured Creditors (the "Committee") was appointed in these cases.

3. Before the Petition Date, Seacret and WV Marketing entered into a Limited Solicitation Agreement (the "Limited Solicitation Agreement").[2]

4. As set forth more fully in the Compel Motion, the Limited Solicitation Agreement is clearly an executory contract. There are numerous performance and other ongoing obligations due from both Seacret and WV Marketing under the Limited Solicitation Agreement.

5. On or about September 23, 2021, the Debtors filed their *Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and its Debtor Affiliates* [Docket No. 459] (the "Plan"). The hearing to consider confirmation of the Plan is currently set for **October 21, 2021**.

## RELIEF REQUESTED

6. Section 365(d)(2) requires the Debtors to assume or reject all executory contracts before confirmation of a plan. As set forth more fully in the Compel Motion, the Plan fails to comply with this requirement of the Bankruptcy Code. As confirmation of the Plan is currently set for October 21, 2021, and Section 365(d)(2) requires all assumption and rejection to take place at or before confirmation, the Compel Motion should be heard at or before confirmation.

---

[2] Before the Limited Solicitation Agreement, Seacret and WV Marketing entered a Co-Marketing Agreement; however, this agreement was largely replaced by the Limited Solicitation Agreement. Further, although WV Marketing was the signatory to the Limited Solicitation Agreement, the agreement was binding on the other Debtors by the express terms of the Limited Solicitation Agreement.

Further, the issues around treatment of the Limited Solicitation Agreement by the Plan will be addressed at confirmation  Therefore, an expedited hearing on the Compel Motion is necessary to align it with the confirmation hearing.

7.  Under this Court's Local Rules, twenty-one (21) days' notice would typically be required for the Compel Motion.  However, Rule 9006(c) of the Federal Rules of Bankruptcy Procedure permits the Court to reduce, for "cause shown," the time within which an act is required to be done under the Bankruptcy Rules.  Fed. R. Bankr. P. 9006(c).  In this case, cause exists to grant an expedited hearing to ensure the Debtors' compliance with Section 365(d)(2) of the Bankruptcy Code.

8.  Notice of the proposed expedited hearing will be provided to the Debtor, counsel for the Debtor, the Committee, all parties on the Debtors' Complex Service List, and all parties who have requested notice in this case by U.S. Mail and electronic notice consistent with the Electronic Filing Procedures in this District.

**WHEREFORE, PREMISES CONSIDERED**, Seacret respectfully requests that the Court (i) grant the Expedite Motion, (ii) order that the Compel Motion be set for hearing on or before October 21, 2021, and (iii) grant Seacret such further relief, whether in law or in equity, to which it may be justly entitled.

**DATED:  October 6, 2021.**

      Respectfully submitted,

By: */s/ Annmarie Chiarello*
Phillip Lamberson
State Bar No. 00794134
Rakhee V. Patel
State Bar No. 00797213
Annmarie Chiarello
State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
plamberson@winstead.com
rpatel@winstead.com
achiarello@winstead.com

**COUNSEL FOR SEACRET DIRECT, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2021, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. I further certify that notice of this document will be sent via First-Class U.S. Mail to the parties required to be served by Local Rule 9013(f) and the parties listed on the attached Complex Service List.

*/s/ Annmarie Chiarello*
One of Counsel

## CERTIFICATE OF CONFERENCE

      I hereby certify that on October 5, 2021, counsel for movants conferred with counsel for the Debtors via electronic mail to discuss the relief requested in this Motion. Debtors' counsel did not respond before the Motion was filed, which I believe indicates that the Debtors oppose the relief requested in the Motion.

                                                 */s/ Phillip Lamberson*
                                                 One of Counsel

**MOTION FOR EXPEDITED HEARING ON SEACRET DIRECT, LLC'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF LIMITED SOLICITATION AGREEMENT**      Page 5 of 5

