## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et al.*,[1] | § § § | **Case No. 20-42492** |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtors in the above-captioned cases.

On September 29, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order Approving Omnibus Claims Objection Procedures and Filing of Substantive Omnibus Claims Objections** (Docket No. 475)

- **Debtors' Motion to Approve Immaterial Modifications to the Debtors' Third Amended Chapter 11 Plan of Reorganization** (Docket No. 476)

Furthermore, on September 29, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of an Order Approving Omnibus Claims Objection Procedures and Filing of Substantive Omnibus Claims Objections** (Docket No. 475)

Dated: October 7, 2021

                                                                      */s/ Gregory A. Lesage*
                                                                      Gregory A. Lesage
                                                                      STRETTO
                                                                      410 Exchange, Suite 100
                                                                      Irvine, CA 92602
                                                                      Telephone: 855-205-7196
                                                                      Email: TeamSperature@stretto.com

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

# **<u>Exhibit A</u>**

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| David Watson | | 9029 S Yosemite #2303 | | Lone Tree | CO | 80124 |
| Department of Treasury - IRS | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | 1000 Louisiana Suite 1700 | Attn: D. Eastlake K. Jacobsen | Houston | TX | 77002 |
| Grouply Ven Top Tier Tvl VA Trask | c/o Scheef & Stone L.L.P. | 2600 Network Boulevard Suite 400 | Attn: Patrick J. Schurr | Frisco | TX | 75034 |
| Office of the U.S. Trustee | | 110 N. College Ave. Suite 300 | | Tyler | TX | 75702 |
| Randy Hanson | iCentris | 707 W. 700 S | | Woods Cross | UT | 84087 |
| Securities & Exchange Commission | | 801 Cherry Street Ste 1900 Unit 18 | Fort Worth Regional Office | Fort Worth | TX | 76102 |
| Securities & Exchange Commission | Jolene M. Wise | 175 W. Jackson Blvd Ste 900 | | Chicago | IL | 60604 |
| Securities and Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 |
| Titan Bank | Jonathan Morris | 1701 E Hubbard Street | | Mineral Wells | TX | 76067 |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AirMed International, LLC | c/o Law Office of Christine Rister | Attn: Christine M. Rister | christine@risterlaw.com |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | | proofofclaim@becket-lee.com payments@becket-lee.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul Lopez, Larry Boyd, Emily Hahn | bankruptcy@abernathy-law.com plopez@abernathy-law.com ehahn@abernathy-law.com |
| David Watson | | | davewatson22@hotmail.com |
| Department of Treasury - Internal Revenue Service | Attn: Faye Copple, Desiree Collard | | faye.g.garrett@irs.gov desiree.a.collard@irs.gov |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | eastlaked@gtlaw.com jacobsenk@gtlaw.com |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: Tina M. Ross | rosst@gtlaw.com |
| FSP Legacy Tennyson Center, LLC | Attn: Christine Villar | | cvillar@fspreit.com |
| Gowling WLG (Canada) LLP | Adele Cardinal | | adele.cardinal@gowlingwlg.com lewis.retik@gowlingwlg.com |
| Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, And Martin Ruof | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | mcowartlaw@yahoo.com |
| Melody Yiru and Those Similarly Situated | c/o Lindeman Law Firm | Attn: Blake J. Lindemann | blake@lawbl.com |
| Melody Yiru and Those Similarly Situated | c/o Montes Law Group PC | Attn: Rachel E. Montes | rachel@monteslawgroup.com |
| Montgomery Capital Advisers, LLC | c/o Wick Phillips Gould & Martin, LLP | Attn: Jason M. Rudd & Scott D. Lawrence & Lauren K. Drawhorn | jason.rudd@wickphillips.com scott.lawrence@wickphillips.com lauren.drawhorn@wickphillips.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Matthew P. Goren and Ryan C. Rolston | matthew.goren@weil.com ryan.rolston@weil.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Paul R. Genender | paul.genender@weil.com |
| Office of the U.S. Trustee | | | ustpregion06.ty.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner, Ayala Hassell, Steven W. Golden, Benjamin L. Wallen | mwarner@pszjlaw.com ahassell@pszjlaw.com sgolden@pszjlaw.com bwallen@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq | rfeinstein@pszjlaw.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Randy Hanson | iCentris | | randy.hanson@icentris.com |
| Raymond Braun, Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, and Martin Ruof | c/o Richie & Gueringer, P.C. | Attn: Sheldon E. Richie and Matthew M. Cowart | srichie@rg-austin.com mcowart@rg-sanantonio.com |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | tgaa@bbslaw.com |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | jprostok@forsheyprostok.com |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | robin@phelanlaw.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492



