# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No. 20-42492 |
| *et al.*,[1] | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## AMENDED NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that Seacret Direct LLC has served the attached Amended Subpoena upon Michael Poates. The deposition has been noticed for October 19, 2021, at 10:00 a.m.

**DATED: October 14, 2021.**

    Respectfully submitted,

By:    */s/ Phillip Lamberson*
Phillip Lamberson
Texas Bar No. 0079413
plamberson@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT LLC**

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

      */s/ Phillip Lamberson*

One of Counsel