Phillip Lamberson – State Bar No. 00794134
Rakhee V. Patel – State Bar No. 00797213
Annmarie Chiarello – State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
plamberson@winstead.com
rpatel@winstead.com
achiarello@winstead.com

**COUNSEL FOR SEACRET DIRECT, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re** § | | **Chapter 11** |
| § | | |
| **SPHERATURE INVESTMENTS LLC,** § | | **Case No. 20-42492** |
| ***et al.*,[1]** § | | |
| § | | **Jointly Administered** |
| **Debtors.** § | | |

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, has set the *Motion to Compel Assumption or Rejection of Limited Solicitation Agreement* [Docket No. 494] filed by Seacret Direct, LLC for hearing on **October 21, 2021, at 1:30 P.M. (CST)**. Parties are instructed to **dial 1-888-675-2535, use Access No. 4225607, and Security No. 2564**, as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab. A true and correct copy of the *Order Granting Seacret Direct LLC's Motion for Expedited Hearing on Seacret Direct, LLC's Motion to Compel Assumption or Rejection of Limited Solicitation Agreement* [Docket No. 516] is attached hereto as **Exhibit "A."**

**DATED: October 15, 2021**

Respectfully submitted

By: */s/ Annmarie Chiarello*
Phillip Lamberson
Texas Bar No. 0079413
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. I hereby further certify that on October 15, 2021, this document will be mailed via First-Class U.S. Mail at the address listed on the attached service list.

