Ryan E. Manns (SBT-24041391)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
Telephone: (241) 855-8000
Facsimile: (214) 855-8200
ryan.manns@nortonrosefulbright.com

Bob Bruner (SBT 24062637)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone: (717) 6515151
Facsinile: (717) 651-5246
bob.bruner@nortonrosefulbright.com

Counsel for Wayne Nugent, KGS Services, LLC and
Nugent Holdings, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPHERATURE INVESTMENTS LLC., *et al.*,[1] | : | Case No. 20-42492 |
| | : | Jointly Administered |
| Debtors. | : | |

### NOTICE OF DEPOSITION OF MICHAEL POATES

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, made applicable herein pursuant to Rules 9014(c) and 7030 of the Federal Rules of Bankruptcy Procedure, Wayne Nugent, KGS Services, LLC and Nugent Holdings LLC will take the deposition upon oral examination of Michael Poates, in his capacity as an officer for the above-captioned debtors.

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC,; Rovia, LLC, WorldVentures Marketing Holdings, LLC, WorldVentures Marketplace, LLC, WorldVentures Marketing, LLC, WorldVentures Services, LLC.

#48209491 v1

PLEASE TAKE FURTHER NOTICE that the deposition shall begin on Monday, October 18, 2021, at 10 a.m. prevailing Central Time at the offices of Winstead PC, 2728 N. Harwood St., Ste. 500, Dallas TX 75201,[2] in connection with the Debtors' proposed Disclosure Statement and Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and its Debtors Affiliates and Nugent's objection to same, which can be found at Dkt. No. 537. The deposition will be taken before a notary public or any other officer authorized to administer oaths and take testimony and will be recorded by stenographic means and will continue from day to day until completed. You are invited to attend and cross-examine the witness.

| | |
|---|---|
| DATED: October 15, 2021<br>Dallas, Texas. | */s/ Ryan E. Manns*<br>Ryan E. Manns (SBT 24041391)<br>**Norton Rose Fulbright US LLP**<br>2200 Ross Avenue, Suite 3600,<br>Dallas, TX 75201<br>Telephone: 214-855-8000<br>Facsimile: (214) 855-8200<br>E-mail: ryan.manns@nortonrosefulbright.com<br><br>-and-<br><br>Bob Bruner (SBT 24062637)<br>**Norton Rose Fulbright US LLP**<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone: (717) 651-5151<br>Facsimile: (717) 651-5246<br><br>Counsel for Wayne Nugent, KGS Services, LLC and Nugent Holdings, LLC |

---

[2] Mr. Poates is directed to appear at the officers of Winstead PC for the convenience of the parties and in the interest of efficiency, as Mr. Poates was previously directed to appear at the offices of Winstead PC at this date and time by Secreat Direct LLC [Dkt. No. 517]. To the extent the Secreat does not go forward with its scheduled deposition, Mr. Poates is directed to appear at the offices of Norton Rose Fulbright, US LLP, 2200 Ross Avenue Street, Suite 3600, Dallas, TX 75201.

#48209491 v1