Seacret Direct, LLC-Exhibit S
(Audio files to be submitted to the Court via CD and/or filed separately)
Available upon request to achiarello@winstead.com