**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

FederalPay is an independent website, and **we rely on ad revenue** to keep our site running and our information free.
If this site has helped you out, please consider donating!

## PPP Loan Data — Worldventures Services, LLC, *Plano, TX*

# Worldventures Services, LLC

Entity: <u>Limited Liability Company (LLC) (Business legal structure)</u>

Industry: All Other Professional, Scientific, and Technical Services

Location: Plano, TX

🐦 Tweet This • Search All PPP Data

Worldventures Services, LLC is a limited liability company (LLC) located at 5100 Tennyson Pkwy in Plano, Texas that received a Coronavirus-related PPP loan from the SBA of **$4,150,886.00** in April, 2020.

## $ PPP Loan Information

| Loan #5872937100 |
|---|

**Loan Size:**

**$4.15M**

**Loan Approved:**

2020-04-14

**Lender:**

Titan Bank, National Association

**Jobs Retained:**

181

**Loan Status:**

Ongoing Loan

⚠ **Likely Employment Reduction**[3]

**Worldventures Services, LLC** in Plano, TX received a Paycheck Protection Loan of $4.15M through Titan Bank, National Association, which was approved in April, 2020.

This loan has been disbursed by the lender and has not yet been fully repaid or forgiven. The exact status of ongoing loans is not released by the SBA.

The size of company's PPP loan indicates that the number of employees on payroll during the eligibility calculation period (typically 2019) was higher than the 181 jobs reported as retained on the PPP application[3]. This could be caused by a reduction in employment since 2019, due to Coronavirus or other factors.

The minimum number of employees this company must have had in 2019 to qualify for the loan range received is **199**. This estimation is accurate if all employees were paid at or over the $100k PPP salary eligibility cap.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Worldventures Services, LLC's 2019 payroll expenses are estimated to be at least **$19.92M** (not accounting for salary amounts > $100k).

Because the 181 jobs reported are not enough to account for the loan range received, per-employee payrolls cannot be estimated.

## Reported PPP Proceed Usage:

On the PPP application, Worldventures Services, LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $4,150,886

Because the loan received by Worldventures Services, LLC is at least $2M dollars, it is subject to a full review by the SBA to ensure eligibility and compliance with PPP program requirements.

## 🛈 Business Information - Worldventures Services, LLC in Plano, TX



**5100 Tennyson Pk...**
View larger map

**Worldventures Services, LLC**
5100 Tennyson Pkwy
Plano, TX 75024

**Business Industry**:
All Other Professional, Scientific, and Technical Services
*NAICS code 541990*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

**HUBZone: (SBA classification for Historically Under-utilized Business Zones)** N

**Rural / Urban:** Urban

Collin County, TX — SBA Office 0610 — *Congressional District: TX-03*

📍 Similar Companies near Plano

In the Plano area, 104 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a PPP loan. These local businesses reported an average of **12 employees** *(compared to this company's 181)* and received an average PPP loan of **$117,467** *(compared to this company's $4.15M)*.

## Similar Nearby Businesses Who Received PPP Funding:

Batts Holdings, Inc
*Plano, TX*

$21,875 PPP Loan

Captive Communications LLC
*Plano, TX*

$20,000 PPP Loan

Steve Jong
*Plano, TX*

$19,517 PPP Loan

Robinson Floors LLC
*Plano, TX*

$44,106 PPP Loan

K. Sheray, LLC
*Plano, TX*

$293 PPP Loan

*Plano, TX*

$20,832 PPP Loan

Tiffany Derry Concepts
*Plano, TX*

$10,371 PPP Loan

Johnkistler
*Plano, TX*

$10,555 PPP Loan

Geds Mso LLC
*Plano, TX*

$162,795 PPP Loan

## 📊 Industry PPP Comparison Statistics

Nationwide, 129,763 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a total of **$7.41B** in PPP loans. These businesses account for 1% of total PPP applications submitted, and received 1% of the total PPP funding allocated.

PPP recipients in this industry report an average of **5 employees**, 97% **lower** than Worldventures Services, LLC's reported 181 employees, and received an average **PPP loan of $57,091**, 99% **lower** than this company's loan of $4.15M.

### FederalPay's PPP Information Policy

Paycheck Protection Loan data has been made public by the Small Business Administration (SBA) for all private companies that received a PPP loan.

