# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS, LLC, | § | Case No.: 20-42492 |
| | § | |
| Debtors. | § | Jointly Administered |

## MONTGOMERY CAPITAL ADVISERS, LLC'S WITNESS AND EXHIBIT LIST

Montgomery Capital Advisers, LLC ("MCA"), in its capacity as Collateral Agent under that certain *Amended and Restated Note and Warrant Purchase Agreement*, dated December 31, 2019, hereby files this Witness and Exhibit List in connection with the hearing scheduled for October 21, 2021 at 1:30 p.m., before the Honorable Brenda T. Rhoades in the Plano Bankruptcy Court, 660 N. Central Expressway, Suite 300B, Plano, Texas 75054, and respectfully designates the following witnesses and exhibits:

## WITNESS LIST

1. Erik Toth, Chief Restructuring Officer, Spherature Investments, LLC;

2. Representative of Debtors;

3. Any witness called or designated by any other Party; and

4. Any witnesses necessary to rebut the testimony of any witness called or designated by any other Parties.

## EXHIBIT LIST

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| MCA A. | Amended and Restated Note and Warrant Purchase Agreement, dated December 31, 2019 | | | Admitted 12/30/20 |
| MCA B. | Amended and Restated Security Agreement, dated December 31, 2019 | | | Admitted 12/30/20 |

| **No.** | **Description** | **Offered** | **Objection** | **Admitted** |
|---|---|---|---|---|
| MCA C. | Initial UCC Financing Statement re WorldVentures Holdings, LLC, Nev. Sec. of State Doc. Filing No. 2018006297-2 | | | Admitted 12/30/20 |
| MCA D. | UCC Financing Statement Amendment re WorldVentures Holdings, LLC name change to Spherature Investments, LLC, Nev. Sec. of State Doc. Filing No. 2020131714-7 | | | Admitted 12/30/20 |
| MCA E. | Initial UCC Financing Statement re Rovia, LLC, Nev. Sec. of State Doc. Filing No. 2018006298-4 | | | Admitted 12/30/20 |
| MCA F. | Initial UCC Financing Statement re WorldVentures Marketing Holdings, LLC, Nev. Sec. of State Doc. Filing No. 2018006296-0 | | | Admitted 12/30/20 |
| MCA G. | Initial UCC Financing Statement re WorldVentures Marketplace, LLC, Nev. Sec. of State Doc. Filing No. 2018006294-6 | | | Admitted 12/30/20 |
| MCA H. | Initial UCC Financing Statement re WorldVentures Marketing, LLC, Nev. Sec. of State Doc. Filing No. 2018006295-8 | | | Admitted 12/30/20 |
| MCA I. | Initial UCC Financing Statement re WorldVentures Services, LLC, Nev. Sec. of State Doc. Filing No. 2018006293-4 | | | Admitted 12/30/20 |
| MCA J. | Declaration of Thomas A. Montgomery | | | Admitted 1/21/21 |
| MCA K. | Note and Warrant Purchase Agreement dated November 3, 2017 | | | |
| MCA L. | Security Agreement dated November 3, 2017 | | | |
| MCA M. | Joinder to Security Agreement dated March 1, 2018 | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| MCA N. | First Amendment to Note and Warrant Purchase Agreement dated July 31, 2019 | | | |
| MCA O. | Second Amendment to Note and Warrant Purchase Agreement dated October 30, 2019 | | | |
| MCA P. | Third Amendment to Note and Warrant Purchase Agreement dated November 14, 2019 | | | |
| MCA Q. | Fourth Amendment to Note and Warrant Purchase Agreement dated December 13, 2019 | | | |
| MCA R. | Ninth Interim Order Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection and Related Relief [Docket No. 499] | | | |
| MCA S. | Consulting Agreement between World Ventures Marketing LLC and MCA dated Nov. 1, 2017 | | | |
| MCA T. | MCA Loan Account Statement | | | |
| MCA U. | Montgomery Capital Advisers, LLC as Collateral Agent's Proof of Claim | | | |
| MCA V. | Any pleading on file in this case | | | |
| MCA W. | Any exhibit designated by any other party | | | |
| MCA X. | Any exhibit necessary for rebuttal | | | |

MCA reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: October 18, 2021

Respectfully submitted by:

*/s/ Jason M. Rudd*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Lauren K. Drawhorn, Tex. Bar No. 24074528
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
lauren.drawhorn@wickphillips.com

**COUNSEL FOR MONTGOMERY CAPITAL ADVISERS, LLC, AS COLLATERAL AGENT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served, on this October 18, 2021, electronically through the Court's electronic case filing system.

*/s/ Jason M. Rudd*