IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| SPHERATURE INVESTMENTS LLC, § | |
| et al.[1] § | Case No.: 20-42492 |
| § | |
| Debtors. § | Jointly Administered |
| § | |

**WITNESS AND EXHIBIT LIST OF VERONA INTERNATIONAL HOLDINGS, INC.'S
FOR COMBINED HEARING ON OCTOBER 21, 2021**

Verona International Holdings, Inc. ("**Verona**"), hereby submits its witness and exhibit list for the Combined Hearing to be held on October 21, 2021, before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge for the Eastern District of Texas, at Suite 300B, 660 North Central Expressway, Plano, TX 75074:

**WITNESSES**

Verona designates the following individuals who may be called as witnesses:

(a)   Emmert McNulty, General Management Group, c/o undersigned counsel

(b)   Any witness listed or called by any other party during the hearing.

(c)   Any witness necessary to rebut the testimony of a witness called or designated by any other party.

Verona reserve the right to call or not call any witnesses designated by any other party, as well as rebuttal witnesses.

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 cases have listed their identification and EIN numbers as: Spherature Investments, LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN #2220.

# **EXHIBITS**

Verona designates the following exhibits that may be admitted:

| Verona Ex. No. | Description of Exhibit | OFFER | OBJ. | ADMIT |
|---|---|---|---|---|
| 1. | Bank Account Statement for Verona in Account No. - xxxxx-2682 | | | |
| 2. | Post-Closing Cash Balance/Working Capital | | | |
| 3. | Cash Flow Projections | | | |
| 4. | Forecasted Profit and Loss Statement | | | |
| 5. | Employees' Term Sheet | | | |
| 6. | Any Exhibit Designated by any Other Party | | | |
| 7. | Any Exhibits Necessary as Rebuttal Evidence | | | |

| | |
|---|---|
| October 18, 2021 | R<small>EED</small> S<small>MITH</small> LLP |
| | */s/ Bradley J. Purcell* |
| | Keith Aurzada |
| | State Bar No. 24009880 |
| | Bradley J. Purcell |
| | State Bar No. 24063965 |
| | 2850 N. Harwood, Suite 1500 |
| | Dallas, Texas 75201 |
| | Tel:   469.680.4200 |
| | Fax:   469.680.4299 |
| | kaurzada@reedsmith.com |
| | bpurcell@reedsmith.com |
| | |
| | **ATTORNEYS FOR VERONA** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing has been served via CM/ECF on this 18th day of October, 2021, on all parties that have filed a notice of appearance in this case:

>*/s/ Bradley J. Purcell*
>Bradley J. Purcell