Michael D. Warner (TX Bar No. 00792304)
Robert J. Feinstein (admitted *pro hac vice*)
Ayala Hassell (TX Bar No. 01009800)
Steven W. Golden (TX Bar No. 24099681)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
rfeinstein@pszjlaw.com
ahassell@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| *et al.*, | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

## AMENDED WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "Committee") hereby submits the following *Amended Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on October 21, 2021 at 1:30 p.m. (CT), in the above-styled, jointly administered bankruptcy cases (the "Cases") before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, 660 North Central Expressway, Plano, Texas 75074.

## WITNESS LIST

The Committee may call the following witnesses:

1. Michael Poates;

2. Eric Haynes;

3. Erik Toth;

4. Any witness listed, offered, or called by any other party.

5. Any witness required for rebuttal or impeachment.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Liquidating Trust Agreement (Committee proposed amended form to that attached to the Debtors' Notice of Plan Supplement, under Docket No. 483, as Exhibit A [Docket No. 483-1]) | | | | |
| 2. | Redline – Liquidating Trust Agreement (redline showing changes in the Committee's proposed amended form (Exhibit No. 1 herein) to that attached to the Debtors' Notice of Plan Supplement [Docket No. 483-1]) | | | | |
| 3. | Notice of No Auction with Respect to the Sale of Substantially All of the Debtors' Assets [Docket No. 485] | | | | |
| 4. | Seacret Bid Package | | | | |
| 5. | Form of New Employment Agreements with Verona International Holdings, Inc. | | | | |
| 6. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 7. | Any exhibits necessary for rebuttal. | | | | |
| 8. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Committee reserves the right to modify, amend or supplement this Amended Witness and Exhibit List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Amended Witness and Exhibit List at any time prior to the October 21, 2021 Hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

2

Dated: October 19, 2021

Respectfully submitted,

By: */s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Ayala Hassell (TX Bar No. 01009800)
Steven W. Golden (TX Bar No. 24099681)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com
Email: sgolden@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (Admitted *Pro Hac Vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2021, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner

DOCS_NY:44317.1 80687/001