Marcus A. Helt (Texas Bar #24052187)
Jack Haake *(Admitted Pro Hac Vice)*
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 214.210.2821
Fax: 972.528.5765
mhelt@mwe.com
jhaake@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** *et al.* | § | Case No.: 20-42492 |
| | § | |
| Debtors.[1] | § | |
| | § | Jointly Administered |
| | § | |

**NOTICE OF NO AUCTION WITH RESPECT TO THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that on September 12, 2021, the above-captioned debtors and debtors in possession *Debtors' Amended Motion for Entry of an Order: (I) Conditionally Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan; (III) Establishing Procedures for Submission of Topping Bids; (IV) Approving Certain Forms and Notices; (V) Scheduling a Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Plan; and (VI) Granting Related Relief* [Docket No. 435] (the "Bid Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2021, the Court entered (collectively, the "Debtors") filed the *Order: (I) Conditionally Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan; (III) Establishing Procedures for Submission of Topping Bids; (IV) Approving certain Forms and Notices; (V) Scheduling a Combined Hearing on Final Approval of Disclosure Statement and Confirmation of

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

**NOTICE OF NO AUCTION WITH RESPECT TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS – Page 1**
DM_US 182549881-1.114823.0011

*Plan; and (VI) Granting Related Relief* [Docket No. 448] (the "Bid Procedures Order") with the United States Bankruptcy Court for the Eastern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors did not receive a Qualified Bid, as defined in the Topping Procedures Order. Accordingly, the Debtors did not hold an Auction and Verona International Holdings, Inc. is therefore the successful bidder.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider, among other things, approval of the sale of substantially all of the Debtors' assets will be held before the Honorable Brenda T. Rhoades at Suite 300B, 660 North Central Expressway, Plano, TX 75074, on **October 21, 2021 at 1:30 p.m., prevailing Central Time**. Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 2564.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by: (i) contacting counsel to the Debtors; or (ii) accessing the Debtors' website at https://cases.stretto.com/spherature/court-docket/. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.ecf.txeb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 1, 2021

Respectfully Submitted,

*/s/ Jack G. Haake*
Marcus A. Helt (Texas Bar #24052187)
Jack G. Haake (Admitted Pro Hac Vice)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 214.210.2821
Fax: 972.528.5765
mhelt@mwe.com
jhaake@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

/s/ Jack G. Haake
Jack G. Haake