Matthew M. Cowart– State Bar No. 24007044
The Law Offices of Matthew M. Cowart, P.C.
6609 Blanco Rd., Suite 235
San Antonio, Texas 78216-6177
Telephone: (210) 874-2223
Facsimile: (210) 579-2023
mcowartlaw@yahoo.com

**COUNSEL FOR RAYMOND BRAUN, JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF, CANI ENTERPRISES, LLC, TERE KAMPE, LLC, CHILLIN THE MOST, LLC, CTM1, LLC, CTM9, LLC, CTM10, LLC, CTM11, LLC, CTM15, LLC, DONALD LEE MORTON, JR., ELIZABETH HOLLAND, TAYLOR HOLLAND, INFINITY ENTERPRISES, LLC, VACATIONLEADER, INC., JEFFERSON F. SANTOS, MELVIN J. BURRELL, ROCHELLE J. BURRELL, EQUITY TRUST COMPANY CUSTODIAN FBO MELVIN & ROCHELLE BURRELL, LEGACY HOLDINGS, LLC, LEGACY HOLDINGS SPENDTHRIFT TRUST, RESIDUAL CONCEPTS, INC., MORRIS UK ENTERPRISES, INC. LIVING FULL TIME, INC. DAVE ULLOA, DOUBLE YOUR PROFITS, LP, DOUBLE INFINITY, LP, G5 GROUP, LLC, THE SCHRAG INTERESTS, LLC, STARFISH HOLDINGS BUSINESS TRUST, TWC INTERNATIONAL, INC., EQUITY TRUST COMPANY CUSTODIAN FBO JANIE M. BRAUN IRA**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Chapter 11** |
| **SPHERATURE INVESTMENTS LLC,** | § | |
| *et al.,* | § | **Case No. 20-42492** |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |

**NOTICE OF APPEARANCE ON BEHALF OF ADDITIONAL CREDITORS AND REQUEST FOR SERVICE OF ALL DOCUMENTS**

NOW COMES Matthew M. Cowart, counsel for creditors CANI ENTERPRISES, LLC, TERE KAMPE, LLC, CHILLIN THE MOST, LLC, CTM1, LLC, CTM9, LLC, CTM10, LLC,

CTM11, LLC, CTM15, LLC, DONALD LEE MORTON, JR., ELIZABETH HOLLAND, TAYLOR HOLLAND, INFINITY ENTERPRISES, LLC, VACATIONLEADER, INC., JEFFERSON F. SANTOS, MELVIN J. BURRELL, ROCHELLE J. BURRELL, EQUITY TRUST COMPANY CUSTODIAN FBO MELVIN & ROCHELLE BURRELL, LEGACY HOLDINGS, LLC, LEGACY HOLDINGS SPENDTHRIFT TRUST, RESIDUAL CONCEPTS, INC., MORRIS UK ENTERPRISES, INC. LIVING FULL TIME, INC. DAVE ULLOA, DOUBLE YOUR PROFITS, LP, DOUBLE INFINITY, LP, G5 GROUP, LLC, THE SCHRAG INTERESTS, LLC, STARFISH HOLDINGS BUSINESS TRUST, TWC INTERNATIONAL, INC., EQUITY TRUST COMPANY CUSTODIAN FBO JANIE M. BRAUN IRA and requests that any and all communications, correspondence, motions, notices, orders, pleadings, and other documents filed with the court or that require service upon the parties be delivered and/or served as follows:

> Matthew M. Cowart
> The Law Offices of Matthew M. Cowart, P.C.
> 6609 Blanco Road, Suite 235
> San Antonio, Texas 78216
> Telephone: (210) 874-2223
> Facsimile: (210) 579-2023
> E-mail: mcowartlaw@yahoo.com

Counsel previously has filed proofs of claim for each of these individuals and entities.

**DATED: October 20, 2021.**

Respectfully submitted,

By: */s/ Matthew M. Cowart*
Matthew M. Cowart
State Bar No. 24997944
**THE LAW OFFICES OF
MATTHEW M. COWART, PC**
6609 Blanco Road, Suite 235
San Antonio, Texas 78216
Telephone: (210) 874-2223
Facsimile: (210) 579-2023
E-mail: mcowartlaw@yahoo.com

**COUNSEL FOR RAYMOND BRAUN, JANIE BRAUN, BRAUN MARKETING COMPANY, MATT MORRIS, RHONDA MORRIS, DR. TROY BROWN, KATHY BROWN, KARI SCHNEIDER, LISHA SCHNEIDER, BYRON SCHRAG, AND MARTIN RUOF, CANI ENTERPRISES, LLC, TERE KAMPE, LLC, CHILLIN THE MOST, LLC, CTM1, LLC, CTM9, LLC, CTM10, LLC, CTM11, LLC, CTM15, LLC, DONALD LEE MORTON, JR., ELIZABETH HOLLAND, TAYLOR HOLLAND, INFINITY ENTERPRISES, LLC, VACATIONLEADER, INC., JEFFERSON F. SANTOS, MELVIN J. BURRELL, ROCHELLE J. BURRELL, EQUITY TRUST COMPANY CUSTODIAN FBO MELVIN & ROCHELLE BURRELL, LEGACY HOLDINGS, LLC, LEGACY HOLDINGS SPENDTHRIFT TRUST, RESIDUAL CONCEPTS, INC., MORRIS UK ENTERPRISES, INC. LIVING FULL TIME, INC. DAVE ULLOA, DOUBLE YOUR PROFITS, LP, DOUBLE INFINITY, LP, G5 GROUP, LLC, THE SCHRAG INTERESTS, LLC, STARFISH HOLDINGS BUSINESS TRUST, TWC**

---

**NOTICE OF APPEARANCE ON BEHALF OF ADDITIONAL CREDITORS AND REQUEST FOR SERVICE OF ALL DOCUMENTS**

INTERNATIONAL, INC., EQUITY TRUST COMPANY CUSTODIAN FBO JANIE M. BRAUN IRA

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2021, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Matthew M. Cowart*
Matthew M. Cowart