IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*, | § | Case No. 20-42492 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, has set the *Agreed Emergency Motion for Approval of Compromise and Settlement with Montgomery Capital Advisers, LLC Pursuant to Bankruptcy Rule 9019* [Docket No. 588] filed by the above-captioned Debtors for hearing on **October 29, 2021, at 9:45 A.M. (CST)**. The Debtors have requested that the hearing be held by video-conference. Anticipated participants will receive a BNC hearing notice, email or Outlook calendar invitation containing a link to the video hearing. Additional parties are instructed to email crd_plano@txeb.uscourts.gov to participate in the video hearing. Parties are directed to review the instructions contained in the link for video hearings before Judge Rhoades at the link provided: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Video Hearings" Tab. A true and correct copy of the *Order Granting Motion to Set the Debtors' Agreed Emergency Motion for Approval of*

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

**NOTICE OF HEARING-Page 1**
DM_US 182956030-1.114823.0011

*Compromise and Settlement with Montgomery Capital Advisers, LLC Pursuant to Bankruptcy Rule 9019 for Confirmation Hearing* [Docket No. 593] is attached hereto as **Exhibit "A."**

Dated: October 22, 2021

Respectfully Submitted,

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Debbie Green (TX 24059852)
Jack G. Haake (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 210-2821
Facsimile: (972) 528-5765
Email: mhelt@mwe.com
Email: dgreen@mwe.com
Email: jhaake@mwe.com

***Counsel to the Debtors and Debtors in Possession***