IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*, | § | Case No. 20-42492 |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, has set the following items filed by the above-captioned Debtors for hearing on **October 29, 2021, at 9:45 A.M. (CDT)**:

- *Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 459];

- *Disclosure Statement for Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 460];

- *Debtors' Motion to Approve Immaterial Modifications to the Debtors' Third Amended Chapter 11 Plan of Reorganization* [Docket No. 476];

- *Debtors' Emergency Motion for Estimation of Certain Priority Claims Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and 28 U.S.C. § 157* [Docket No. 523];

- *Debtors' Motion for Protective Order* [Docket 573]; and

---

¹ The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

**NOTICE OF HEARING-Page 1**

- *Debtors' Motion to Strike Objection of Seacret Direct, LLC to Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates and Final Approval of the Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket 578].

The Debtors have requested that the hearing be held by video-conference. Anticipated participants will receive a BNC hearing notice, email or Outlook calendar invitation containing a link to the video hearing. Additional parties are instructed to email crd_plano@txeb.uscourts.gov to participate in the video hearing. Parties are directed to review the instructions contained in the link for video hearings before Judge Rhoades at the link provided: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Video Hearings" Tab.

Dated: October 23, 2021

Respectfully Submitted,

/s/ Jack G. Haake

Marcus A. Helt (TX 24052187)
Debbie Green (TX 24059852)
Jack G. Haake (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 210-2821
Facsimile: (972) 528-5765
Email: mhelt@mwe.com
Email: dgreen@mwe.com
Email: jhaake@mwe.com

***Counsel to the Debtors and Debtors in Possession***

**NOTICE OF HEARING-Page 2**