# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*, | § | Case No. 20-42492 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, has set the *Debtors' Motion for Entry of an Order Approving Omnibus Claims Objection Procedures and Filing of Substantive Omnibus Claims Objections* [Docket No. 475] filed by the above-captioned Debtors for hearing on **November 16, 2021, at 2:30 P.M. (CST)**. Parties are instructed to **dial 1-888-675- 2535, use Access No. 4225607, and Security No. 2564**,[2] as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

**PLEASE TAKE FURTHER NOTICE** that the all of the pleadings filed in these Cases and supporting papers are available on the Bankruptcy Court's website at https://ecf.txeb.uscourts.gov/ and on the Debtors' Claims and Noticing Agent's website at https://cases.stretto.com/Spherature, or upon request to the undersigned counsel.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

[2] Please take notice that the security number is subject to change. Please check the docket for the most current security code.

**NOTICE OF HEARING-Page 1**

Dated: October 25, 2021

Respectfully Submitted,

*/s/ Jack G. Haake*

Marcus A. Helt (TX 24052187)
Debbie Green (TX 24059852)
Jack G. Haake (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 210-2821
Facsimile: (972) 528-5765
Email: mhelt@mwe.com
Email: dgreen@mwe.com
Email: jhaake@mwe.com

***Counsel to the Debtors and Debtors in Possession***