# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-42492 |
| SPHERATURE INVESTMENTS LLC § | |
| § | CHAPTER 11 |
| § | |
| DEBTORS. § | |

## ORDER SETTING EXPEDITED HEARING ON EMERGENCY SUPPLEMENTAL MOTION TO CONTINUE THE OCTOBER 29, 2021 CONFIRMATION HEARING

Came on for consideration, the Amended Motion for Expedited Hearing on the Emergency Supplemental Motion to Continue the October 29, 2021 Confirmation Hearing (Document 609), filed by Wayne Nugent founder and Chief Executive Officer of the Debtors filed on October 26, 2021,

**IT IS THEREFORE ORDERED** that a video hearing to consider the Emergency Supplemental Motion to Continue the October 29, 2021 Confirmation Hearing (Document 607) shall be held:

**October 29, 2021 at 09:45 A.M.**

**Parties should contact crd_plano@txeb.uscourts.gov for video hearing instructions.**

**IT IS FURTHER ORDERED** that the Movant shall serve notice of this hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission or otherwise by First Class United States Mail, and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 10/26/2021

_Brenda T. Rhoades_ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE