# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No. 20-42492** |
| *et al.*,[1] | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtors in the above-captioned cases.

On October 18, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice to Contact Counterparties of Assumption, or Assumption and Assignment of Executory Contracts and Unexpired Leases** (Docket No. 550)

Furthermore, on October 18, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Witness and Exhibit List** (Docket No. 559)

Furthermore, on October 18, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Voting Declaration of Stretto Regarding Tabulation of Votes in Connection with the Plan for Spherature Investments LLC and its Debtor Affiliates** (Docket No. 562)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

Furthermore, on October 19, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Voting Declaration of Stretto Regarding Tabulation of Votes in Connection with the Plan for Spherature Investments LLC and its Debtor Affiliates** (Docket No. 562)

| | |
|---|---|
| Dated: October 21, 2021 | */s/ Amanda Hinchey*<br>Amanda Hinchey<br>STRETTO<br>8269 E. 23rd Avenue, Suite 275<br>Denver, CO 80238<br>Telephone: 855-205-7196<br>Email: TeamSperature@stretto.com |

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| DataArt Solutions Inc | Accounts Receivable | 475 Park Avenue South, 15th Floor | | New York | NY | 10016 |
| David Watson | | 9029 S Yosemite #2303 | | Lone Tree | CO | 80124 |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | 1000 Louisiana, Suite 1700 | Houston | TX | 77002 |
| Grouply Ventures, LLC, Top Tier Travel, Inc., and Virginia Trask | c/o Scheef & Stone L.L.P. | Attn: Patrick J. Schurr | 2600 Network Boulevard Suite 400 | Frisco | TX | 75034 |
| Office of the U.S. Trustee | | 110 N. College Ave., Suite 300 | | Tyler | TX | 75702 |
| Randy Hanson | iCentris | 707 W. 700 S | | Woods Cross | UT | 84087 |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | 830 Menlo Ave Ste 201 | Menlo Park | CA | 94025-4734 |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | 777 Main Street Suite 1550 | Fort Worth | TX | 76102 |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | 4214 Woodfin Drive | Dallas | TX | 75220 |
| Securities & Exchange Commission | | 801 Cherry Street Suite 1900 Unit 18 | Fort Worth Regional Office | Fort Worth | TX | 76102 |
| Securities & Exchange Commission | Jolene M. Wise | 175 W. Jackson Blvd | Suite 900 | Chicago | IL | 60604 |
| Securities and Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 |
| Titan Bank | Jonathan Morris | 1701 E Hubbard Street | | Mineral Wells | TX | 76067 |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Bob Bruner | 1301 McKinney Suite 5100 | Houston | TX | 77010-3095 |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Ryan E. Manns | 2200 Ross Avenue Suite 3600 | Dallas | TX | 75201-7932 |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 1 of 1

