Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack Haake, Esq. *(Admitted Pro Hac Vice*)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:       (214) 210-2821 / Fax: (972) 528-5765
Email:    mhelt@mwe.com
Email:    jhaake@mwe.com

*COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.,* | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## DEBTORS' SECOND SUPPLEMENTAL WITNESS AND EXHIBIT LIST[2]

Spherature Investments LLC ("Spherature"), together with its affiliates identified herein, as debtors and debtors-in-possession (collectively, the "Debtors"), file this *Debtors' Second Supplemental Witness and Exhibit List* in connection with the hearing currently scheduled for October 29, 2021 at 9:45 a.m. (CT) (as may be continued or rescheduled, the "Hearing")[3].

The following matters have been set for hearing:

1.      Confirmation of *Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 459];

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.
[2] Exhibits not previously listed on either (i) *Debtors' Witness and Exhibit List* filed at Docket No. 559 or (ii) *Debtors' Amended Witness and Exhibit List* filed at Docket No. 585 appear herein in **bold type**.
[3] The Hearing was originally scheduled for October 21, 2021 at 1:30 p.m. (CT).

2. Final approval of *Disclosure Statement for Fourth Amended Joint Chapter 11 Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket No. 460];

3. *Debtors' Emergency Motion for Estimation of Certain Priority Claims Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and 28 U.S.C. § 157* [Docket No. 523]; and

4. *Agreed Emergency Motion for Approval of Compromise and Settlement with Montgomery Capital Advisers, LLC Pursuant to Bankruptcy Rule 9019* [Docket No. 588].

The Debtors designate the following witnesses and exhibits that may be offered at the Hearing.

## WITNESSES

1. Leticia Sanchez;
2. Wayne Nugent;
3. Erik Toth;
4. Simon Davies;
5. Emmett McNulty;
6. Susan Nugent;
7. Kenneth E. Head;
8. Izhak Ben Shabat;
9. Russell Nelms;
10. Jim Calandra;
11. Daniel Stammen;
12. Matt Morris;
13. Melody Yiru;
14. Blake Lindemann;
15. Joseph M. Coleman;

16. Paul Jenkins

17. Steven J. Treni

18. George Diamond

19. Any witness identified or called by any other party; and

20. Any witnesses necessary for impeachment or rebuttal.

## DEBTORS' EXHIBITS

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 1. | Amended and Restated Limited Liability Company Agreement of WorldVentures Holdings, LLC, dated to be effective as of January 1, 2018 | | | |
| 2. | Mazars Engagement Letter dated as of July 26, 2021 | | | |
| 3. | Limited Solicitation Agreement dated November 11, 2020 | | | |
| 4. | Notice of Plan Supplement [Docket No. 483] | | | |
| 5. | Notice of Supplement to Plan Supplement [Docket No. 501] | | | |
| 6. | Liquidation Analysis dated July 31, 2021 [Docket No. 460-2] | | | |
| 7. | **[Omitted]** | | | |
| 8. | WorldVentures Corporate Organization Chart | | | |
| 9. | Certificate of Service re Solicitation Materials [Docket No. 487] | | | |
| 10. | Supplemental Certificate of Service re Solicitation Materials [Docket No. 488] | | | |
| 11. | Supplemental Certificate of Service re Solicitation Materials [Docket No. 489] | | | |
| 12. | Supplemental Certificate of Service re Solicitation Materials [Docket No. 498] | | | |
| 13. | Supplemental Certificate of Service re Solicitation Materials [Docket No. 511] | | | |
| 14. | Supplemental Certificate of Service re Solicitation Materials [Docket No. 542] | | | |