4833-5166-8222v.2 65392-1 10/6/2021



**Master Service List**
as of 7/14/2021

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| AirMed International, LLC | c/o Law Office of Christine Rister | Attn: Christine M. Rister | 3021 Ridge Rd. A-102 | Rockwall | TX | 75032 | | 469-314-1700 | | christine@risterlaw.com |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | | 610-228-2570 | | proofofclaim@becket-lee.com; payments@becket-lee.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul Lopez, Larry Boyd, Emily Hahn | 1700 Redbud Blvd., Suite 300 | McKinney | TX | 75069 | | 214-544-4000 | 214-544-4040 | bankruptcy@abernathy-law.com; plopez@abernathy-law.com; ehahn@abernathy-law.com |
| David Watson | | 9029 S Yosemite #2303 | | Lone Tree | CO | 80124 | | 507-312-0290 | | davewatson22@hotmail.com |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | | |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | 1000 Louisiana, Suite 1700 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | eastlaked@gtlaw.com; jacobsenk@gtlaw.com |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: Tina M. Ross | 2200 Ross Avenue, Suite 5200 | Dallas | TX | 75201 | | 214-665-3600 | 214-665-3601 | rosst@gtlaw.com |
| FSP Legacy Tennyson Center, LLC | Attn: Christine Villar | 401 Edgewater Place, Suite 200 | | Wakefield | MA | 01880 | | 781-557-1377 | | cvillar@fspreit.com |
| Gowling WLG (Canada) LLP | Adele Cardinal | 160 Elgin Street, Suite 2600 | | Ottawa | ON | K1P 1C3 | Canada | 613-786-0233 | | adele.cardinal@gowlingwlg.com; lewis.retik@gowlingwlg.com |
| Grouply Ventures, LLC, Top Tier Travel, Inc., and Virginia Trask | c/o Scheef & Stone L.L.P. | Attn: Patrick J. Schurr | 2600 Network Boulevard Suite 400 | Frisco | TX | 75034 | | 214-472-2100 | 214-472-2150 | |
| Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, And Martin Ruof | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | 6609 Blanco Road Suite 235 | San Antonio | TX | 78216 | | 210-874-2223 | 210-5479-2023 | mcowartlaw@yahoo.com |
| Melody Yiru and Those Similarly Situated | c/o Lindeman Law Firm | Attn: Blake J. Lindemann | 433 N. Camden Drive, 4th Floor | Beverly Hills | CA | 90210 | | 310-279-5269 | 310-300-0267 | blake@lawbl.com |
| Melody Yiru and Those Similarly Situated | c/o Montes Law Group PC | Attn: Rachel E. Montes | 1121 Kinwest Parkway, Ste. 100 | Irving | TX | 75063 | | 214-522-9401 | 214-522-9428 | rachel@monteslawgroup.com |
| Montgomery Capital Advisers, LLC | c/o Wick Phillips Gould & Martin, LLP | Attn: Jason M. Rudd & Scott D. Lawrence & Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 100 | Dallas | TX | 75204 | | 214-692-6200 | 214-692-6255 | jason.rudd@wickphillips.com; scott.lawrence@wickphillips.com; lauren.drawhorn@wickphillips.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Matthew P. Goren and Ryan C. Rolston | 767 Fifth Avenue | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | matthew.goren@weil.com; ryan.rolston@weil.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Paul R. Genender | 200 Crescent Court, Suite 300 | Dallas | TX | 75201 | | 214-746-7700 | 214-746-7777 | paul.genender@weil.com |
| Office of the U.S. Trustee | | 110 N. College Ave., Suite 300 | | Tyler | TX | 75702 | | 903-590-1450 | | ustpregion06.ty.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner, Ayala Hassell, Steven W. Golden, Benjamin L. Wallen | 440 Louisiana Street, Suite 400 | Houston | TX | 77002 | | 713-691-9385 | | mwarner@pszjlaw.com; ahassell@pszjlaw.com; sgolden@pszjlaw.com; bwallen@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq | 780 Third Avenue, 34th Floor | New York | NY | 10017 | | 212-561-7700 | | rfeinstein@pszjlaw.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd., Suite 310 LB 40 | Garland | TX | 75042 | | 972-278-8282 | 817-860-6509 | lreece@pbfcm.com |
| Randy Hanson | iCentris | 707 W. 700 S | | Woods Cross | UT | 84087 | | 801-383-3262 | | randy.hanson@icentris.com |
| Raymond Braun, Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, and Martin Ruof | c/o Richie & Gueringer, P.C. | Attn: Sheldon E. Richie and Matthew M. Cowart | 100 Congress Avenue, Suite 1750 | Austin | TX | 78701 | | 512-236-9220 | 512-236-9230 | srichie@rg-austin.com; mcowart@rg-sanantonio.com |
| Seacret Direct, LLC | c/o Winstead PC | Attn: Phillip Lamberson | 2728 N. Harwood Street 500 Winstead Building | Dallas | TX | 75201 | | 214-745-5400 | 214-745-5390 | plamberson@winstead.com; ssowell@winstead.com |
| Spherature Investments LLC | Michael Poates | 510 Tennyson Parkway | | Plano | TX | 75024 | | | | |
| Spherature Investments LLC, et al | c/o McDermott Will & Emery LLP | Attn: Marcus A. Helt, Esq. & Debbie E. Green | 2501 North Harwood Street, Suite 1900 | Dallas | TX | 75201 | | 214-999-3000 | | mhelt@mwe.com; sbugliaro@mwe.com; sajones@foley.com; dgreen@mwe.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | | Norfolk | VA | 23541 | | 877-885-5919 | 757-351-3257 | claims_rmsc@pragroup.com |
| TayJak Enterprises, LLC and Daniel Stammen | c/o Palter Sims Martinez PLLC | Attn: John T. Palter and Kimberly M.J. Sims | 8115 Preston Road, Suite 600 | Dallas | TX | 75225 | | 214-888-3111 | 214-888-3109 | jpalter@palterlaw.com; ksims@palterlaw.com |
| Taylor Wessing LLP (UK) | Attn: Emilie Delacave; Amy Patterson | 5 New Street Square | | London | | EC4A 3TW | United Kingdom | 44 20 7300 4688 | 44 20 7300 7100 | e.delacave@taylorwessing.com; a.patterson@taylorwessing.com |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Jason B. Binford and Abigail R. Ryan | P. O. Box 12548- MC 008 | Austin | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| Titan Bank | c/o Jones, Allen & Fuquay L.L.P. | Attn: Laura L. Worsham | 8828 Greenville Avenue | Dallas | TX | 75243 | | 214-343-7400 | 214-343-7455 | lworsham@jonesallen.com |
| Titan Bank | Jonathan Morris | 1701 E Hubbard Street | | Mineral Wells | TX | 76067 | | | 940-325-9821 | jmorris@titanbank.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stephen R. Butler | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504; 615-532-8718 | 615-741-3334 | steve.butler@ag.tn.gov |
| Travel to Freedom, LLC | c/o Brown Fox PLLC | Attn: Eric C. Wood | 5550 Granite Parkway, Suite 175 | Plano | TX | 75024 | | 214-327-5000 | 214-327-5001 | eric@brownfoxlaw.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Keith M. Aurzada | 2850 N. Harwood, Suite 1500 | Dallas | TX | 75201 | | 469-680-4200 | 469-680-4299 | kaurzada@reedsmith.com; ddalcol@reedsmith.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Kurt F. Gwynne | 1201 Market Street, Suite 1500 | Wilmington | DE | 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 1 of 1