**Exhibit B**

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Seacret Direct, LLC | c/o Winstead PC | Attn: Phillip Lamberson | plamberson@winstead.com<br>ssowell@winstead.com |
| Securities & Exchange Commission | Jolene M. Wise | | wisej@sec.gov |
| Spherature Investments LLC, et al | c/o McDermott Will & Emery LLP | Attn: Marcus A. Helt, Esq. | mhelt@mwe.com<br>sajones@foley.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | | claims_rmsc@pragroup.com |
| TayJak Enterprises, LLC and Daniel Stammen | c/o Palter Sims Martinez PLLC | Attn: John T. Palter and Kimberly M.J. Sims | jpalter@palterlaw.com<br>ksims@palterlaw.com |
| Taylor Wessing LLP (UK) | Attn: Emilie Delacave; Amy Patterson | | e.delacave@taylorwessing.com<br>a.patterson@taylorwessing.com |
| The State of Texas | c/o Office of the Attorney General of Texas | | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| Titan Bank | c/o Jones, Allen & Fuquay L.L.P. | Attn: Laura L. Worsham | lworsham@jonesallen.com |
| Titan Bank | Jonathan Morris | | jmorris@titanbank.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stephen R. Butler | steve.butler@ag.tn.gov |
| Travel to Freedom, LLC | c/o Brown Fox PLLC | Attn: Eric C. Wood | eric@brownfoxlaw.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Keith M. Aurzada | kaurzada@reedsmith.com<br>ddalcol@reedsmith.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Kurt F. Gwynne | kgwynne@reedsmith.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 2 of 2