      */s/ Annmarie Chiarello*
      One of counsel

**Master Service List**
as of 7/14/2021

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| AirMed International, LLC | c/o Law Office of Christine Rister | Attn: Christine M. Rister | 3021 Ridge Rd. A-102 | Rockwall | TX | 75032 | | 469-314-1700 | | christine@risterlaw.com |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | | 610-228-2570 | | proofofclaim@becket-lee.com; payments@becket-lee.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul Lopez, Larry Boyd, Emily Hahn | 1700 Redbud Blvd., Suite 300 | McKinney | TX | 75069 | | 214-544-4000 | 214-544-4040 | bankruptcy@abernathy-law.com; plopez@abernathy-law.com; ehahn@abernathy-law.com |
| David Watson | | 9029 S Yosemite #2303 | | Lone Tree | CO | 80124 | | 507-312-0290 | | davewatson22@hotmail.com |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | | |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | 1000 Louisiana, Suite 1700 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | eastlaked@gtlaw.com; jacobsenk@gtlaw.com |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: Tina M. Ross | 2200 Ross Avenue, Suite 5200 | Dallas | TX | 75201 | | 214-665-3600 | 214-665-3601 | rosst@gtlaw.com |
| FSP Legacy Tennyson Center, LLC | Attn: Christine Villar | 401 Edgewater Place, Suite 200 | | Wakefield | MA | 01880 | | 781-557-1377 | | cvillar@fspreit.com |
| Gowling WLG (Canada) LLP | Adele Cardinal | 160 Elgin Street, Suite 2600 | | Ottawa | ON | K1P 1C3 | Canada | 613-786-0233 | | adele.cardinal@gowlingwlg.com; lewis.retik@gowlingwlg.com |
| Grouply Ventures, LLC, Top Tier Travel, Inc., and Virginia Trask | c/o Scheef & Stone L.L.P. | Attn: Patrick J. Schurr | 2600 Network Boulevard Suite 400 | Frisco | TX | 75034 | | 214-472-2100 | 214-472-2150 | |
| Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, And Martin Ruof | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | 6609 Blanco Road Suite 235 | San Antonio | TX | 78216 | | 210-874-2223 | 210-5479-2023 | mcowartlaw@yahoo.com |
| Melody Yiru and Those Similarly Situated | c/o Lindeman Law Firm | Attn: Blake J. Lindemann | 433 N. Camden Drive, 4th Floor | Beverly Hills | CA | 90210 | | 310-279-5269 | 310-300-0267 | blake@lawbl.com |
| Melody Yiru and Those Similarly Situated | c/o Montes Law Group PC | Attn: Rachel E. Montes | 1121 Kinwest Parkway, Ste. 100 | Irving | TX | 75063 | | 214-522-9401 | 214-522-9428 | rachel@monteslawgroup.com |
| Montgomery Capital Advisers, LLC | c/o Wick Phillips Gould & Martin, LLP | Attn: Jason M. Rudd & Scott D. Lawrence & Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 100 | Dallas | TX | 75204 | | 214-692-6200 | 214-692-6255 | jason.rudd@wickphillips.com; scott.lawrence@wickphillips.com; lauren.drawhorn@wickphillips.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Matthew P. Goren and Ryan C. Rolston | 767 Fifth Avenue | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | matthew.goren@weil.com; ryan.rolston@weil.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Paul R. Genender | 200 Crescent Court, Suite 300 | Dallas | TX | 75201 | | 214-746-7700 | 214-746-7777 | paul.genender@weil.com |
| Office of the U.S. Trustee | | 110 N. College Ave., Suite 300 | | Tyler | TX | 75702 | | 903-590-1450 | | ustpregion06.ty.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner, Ayala Hassell, Steven W. Golden, Benjamin L. Wallen | 440 Louisiana Street, Suite 400 | Houston | TX | 77002 | | 713-691-9385 | | mwarner@pszjlaw.com; ahassell@pszjlaw.com; sgolden@pszjlaw.com; bwallen@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq | 780 Third Avenue, 34th Floor | New York | NY | 10017 | | 212-561-7700 | | rfeinstein@pszjlaw.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd., Suite 310 LB 40 | Garland | TX | 75042 | | 972-278-8282 | 817-860-6509 | lreece@pbfcm.com |
| Randy Hanson | iCentris | 707 W. 700 S | | Woods Cross | UT | 84087 | | 801-383-3262 | | randy.hanson@icentris.com |
| Raymond Braun, Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, and Martin Ruof | c/o Richie & Gueringer, P.C. | Attn: Sheldon E. Richie and Matthew M. Cowart | 100 Congress Avenue, Suite 1750 | Austin | TX | 78701 | | 512-236-9220 | 512-236-9230 | srichie@rg-austin.com; mcowart@rg-sanantonio.com |
| Seacret Direct, LLC | c/o Winstead PC | Attn: Phillip Lamberson | 2728 N. Harwood Street 500 Winstead Building | Dallas | TX | 75201 | | 214-745-5400 | 214-745-5390 | plamberson@winstead.com; ssowell@winstead.com |
| Spherature Investments LLC | Michael Poates | 510 Tennyson Parkway | | Plano | TX | 75024 | | | | |
| Spherature Investments LLC, et al | c/o McDermott Will & Emery LLP | Attn: Marcus A. Helt, Esq. & Debbie E. Green | 2501 North Harwood Street, Suite 1900 | Dallas | TX | 75201 | | 214-999-3000 | | mhelt@mwe.com; sbugliaro@mwe.com; sajones@foley.com; dgreen@mwe.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | | Norfolk | VA | 23541 | | 877-885-5919 | 757-351-3257 | claims_rmsc@pragroup.com |
| TayJak Enterprises, LLC and Daniel Stammen | c/o Palter Sims Martinez PLLC | Attn: John T. Palter and Kimberly M.J. Sims | 8115 Preston Road, Suite 600 | Dallas | TX | 75225 | | 214-888-3111 | 214-888-3109 | jpalter@palterlaw.com; ksims@palterlaw.com |
| Taylor Wessing LLP (UK) | Attn: Emilie Delacave; Amy Patterson | 5 New Street Square | | London | | EC4A 3TW | United Kingdom | 44 20 7300 4688 | 44 20 7300 7100 | e.delacave@taylorwessing.com; a.patterson@taylorwessing.com |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Jason B. Binford and Abigail R. Ryan | P. O. Box 12548- MC 008 | Austin | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| Titan Bank | c/o Jones, Allen & Fuquay L.L.P. | Attn: Laura L. Worsham | 8828 Greenville Avenue | Dallas | TX | 75243 | | 214-343-7400 | 214-343-7455 | lworsham@jonesallen.com |
| Titan Bank | Jonathan Morris | 1701 E Hubbard Street | | Mineral Wells | TX | 76067 | | | 940-325-9821 | jmorris@titanbank.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stephen R. Butler | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 615-532-8718 | 615-741-3334 | steve.butler@ag.tn.gov |
| Travel to Freedom, LLC | c/o Brown Fox PLLC | Attn: Eric C. Wood | 5550 Granite Parkway, Suite 175 | Plano | TX | 75024 | | 214-327-5000 | 214-327-5001 | eric.wood@brownfoxlaw.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Keith M. Aurzada | 2850 N. Harwood, Suite 1500 | Dallas | TX | 75201 | | 469-680-4200 | 469-680-4299 | kaurzada@reedsmith.com; ddalcol@reedsmith.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Kurt F. Gwynne | 1201 Market Street, Suite 1500 | Wilmington | DE | 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 1 of 1