All information displayed on this page is publicly available information under PPP loan guidelines, in compliance with 5 U.S.C. § 552 (Freedom of Information Act) and 5 U.S.C. § 552a (the Privacy Act) and is published unmodified, as provided by the SBA. FederalPay does not modify the data and makes no claims regarding its accuracy.

Any corrections or modifications to this data can only be made via the SBA. For more information, please see the FederalPay PPP Data Policy.

## 🔍 Search FederalPay's Full PPP Loan Database

## Footnotes & Information

*1. Estimations for informational purposes only. Payroll and salary estimates assume the borrower used the standard PPP calculation of 2.5 x average 2019 monthly payroll costs to determine PPP loan eligibility. Calculation methods vary based on entity type. Please read the latest official SBA PPP calculation rules for a full explanation of PPP loan amount calculation methods.*

*2. If a company's reported number of employees divided by the maximum PPP range amount per the SBA is greater than $100,000, the estimated maximum PPP loan received by the company can be adjusted down to assume no more than $100,000 yearly salary per employee was used in the PPP application. While employees at the company may earn more, $100k / employee is the maximum amount that can be used in PPP eligibility calculations.*

*3. Since the PPP eligibility will include a maximum of $100k in salary expenses for each employee in the qualifying period, the minimum number of employees required to be eligible for a given PPP loan amount can be calculated by the following equation: ((LOAN AMOUNT/2.5 months) * 12 months) / 100k max salary. If a company reports fewer employees than this amount on their PPP application, it is likely because they had more employees on payroll*

*during the qualifying period.*

*Have FederalPay.org's open data tools been valuable? Consider donating!*

**Donate**

** This Document Provided By **www.FederalPay.org** - The Civil Employee's Resource **
*Source: www.federalpay.org/paycheck-protection-program/worldventures-services-llc-plano-tx*

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE —** FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

FederalPay is an independent website, and **we rely on ad revenue** to keep our site running and our information free.
If this site has helped you out, please consider donating!

## PPP Loan Data — Worldventures Marketing LLC, *Plano, TX*

# Worldventures Marketing LLC

## Entity: Limited Liability Company (LLC) (Business legal structure)

## Industry: All Other Professional, Scientific, and Technical Services

## Location: Plano, TX

Tweet This • Search All PPP Data

Worldventures Marketing LLC is a limited liability company (LLC) located at 5100 Tennyson Pkwy in Plano, Texas that received a Coronavirus-related PPP loan from the SBA of **$464,097.00** in April, 2020.

## $ PPP Loan Information

| Loan #5867577105 |
|---|

**Loan Size:**                                    **Jobs Retained:**

**$464,097**                                    43

**Loan Approved:**                                **Loan Status:**

2020-04-14                                    **Paid in Full or Forgiven**
**Lender:**

Titan Bank, National Association

**Worldventures Marketing LLC** in Plano, TX received a Paycheck Protection Loan of $464,097 through Titan Bank, National Association, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in June, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Worldventures Marketing LLC's 2019 payroll expenses are estimated to be at least **$2.23M**.

Based on their reported 43 jobs retained, this equals an estimated average yearly compensation of **$51,806 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Worldventures Marketing LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $464,097

## ❶ Business Information - Worldventures Marketing LLC in Plano, TX



**Worldventures Marketing LLC**
5100 Tennyson Pkwy
Plano, TX 75024

**Business Industry:**
All Other Professional, Scientific, and Technical Services
*NAICS code 541990*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

**HUBZone: (SBA classification for Historically Under-Utilized Business Zones)** N

**Rural / Urban:** Urban

Collin County, TX — SBA Office 0610 — *Congressional District: TX-03*

## ⊙ Similar Companies near Plano

In the Plano area, 104 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a PPP loan. These local businesses reported an average of **12 employees** *(compared to this company's 43)* and received an average PPP loan of **$117,467** *(compared to this company's $464,097)*.

# Similar Nearby Businesses Who Received PPP Funding:

Batts Holdings, Inc
*Plano, TX*

$21,875 PPP Loan

Captive Communications LLC
*Plano, TX*

$20,000 PPP Loan

Steve Jong
*Plano, TX*

$19,517 PPP Loan

Robinson Floors LLC
*Plano, TX*

$44,106 PPP Loan

K. Sheray, LLC
*Plano, TX*

$293 PPP Loan

SAW Financial Group LLC
*Plano, TX*

$20,832 PPP Loan

Tiffany Derry Concepts
*Plano, TX*

$10,371 PPP Loan

Plano, TX

$10,555 PPP Loan

Geds Mso LLC
*Plano, TX*

$162,795 PPP Loan

## 📊 Industry PPP Comparison Statistics

Nationwide, 129,763 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a total of **$7.41B** in PPP loans. These businesses account for 1% of total PPP applications submitted, and received 1% of the total PPP funding allocated.