# Exhibit B

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AirMed International, LLC | c/o Law Office of Christine Rister | Attn: Christine M. Rister | christine@risterlaw.com |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | | proofofclaim@becket-lee.com payments@becket-lee.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul Lopez, Larry Boyd, Emily Hahn | bankruptcy@abernathy-law.com plopez@abernathy-law.com ehahn@abernathy-law.com |
| DataArt Solutions Inc | Accounts Receivable | | dataart.billing@dataart.com |
| David Watson | | | davewatson22@hotmail.com |
| Department of Treasury - Internal Revenue Service | Attn: Faye Copple, Desiree Collard | | faye.g.garrett@irs.gov desiree.a.collard@irs.gov |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | eastlaked@gtlaw.com jacobsenk@gtlaw.com |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: Tina M. Ross | rosst@gtlaw.com |
| FSP Legacy Tennyson Center, LLC | Attn: Christine Villar | | cvillar@fspreit.com |
| Gowling WLG (Canada) LLP | Adele Cardinal | | adele.cardinal@gowlingwlg.com lewis.retik@gowlingwlg.com |
| Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, And Martin Ruof | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | mcowartlaw@yahoo.com |
| Melody Yiru and Those Similarly Situated | c/o Lindeman Law Firm | Attn: Blake J. Lindemann | blake@lawbl.com |
| Melody Yiru and Those Similarly Situated | c/o Montes Law Group PC | Attn: Rachel E. Montes | rachel@monteslawgroup.com |
| Montgomery Capital Advisers, LLC | c/o Wick Phillips Gould & Martin, LLP | Attn: Jason M. Rudd & Scott D. Lawrence & Lauren K. Drawhorn | jason.rudd@wickphillips.com scott.lawrence@wickphillips.com lauren.drawhorn@wickphillips.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Matthew P. Goren and Ryan C. Rolston | matthew.goren@weil.com ryan.rolston@weil.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Paul R. Genender | paul.genender@weil.com |
| Office of the U.S. Trustee | | | ustpregion06.ty.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner, Ayala Hassell, Steven W. Golden, Benjamin L. Wallen | mwarner@pszjlaw.com ahassell@pszjlaw.com sgolden@pszjlaw.com bwallen@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq | rfeinstein@pszjlaw.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Randy Hanson | iCentris | | randy.hanson@icentris.com |
| Raymond Braun, Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, and Martin Ruof | c/o Richie & Gueringer, P.C. | Attn: Sheldon E. Richie and Matthew M. Cowart | srichie@rg-austin.com mcowart@rg-sanantonio.com |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | tgaa@bbslaw.com |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | jprostok@forsheyprostok.com |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | robin@phelanlaw.com |
| Seacret Direct, LLC | c/o Winstead PC | Attn: Phillip Lamberson | plamberson@winstead.com ssowell@winstead.com |
| Securities & Exchange Commission | Jolene M. Wise | | wisej@sec.gov |
| Spherature Investments LLC, et al | c/o McDermott Will & Emery LLP | Attn: Marcus A. Helt, Esq. | mhelt@mwe.com sajones@foley.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | | claims_rmsc@pragroup.com |
| TayJak Enterprises, LLC and Daniel Stammen | c/o Palter Sims Martinez PLLC | Attn: John T. Palter and Kimberly M.J. Sims | jpalter@palterlaw.com ksims@palterlaw.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Taylor Wessing LLP (UK) | Attn: Emilie Delacave; Amy Patterson | | e.delacave@taylorwessing.com<br>a.patterson@taylorwessing.com |
| The State of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division<br>Attn: Jason B. Binford and Abigail R. Ryan | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| Titan Bank | c/o Jones, Allen & Fuquay L.L.P. | Attn: Laura L. Worsham | lworsham@jonesallen.com |
| Titan Bank | Jonathan Morris | | jmorris@titanbank.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stephen R. Butler | steve.butler@ag.tn.gov |
| Travel to Freedom, LLC | c/o Brown Fox PLLC | Attn: Eric C. Wood | eric@brownfoxlaw.com |
| Verona International Holdings, Inc. | c /o Reed Smith LLP | Attn: Keith M. Aurzada | kaurzada@reedsmith.com<br>ddalcol@reedsmith.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Kurt F. Gwynne | kgwynne@reedsmith.com |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Bob Bruner | bob.bruner@nortonrosefulbright.com |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Ryan E. Manns | ryan.manns@nortonrosefulbright.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 2 of 2

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| David Watson | | 9029 S Yosemite #2303 | | Lone Tree | CO | 80124 |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | 1000 Louisiana, Suite 1700 | Houston | TX | 77002 |
| Grouply Ventures, LLC, Top Tier Travel, Inc., and Virginia Trask | c/o Scheef & Stone L.L.P. | Attn: Patrick J. Schurr | 2600 Network Boulevard Suite 400 | Frisco | TX | 75034 |
| Office of the U.S. Trustee | | 110 N. College Ave., Suite 300 | | Tyler | TX | 75702 |
| Randy Hanson | iCentris | 707 W. 700 S | | Woods Cross | UT | 84087 |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | 830 Menlo Ave Ste 201 | Menlo Park | CA | 94025-4734 |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | 777 Main Street Suite 1550 | Fort Worth | TX | 76102 |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | 4214 Woodfin Drive | Dallas | TX | 75220 |
| Securities & Exchange Commission | | 801 Cherry Street Suite 1900 Unit 18 | Fort Worth Regional Office | Fort Worth | TX | 76102 |
| Securities & Exchange Commission | Jolene M. Wise | 175 W. Jackson Blvd | Suite 900 | Chicago | IL | 60604 |
| Securities and Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 |
| Titan Bank | Jonathan Morris | 1701 E Hubbard Street | | Mineral Wells | TX | 76067 |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Bob Bruner | 1301 McKinney Suite 5100 | Houston | TX | 77010-3095 |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Ryan E. Manns | 2200 Ross Avenue Suite 3600 | Dallas | TX | 75201-7932 |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 1 of 1