| | | | | |
|---|---|---|---|---|
| 15. | Portfolio – General Management Group (https://www.generalmanagementgroup.com/portfolio; last visited 10/16/2021) | | | |
| 16. | "Investor Buys YTB International Out of Bankruptcy for $3.5 Million" (https://skift.com/2013/10/12/investor-buys-ytb-international-out-of-bankruptcy-for-3-5-million/; last visited 10/16/2021) | | | |
| 17. | April 27, 2021 E-mail from H. Grobmyer to S. Jones re Your Travel Business (YTB) | | | |
| 18. | Declaration of Paul Jenkins in Support of the Debtors' Opposition to the Motion to Compel Assumption or Rejection of Limited Solicitation Agreement [Docket No. 531-1] | | | |
| 19. | DreamTrips™ + Seacret™ Lifestyle Upgrade Overview [Docket No. 531-3] | | | |
| 20. | November 25, 2020 E-mail from T. Williams to E. Head [Docket No. 531-4] | | | |
| 21. | Powerhouses Companies Joining Forces – WorldVentures + Seacret [Docket No. 531-5] | | | |
| 22. | Proposed Order Granting Debtors' Emergency Motion for Estimation of Certain Priority Claims Pursuant to Sections 105(a) and 502(C) of the Bankruptcy Code and 28 U.S.C. § 157 [Docket No. 523-1] | | | |
| 23. | Declaration of Erik Toth in Support of the Debtors' Emergency Motion for Estimation of Certain Priority Claims Pursuant to Sections 105(a) and 502(C) of the Bankruptcy Code and 28 U.S.C. § 157 [Docket No. 523-1] | | | |
| 24. | Voting Declaration of Stretto Regarding Tabulation of Votes in Connection with the Plan for Spherature Investments LLC and Its Debtor Affiliates [Docket No. 562] | | | |
| 25. | **Agreed Emergency Motion for Approval of Compromise and Settlement with Montgomery Capital Advisers, LLC Pursuant to Bankruptcy Rule 9019 [Docket No. 588]** | | | |
| 27. | Notice of Supplement to Plan Supplement [Docket No. 571] | | | |

| | | | | |
|---|---|---|---|---|
| 28. | Case Info Website - September 16, 2021 to September 23, 2021 | | | |
| 29. | Case Info Website - September 23, 2021 to October 13, 2021 | | | |
| 30. | Case Info Website - October 13, 2021 to Present | | | |
| 31.[4] | **2010 Tax Return for WorldVentures Holdings, LLC** | | | |
| 32. | **2011 Tax Return for WorldVentures Holdings, LLC** | | | |
| 33. | **2012 Tax Return for WorldVentures Holdings, LLC** | | | |
| 34. | **2013 Tax Return for WorldVentures Holdings, LLC** | | | |
| 35. | **2014 Tax Return for WorldVentures Holdings, LLC** | | | |
| 36. | **2015 Tax Return for WorldVentures Holdings, LLC** | | | |
| 37. | **2016 Tax Return for WorldVentures Holdings, LLC** | | | |
| 38. | **2017 Tax Return for WorldVentures Holdings, LLC** | | | |
| 39. | **2018 Tax Return for WorldVentures Holdings, LLC** | | | |
| 40. | **2019 Tax Return for WorldVentures Holdings, LLC** | | | |
| 41. | **2020 Tax Return for WorldVentures Holdings, LLC (draft)** | | | |
| 42. | **Criminal Information filed March 4, 2011, Case No. 4:11-CR-00053-DDB** | | | |
| 43. | **Seacret Bid Package** | | | |
| 44. | **Seacret Agent Agreement** | | | |
| 45. | **Seacret Policies and Procedures** | | | |
| 46. | **Liquidation Analysis dated October 26, 2021** | | | |
| 47. | **Operating Agreement of WorldVentures Holdings, LLC dated as of November 10, 2005 and Second** | | | |

---

[4] Debtors are not filing the tax returns listed as exhibits 31 – 42 because they are voluminous. The Debtors will be providing electronic copies to the Court. Parties seeking these documents may request them from the Debtors.

|  | | | | |
|---|---|---|---|---|
|  | **Amendment to Operating Agreement dated as of July 15, 2015** | | | |
| 48. | **Wayne Nugent 2020 W-2** | | | |
| 49. | **Liquidation Analysis dated July 31, 2021 [Docket No. 460-2]** | | | |
| 50. | **HFG-CAP (and predecessor Halter Financial) – Transaction List** | | | |
| **Demonstratives** | | | | |
| 51. | **[Omitted]** | | | |
| 52. | **[Summary of U.S. Tax Returns]** | | | |
| 53. | [Waterfall Analysis] | | | |
|  | Any pleadings, reports, exhibits or other documents filed in the Debtors' bankruptcy cases; and | | | |
|  | Any impeachment or rebuttal exhibits or any exhibits designated by any other party. | | | |

The Debtors reserve the right to amend or supplement this Second Supplemental Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The Debtors further reserve the right to provide any documents included in this Second Supplemental Witness and Exhibit List to opposing counsel and to this Court as they become available.

Respectfully Submitted,

Dated: October 26, 2021

*/s/ Jack G. Haake*
Marcus A. Helt, Esq. (Texas Bar #24052187)
Jack G. Haake, Esq. (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:    (214) 210-2821
Fax:    (972) 528-5765
Email: mhelt@mwe.com
Email: jhaake@mwe.com

*COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2021, a true and correct copy of the foregoing document was served electronically on all parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Jack G. Haake*
Jack G. Haake