# **Exhibit C**

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AK Tax Division | | 9170 Jewel Lake Rd No 100 | | Anchorage | AK | 99502 | |
| Alabama Dept of Revenue | | 50 N. Ripley | | Montgomery | AL | 36104 | |
| AR Dept of Fin and Admin (DFA) | DFA Building | 1509 W 7Th St, Rm 401 | | Little Rock | AR | 72201 | |
| Arizona Department of Revenue | Accounts Receivable | PO Box 29085 | | Phoenix | AZ | 85038 | |
| Arizona Department of Revenue | Accounts Receivable | PO Box 29085 | | Phoenix | AZ | 85038 | |
| Arizona Department of Revenue | Office of the Arizona AG | 2005 N Central Ave Ste 100 | c/o Tax Bankruptcy Collection Sct | Phoenix | AZ | 85004 | |
| Arizona Dept of Revenue | | PO Box 29085 | | Phoenix | AZ | 85038 | |
| CA Dep of Tax and Fee Admin | | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 | |
| California Franchise Tax Board | Legal Dept. | PO Box 942840 | | Sacramento | CA | 94240-0040 | |
| Colorado Department of Revenue | Taxation Division | 1881 Pierce St Rm 72 | | Lakewood | CO | 80214-3503 | |
| Commonwealth Mass Dept of Revenue | | 100 Cambridge Street | | Boston | MA | 02114 | |
| CT Dept of Revenue Services | | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| DC Office of Tax and Revenue | | 1101 4th St SW #270 | | Washington | DC | 20024 | |
| DE Division of Revenue | | 820 N. French Street | | Wilmington | DE | 19801 | |
| Deo Rev Taxation Bus Privilege Tax | Clare Castro | PO Box 23607 | | Barrigada | | 96921 | Guam |
| Dept of Revenue Washington State | | PO Box 47473 | | Olympia | WA | 98504-7463 | |
| FL Dept of Revenue | | PO Box 6668 | | Tallahassee | FL | 32314-6668 | |
| Guam Dept of Revenue and Taxation | | PO Box 23607 | | Barrigada | | 96921 | Guam |
| Guam Dept of Revenue and Taxation | | PO Box 23607 | | Barrigada | Guam | 96921 | |
| Hawaii Dept of Taxation | | 75 Aupuni Street #101 | | Hilo | HI | 96720-4245 | |
| Idaho State Tax Commission | | PO Box 36 | Collection Division | Boise | ID | 83722-0410 | |
| IL Dept of Revenue | | 101 West Jefferson St | Willard Ice Building | Springfield | IL | 62702 | |
| IN Dept of Revenue | | 100 N. Senate Ave | | Indianapolis | IN | 46204 | |
| Inland Revenue Dep (Hong Kong) | | 5 Gloucester Road | | Wan Chai | | | Hong Kong |
| Iowa Dept of Revenue | | 1305 E. Walnut 4th Fl | Hoover State Office Building | Des Moines | IA | 50319 | |
| KS Dept of Revenue | | 120 Se 10Th Ave. | Scott State Office Building | Topeka | KS | 66612-1588 | |
| KY Dept of Revenue | | 501 High Street | | Frankfort | KY | 40601 | |
| LA Dept of Revenue | | 617 North Third St | | Baton Rouge | LA | 70802 | |
| MD Revenue Administration Center | | 110 Carroll Street | Revenue Admin. Division | Annapolis | MD | 21411-0001 | |
| MI Taxes Michigan Dept of Treasury | | 3060 W. Grand Blvd. | | Detroit | MI | 48202 | |
| Ministry Bus Innovation Employment | Accounts Receivable | Private Bag 92061 | Victoria Street West | Auckland 1142 | | | New Zealand |
| MN Dept of Revenue | | 600 North Robert St | | St. Paul | MN | 55101 | |
| MO Taxation Division | | 301 West High Street | Harry Truman State Office Building | Jefferson City | MO | 65101 | |
| MO Taxation Division | | 301 West High Street | Harry Truman State Office Building | Jefferson City | MO | 65101 | |
| MS Dept of Revenue Services | | 500 Clinton Center Drive | | Clinton | MS | 39056 | |
| MS Dept of Revenue Services | | 500 Clinton Center Drive | | Clinton | MS | 39056 | |
| NC Dept of Revenue | | PO Box 871 | | Raleigh | NC | 27602 | |
| ND Office of State Tax Commissioner | | 600 E. Boulevard Ave. | | Bismarck | ND | 58505-0599 | |
| Nebraska Dept of Revenue | | 301 Centennial Mall S. | Nebraska State Office Building | Lincoln | NE | 68508 | |
| Nevada Secretary of State | Accounts Receivable | 202 North Carson Street | | Carson City | NV | 89701-4201 | |
| New Mexico Taxation & Revenue | Attn Legal Dept | PO Box 630 | | Santa Fe | NM | 87504-0630 | |
| NY State Dept of Taxation Finance | | PO Box 5300 | Bankruptcy Section | Albany | NY | 12205-0300 | |
| NY State Dept of Taxation Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | |
| OH Dept of Taxation | | PO Box 530 | | Columbus | OH | 43216-0530 | |
| OK Tax Commission | | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 | |
| PA Dept of Revenue | | 1846 Brookwood St | | Harrisburg | PA | 17104 | |
| RI Dept of Rev Division of Taxation | | One Capital Hill | | Providence | RI | 02908 | |
| SC Dept of Revenue | | 300A Outlet Pointe Boulevard | | Columbia | SC | 29210 | |
| SD Dept of Revenue | | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |
| SD Dept of Revenue | | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Secretary of State of Texas | Accounts Receivable | Accounts Receivable, PO Box 12887 | | Austin | TX | 78711 | |
| State of Colorado | Accounts Receivable | 1375 Sherman St. | Taxation Division | Denver | CO | 80203 | |
| State of GA Dept of Revenue | | PO Box 740321 | | Atlanta | GA | 30374-0321 | |
| State of GA Dept of Revenue | | PO Box 740321 | | Atlanta | GA | 30374-0321 | |
| State of Maine Revenue Services | | PO Box 9107 | | Augusta | ME | 04332-9107 | |
| State of Nevada - Dept of Taxation | | 500 East Third Street | | Carson City | NV | 89713-0030 | |
| State of NJ - Dept of Treasury | | PO Box 666 | Revenue Processing Center | Trenton | NJ | 08646-0666 | |
| State of TN - Dept of Revenue | | 500 Deaderick Street | Collection Services Division | Nashville | TN | 37242 | |
| State of West Virginia | | 1124 Smith Street | | Charleston | WV | 25301 | |
| State of Wisconsin Dept of Revenue | | PO Box 8949 | | Madison | WI | 53713 | |
| Texas Comptroller | | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| TN Dept of Revenue | c/o TN AG Office Bankruptcy Div | PO Box 20207 | Attn: Stephen R. Butler | Nashville | TN | 37202-0207 | |
| Utah State Tax Commission | Attn Legal Dept | 210 North 1950 West | | Salt Lake City | UT | 84134 | |
| Vermont Dept of Taxes | | 133 State Street | | Montpelier | VT | 05633 | |
| Virginia Tax | | 1957 Westmoreland Street | | Richmond | VA | 23230 | |
| WorldVentures Marketing LLC | | 5100 Tennyson Parkway | | Plano | TX | 75024 | |
| WY Dept of Revenue, Excise Division | | 122 West 25Th Street, 3Rd Floor E. | | Cheyenne | WY | 82002-0110 | |