PPP recipients in this industry report an average of **5 employees**, 88% **lower** than Worldventures Marketing LLC's reported 43 employees, and received an average **PPP loan of $57,091**, 88% **lower** than this company's loan of $464,097.

### FederalPay's PPP Information Policy

Paycheck Protection Loan data has been made public by the Small Business Administration (SBA) for all private companies that received a PPP loan.

All information displayed on this page is publicly available information under PPP loan guidelines, in compliance with 5 U.S.C. § 552 (Freedom of Information Act) and 5 U.S.C. § 552a (the Privacy Act) and is published unmodified, as provided by the SBA. FederalPay does not modify the data and makes no claims regarding its accuracy.

Any corrections or modifications to this data can only be made via the SBA. For more information, please see the FederalPay PPP Data Policy.

## 🔍 Search FederalPay's Full PPP Loan Database

## Footnotes & Information

*1. Estimations for informational purposes only. Payroll and salary estimates assume the borrower used the standard PPP calculation of 2.5 x average 2019 monthly payroll costs to determine PPP loan eligibility. Calculation methods vary based on entity type. Please read the latest official SBA PPP calculation rules for a full explanation of PPP loan amount calculation methods.*

*2. If a company's reported number of employees divided by the maximum PPP range amount per the SBA is greater than $100,000, the estimated maximum PPP loan received by the company can be adjusted down to assume no more than $100,000 yearly salary per employee was used in the PPP application. While employees at the company may earn more, $100k / employee is the maximum amount that can be used in PPP eligibility calculations.*

*Have FederalPay.org's open data tools been valuable? Consider donating!*

**Donate**

** This Document Provided By **www.FederalPay.org** - The Civil Employee's Resource **
***Source:** www.federalpay.org/paycheck-protection-program/worldventures-marketing-llc-plano-tx*

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

FederalPay is an independent website, and **we rely on ad revenue** to keep our site running and our information free.
If this site has helped you out, please consider donating!

PPP Loan Data — Spherature Investments LLC, *Plano, TX*

# Spherature Investments LLC

Entity: <u>Limited Liability Company (LLC) (Business legal structure)</u>

Industry: All Other Professional, Scientific, and Technical Services

Location: Plano, TX

🐦 Tweet This • Search All PPP Data

Spherature Investments LLC is a limited liability company (LLC) located at 5100 Tennyson Pkwy in Plano, Texas that received a Coronavirus-related PPP loan from the SBA of **$269,103.00** in April, 2020.

## $  PPP Loan Information

| Loan #2727347100 |
|---|

| **Loan Size:** | **Jobs Retained:** |
|---|---|
| **$269,103** | 332 |
| **Loan Approved:** | **Loan Status:** |
| 2020-04-11 | **Paid in Full or Forgiven** |
| **Lender:** | |
| Titan Bank, National Association | |

**Spherature Investments LLC** in Plano, TX received a Paycheck Protection Loan of $269,103 through Titan Bank, National Association, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in June, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Spherature Investments LLC's 2019 payroll expenses are estimated to be at least **$1.29M**.

Based on their reported 332 jobs retained, this equals an estimated average yearly compensation of **$3,891 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Spherature Investments LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $269,103

## ⓘ Business Information - Spherature Investments LLC in Plano, TX

### 5100 Tennyson Pkwy

5100 Tennyson Pkwy, Plano, TX
75024

View larger map



Spherature Investments LLC
5100 Tennyson Pkwy
Plano, TX 75024

**Business Industry:**
All Other Professional, Scientific, and Technical Services
*NAICS code 541990*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

HUBZone: (SBA classification for Historically Under-utilized Business Zones) N

**Rural / Urban:** Urban

Collin County, TX — SBA Office 0610 — *Congressional District: TX-03*

## 📍 Similar Companies near Plano

In the Plano area, 104 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a PPP loan. These local businesses reported an average of **12 employees** *(compared to this company's 332)* and received an average PPP loan of **$117,467** *(compared to this company's $269,103).*