# **Exhibit D**

**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AirMed International, LLC | c/o Law Office of Christine Rister | Attn: Christine M. Rister | christine@risterlaw.com |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | | proofofclaim@becket-lee.com<br>payments@becket-lee.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul Lopez,<br>Larry Boyd,<br>Emily Hahn | bankruptcy@abernathy-law.com<br>plopez@abernathy-law.com<br>ehahn@abernathy-law.com |
| David Watson | | | davewatson22@hotmail.com |
| Department of Treasury - Internal Revenue Service | Attn: Faye Copple, Desiree Collard | | faye.g.garrett@irs.gov<br>desiree.a.collard@irs.gov |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | eastlaked@gtlaw.com<br>jacobsenk@gtlaw.com |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: Tina M. Ross | rosst@gtlaw.com |
| FSP Legacy Tennyson Center, LLC | Attn: Christine Villar | | cvillar@fspreit.com |
| Gowling WLG (Canada) LLP | Adele Cardinal | | adele.cardinal@gowlingwlg.com<br>lewis.retik@gowlingwlg.com |
| Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, And Martin Ruof | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | mcowartlaw@yahoo.com |
| Melody Yiru and Those Similarly Situated | c/o Lindeman Law Firm | Attn: Blake J. Lindemann | blake@lawbl.com |
| Melody Yiru and Those Similarly Situated | c/o Montes Law Group PC | Attn: Rachel E. Montes | rachel@monteslawgroup.com |
| Montgomery Capital Advisers, LLC | c/o Wick Phillips Gould & Martin, LLP | Attn: Jason M. Rudd &<br>Scott D. Lawrence &<br>Lauren K. Drawhorn | jason.rudd@wickphillips.com<br>scott.lawrence@wickphillips.com<br>lauren.drawhorn@wickphillips.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Matthew P. Goren and Ryan C. Rolston | matthew.goren@weil.com<br>ryan.rolston@weil.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Paul R. Genender | paul.genender@weil.com |
| Office of the U.S. Trustee | | | ustpregion06.ty.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner,<br>Ayala Hassell,<br>Steven W. Golden,<br>Benjamin L. Wallen | mwarner@pszjlaw.com<br>ahassell@pszjlaw.com<br>sgolden@pszjlaw.com<br>bwallen@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq | rfeinstein@pszjlaw.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Randy Hanson | iCentris | | randy.hanson@icentris.com |
| Raymond Braun, Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, and Martin Ruof | c/o Richie & Gueringer, P.C. | Attn: Sheldon E. Richie and Matthew M. Cowart | srichie@rg-austin.com<br>mcowart@rg-sanantonio.com |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | tgaa@bbslaw.com |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | jprostok@forsheyprostok.com |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | robin@phelanlaw.com |
| Seacret Direct, LLC | c/o Winstead PC | Attn: Phillip Lamberson | plamberson@winstead.com<br>ssowell@winstead.com |
| Securities & Exchange Commission | Jolene M. Wise | | wisej@sec.gov |
| Spherature Investments LLC, et al | c/o McDermott Will & Emery LLP | Attn: Marcus A. Helt, Esq. | mhelt@mwe.com<br>sajones@foley.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | | claims_rmsc@pragroup.com |
| TayJak Enterprises, LLC and Daniel Stammen | c/o Palter Sims Martinez PLLC | Attn: John T. Palter and Kimberly M.J. Sims | jpalter@palterlaw.com<br>ksims@palterlaw.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Taylor Wessing LLP (UK) | Attn: Emilie Delacave; Amy Patterson | | e.delacave@taylorwessing.com a.patterson@taylorwessing.com |
| The State of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division Attn: Jason B. Binford and Abigail R. Ryan | jason.binford@oag.texas.gov abigail.ryan@oag.texas.gov |
| Titan Bank | c/o Jones, Allen & Fuquay L.L.P. | Attn: Laura L. Worsham | lworsham@jonesallen.com |
| Titan Bank | Jonathan Morris | | jmorris@titanbank.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stephen R. Butler | steve.butler@ag.tn.gov |
| Travel to Freedom, LLC | c/o Brown Fox PLLC | Attn: Eric C. Wood | eric@brownfoxlaw.com |
| Verona International Holdings, Inc. | c /o Reed Smith LLP | Attn: Keith M. Aurzada | kaurzada@reedsmith.com ddalcol@reedsmith.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Kurt F. Gwynne | kgwynne@reedsmith.com |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Bob Bruner | bob.bruner@nortonrosefulbright.com |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Ryan E. Manns | ryan.manns@nortonrosefulbright.com |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

Page 2 of 2