# **<u>Exhibit D</u>**

# Exhibit D

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Arizona Department of Revenue | Office of the Arizona Attorney General | bankruptcyunit@azag.gov |
| Arkansas Dept of Finance and Administration (DFA) | Attn: Accounts Receivable | sales.tax@dfa.arkansas.gov |
| Arkansas Dept of Finance and Administration (DFA) | | sales.tax@dfa.arkansas.gov |
| Colorado Department of Revenue | Attn: Taxation Division | dor_taxpayerservice@state.co.us |
| CT Dept of Revenue Services | | drs@po.state.ct.us |
| DE Division of Revenue | | grt@delaware.gov |
| IN Dept of Revenue | | businesstaxassistance@dor.in.gov |
| Inland Revenue Department (Hong Kong) | | taxpf@ird.gov.hk |
| Iowa Dept of Revenue | | idr@iowa.gov |
| Iowa Dept of Revenue | | idr@iowa.gov |
| KS Dept of Revenue | | kdor_tac@ks.gov |
| KY Dept of Revenue | | dor.webresponsesalestax@ky.gov |
| Ministry of Business Innovation &Employment | Attn: Accounts Receivable | info@mbie.govt.nz. |
| MN Dept of Revenue | | salesuse.tax@state.mn.us |
| MO Taxation Division | | businessregister@dor.mo.gov |
| Nevada Secretary of State | Attn: Accounts Receivable | sosmail@sos.nv.gov |
| OK Tax Commission | | otcmaster@tax.ok.gov |
| SD Dept of Revenue | | bustax@state.sd.us |
| Secretary of State of Texas | Attn: Accounts Receivable | corprevenueteam@sos.texas.gov |
| State of GA Dept of Revenue | | st_license@dor.ga.gov |
| State of Wisconsin Dept of Revenue | | dorsalesanduse@wisconsin.gov |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Vermont Dept of Taxes | | tax.business@vermont.gov |
| WY Dept of Revenue, Excise Division | | dor@wyo.gov |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 1 of 1