## Similar Nearby Businesses Who Received PPP Funding:

Batts Holdings, Inc
*Plano, TX*

$21,875 PPP Loan

Captive Communications LLC
*Plano, TX*

$20,000 PPP Loan

Steve Jong
*Plano, TX*

$19,517 PPP Loan

Robinson Floors LLC
*Plano, TX*

$44,106 PPP Loan

K. Sheray, LLC
*Plano, TX*

$293 PPP Loan

SAW Financial Group LLC
*Plano, TX*

$20,832 PPP Loan

Tiffany Derry Concepts
*Plano, TX*

$10,371 PPP Loan

Johnson, TX
*Plano, TX*

$10,555 PPP Loan

Geds Mso LLC
*Plano, TX*

$162,795 PPP Loan

## 📊 Industry PPP Comparison Statistics

Nationwide, 129,763 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a total of **$7.41B** in PPP loans. These businesses account for 1% of total PPP applications submitted, and received 1% of the total PPP funding allocated.

PPP recipients in this industry report an average of **5 employees**, 98% **lower** than Spherature Investments LLC's reported 332 employees, and received an average **PPP loan of $57,091**, 79% **lower** than this company's loan of $269,103.

**FederalPay's PPP Information Policy**

Paycheck Protection Loan data has been made public by the Small Business Administration (SBA) for all private companies that received a PPP loan.

All information displayed on this page is publicly available information under PPP loan guidelines, in compliance with 5 U.S.C. § 552 (Freedom of Information Act) and 5 U.S.C. § 552a (the Privacy Act) and is published unmodified, as provided by the SBA. FederalPay does not modify the data and makes no claims regarding its accuracy.

Any corrections or modifications to this data can only be made via the SBA. For more information, please see the FederalPay PPP Data Policy.

---

## 🔍 Search FederalPay's Full PPP Loan Database

---

## Footnotes & Information

*1. Estimations for informational purposes only. Payroll and salary estimates assume the borrower used the standard PPP calculation of 2.5 x average 2019 monthly payroll costs to determine PPP loan eligibility. Calculation methods vary based on entity type. Please read the latest official SBA PPP calculation rules for a full explanation of PPP loan amount calculation methods.*

*2. If a company's reported number of employees divided by the maximum PPP range amount per the SBA is greater than $100,000, the estimated maximum PPP loan received by the company can be adjusted down to assume no more than $100,000 yearly salary per employee was used in the PPP application. While employees at the company may earn more, $100k / employee is the maximum amount that can be used in PPP eligibility calculations.*

*Have FederalPay.org's open data tools been valuable? Consider donating!*

**Donate**

** This Document Provided By **www.FederalPay.org** - The Civil Employee's Resource **
***Source:*** *www.federalpay.org/paycheck-protection-program/spherature-investments-llc-plano-tx*

PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

FederalPay is an independent website, and **we rely on ad revenue** to keep our site running and our information free.
If this site has helped you out, please consider donating!

## PPP Loan Data — Rovia LLC, *Plano, TX*

# Rovia LLC

Entity: <u>Limited Liability Company (LLC) (Business legal structure)</u>

Industry: All Other Professional, Scientific, and Technical Services

Location: Plano, TX

🐦 Tweet This • Search All PPP Data

Rovia LLC is a limited liability company (LLC) located at 5160 Tennyson Pkwy in Plano, Texas that received a Coronavirus-related PPP loan from the SBA of **$1,619,757.00** in April, 2020.

## $ PPP Loan Information

| Loan #5864657110 |
|---|

| Loan Size: | Jobs Retained: |
|---|---|
| **$1.62M** | 113 |
| **Loan Approved:** | **Loan Status:** |
| 2020-04-14 | **Paid in Full or Forgiven** |
| **Lender:** | |
| Titan Bank, National Association | |

**Rovia LLC** in Plano, TX received a Paycheck Protection Loan of $1.62M through Titan Bank, National Association, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in June, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

### Understanding The SBA Formula For Determining PPP Loan Eligibility

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

### Understanding Payroll Estimates Based On PPP Amount

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More



Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Rovia LLC's 2019 payroll expenses are estimated to be at least **$7.77M**.

Based on their reported 113 jobs retained, this equals an estimated average yearly compensation of **$68,804 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Rovia LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $1,619,757

## 🛈 Business Information - Rovia LLC in Plano, TX

**5160 Tennyson Pk...**
View larger map



Map data ©2021

**Rovia LLC**
5160 Tennyson Pkwy
Plano, TX 75024

**Business Industry:**
All Other Professional, Scientific, and Technical Services
*NAICS code 541990*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

**HUBZone: (SBA classification for Historically Under-utilized Business Zones)** N

**Rural / Urban:** Urban

Collin County, TX — SBA Office 0610 — *Congressional District: TX-03*

## ⊙ Similar Companies near Plano

In the Plano area, 104 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a PPP loan. These local businesses reported an average of **12 employees** *(compared to this company's 113)* and received an average PPP loan of **$117,467** *(compared to this company's $1.62M)*.

## Similar Nearby Businesses Who Received PPP Funding:

Hamilton Bolay
*Plano, TX*

$4,010 PPP Loan

Teach Them To Fish
*Plano, TX*

$15,562 PPP Loan

HFD - Plano - 6317 Preston Road Inc
*Plano, TX*

$182,829 PPP Loan

Captive Communications
*Plano, TX*

$21,800 PPP Loan

Gygaminds Inc
*Plano, TX*

$52,195 PPP Loan

The Eric Bridgeforth Company LLC
*Plano, TX*

$11,942 PPP Loan

Jayroe Landman Services, LLC
*Plano, TX*

$14,278 PPP Loan

Linda Scoggin

*Plano, TX*

$2,747 PPP Loan

Xefatura Consulting LLC
*Plano, TX*

$60,000 PPP Loan

## 📊 Industry PPP Comparison Statistics

Nationwide, 129,763 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a total of **$7.41B** in PPP loans. These businesses account for 1% of total PPP applications submitted, and received 1% of the total PPP funding allocated.

PPP recipients in this industry report an average of **5 employees**, 96% **lower** than Rovia LLC's reported 113 employees, and received an average **PPP loan of $57,091**, 96% **lower** than this company's loan of $1.62M.

#### FederalPay's PPP Information Policy

Paycheck Protection Loan data has been made public by the Small Business Administration (SBA) for all private companies that received a PPP loan.

All information displayed on this page is publicly available information under PPP loan guidelines, in compliance with 5 U.S.C. § 552 (Freedom of Information Act) and 5 U.S.C. § 552a (the Privacy Act) and is published unmodified, as provided by the SBA. FederalPay does not modify the data and makes no claims regarding its accuracy.

Any corrections or modifications to this data can only be made via the SBA. For more information, please see the FederalPay PPP Data Policy.

## 🔍 Search FederalPay's Full PPP Loan Database

## Footnotes & Information

*1. Estimations for informational purposes only. Payroll and salary estimates assume the borrower used the standard PPP calculation of 2.5 x average 2019 monthly payroll costs to determine PPP loan eligibility. Calculation methods vary based on entity type. Please read the latest official SBA PPP calculation rules for a full explanation of PPP loan amount calculation methods.*

*2. If a company's reported number of employees divided by the maximum PPP range amount per the SBA is greater than $100,000, the estimated maximum PPP loan received by the company can be adjusted down to assume no more than $100,000 yearly salary per employee was used in the PPP application. While employees at the company may earn more, $100k / employee is the maximum amount that can be used in PPP eligibility calculations.*

*Have FederalPay.org's open data tools been valuable? Consider donating!*

**Donate**

** This Document Provided By **www.FederalPay.org** - The Civil Employee's Resource **
*Source: www.federalpay.org/paycheck-protection-program/rovia-llc-plano-tx*

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE** — FederalPay is now hosting the latest publicly released PPP loan company data from the SBA

FederalPay is an independent website, and **we rely on ad revenue** to keep our site running and our information free.
If this site has helped you out, please consider donating!

## PPP Loan Data — Rovia Corporate Services, LLC, *Plano, TX*

# Rovia Corporate Services, LLC

**Entity:** Limited Liability Company (LLC) (Business legal structure)

**Industry:** All Other Professional, Scientific, and Technical Services

**Location:** Plano, TX

Tweet This • Search All PPP Data

Rovia Corporate Services, LLC is a limited liability company (LLC) located at 5100 Tennyson Pkwy in Plano, Texas that received a Coronavirus-related PPP loan from the SBA of **$22,761.00** in April, 2020.

## $ PPP Loan Information

| Loan #5861337102 |
|---|

| Loan Size: | Jobs Retained: |
|---|---|
| **$22,761** | 2 |
| **Loan Approved:** | **Loan Status:** |
| 2020-04-14 | **Paid in Full or Forgiven** |

**Lender:**

Titan Bank, National Association

**Rovia Corporate Services, LLC** in Plano, TX received a Paycheck Protection Loan of $22,761 through Titan Bank, National Association, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in June, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Rovia Corporate Services, LLC's 2019 payroll expenses are estimated to be at least **$109,253**.

Based on their reported 2 jobs retained, this equals an estimated average yearly compensation of **$54,627 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Rovia Corporate Services, LLC reported intending to use the proceeds of their PPP loan for the following expenses:

* Payroll: $22,761

## ⓘ Business Information - Rovia Corporate Services, LLC in Plano, TX



**Rovia Corporate Services, LLC**
5100 Tennyson Pkwy
Plano, TX 75024

**Business Industry**:
All Other Professional, Scientific, and Technical Services
*NAICS code 541990*

## Business Owner Demographics

**Race:** Unreported

**Ethnicity:** Unreported

**Gender:** Unreported

**Veteran Status:** Unreported

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

HUBZone: (SBA classification for Historically Under-utilized Business Zones) N

**Rural / Urban:** Urban

Collin County, TX — SBA Office 0610 — *Congressional District: TX-03*

## 📍 Similar Companies near Plano

In the Plano area, 104 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a PPP loan. These local businesses reported an average of **12 employees** *(compared to this company's 2)* and received an average PPP loan of **$117,467** *(compared to this company's $22,761).*

## Similar Nearby Businesses Who Received PPP Funding:

Hamilton Bolay
*Plano, TX*

$4,010 PPP Loan

Teach Them To Fish
*Plano, TX*

$15,562 PPP Loan

HFD - Plano - 6317 Preston Road Inc
*Plano, TX*

$182,829 PPP Loan

Captive Communications
*Plano, TX*

$21,800 PPP Loan

Gygaminds Inc
*Plano, TX*

$52,195 PPP Loan

The Eric Bridgeforth Company LLC
*Plano, TX*

$11,942 PPP Loan

Jayroe Landman Services, LLC
*Plano, TX*

$14,278 PPP Loan

Linda Scoggin
*Plano, TX*

$2,747 PPP Loan


Xefatura Consulting LLC
*Plano, TX*

$60,000 PPP Loan


## 📊 Industry PPP Comparison Statistics

Nationwide, 129,763 businesses in the "All Other Professional, Scientific, and Technical Services" industry received a total of **$7.41B** in PPP loans. These businesses account for 1% of total PPP applications submitted, and received 1% of the total PPP funding allocated.

PPP recipients in this industry report an average of **5 employees**, 150% **higher** than Rovia Corporate Services, LLC's reported 2 employees, and received an average **PPP loan of $57,091**, 151% **higher** than this company's loan of $22,761.

### FederalPay's PPP Information Policy

Paycheck Protection Loan data has been made public by the Small Business Administration (SBA) for all private companies that received a PPP loan.

All information displayed on this page is publicly available information under PPP loan guidelines, in compliance with 5 U.S.C. § 552 (Freedom of Information Act) and 5 U.S.C. § 552a (the Privacy Act) and is published unmodified, as provided by the SBA. FederalPay does not modify the data and makes no claims regarding its accuracy.

Any corrections or modifications to this data can only be made via the SBA. For more information, please see the FederalPay PPP Data Policy.


## 🔍 Search FederalPay's Full PPP Loan Database


## Footnotes & Information

*1. Estimations for informational purposes only. Payroll and salary estimates assume the borrower used the standard PPP calculation of 2.5 x average 2019 monthly payroll costs to determine PPP loan eligibility. Calculation methods vary based on entity type. Please read the latest official SBA PPP calculation rules for a full explanation of PPP loan amount calculation methods.*

*2. If a company's reported number of employees divided by the maximum PPP range amount per the SBA is greater than $100,000, the estimated maximum PPP loan received by the company can be adjusted down to assume no more than $100,000 yearly salary per employee was used in the PPP application. While employees at the company may earn more, $100k / employee is the maximum amount that can be used in PPP eligibility calculations.*


*Have FederalPay.org's open data tools been valuable? Consider donating!*

**Donate**

** This Document Provided By **www.FederalPay.org** - The Civil Employee's Resource **
*Source: www.federalpay.org/paycheck-protection-program/rovia-corporate-services-llc-plano-tx*