# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-42492 |
| SPHERATURE INVESTMENTS LLC § | |
| § | CHAPTER 11 |
| § | |
| DEBTORS. § | |

## ORDER SETTING HEARING

Came on for consideration, the Application of for Administrative Expenses /*Wayne Nugents Initial Application for Allowance of an Administrative Claim Pursuant to Section 503(B)(1)(A) of the Bankruptcy Code* Filed by KGS Services, LLC, Wayne Nugent, Nugent Holdings, LLC (Document 546) filed on October 15, 2021 and Amended Application of for Administrative Expenses /*Wayne Nugents Supplemental Application for Allowance of an Administrative Claim Pursuant to Section 503(B)(1)(A) of The Bankruptcy Code* Filed by KGS Services, LLC, Wayne Nugent, Nugent Holdings, LLC (Document 617) filed on October 26, 2021,

**IT IS THEREFORE ORDERED** that a telephonic hearing to consider both the Application of for Administrative Expenses /*Wayne Nugents Initial Application for Allowance of an Administrative Claim Pursuant to Section 503(B)(1)(A) of the Bankruptcy Code* Filed by KGS Services, LLC, Wayne Nugent, Nugent Holdings, LLC (Document 546) and Amended Application of for Administrative Expenses /*Wayne Nugents Supplemental Application for Allowance of an Administrative Claim Pursuant to Section 503(B)(1)(A) of The Bankruptcy Code* Filed by KGS Services, LLC, Wayne Nugent, Nugent Holdings, LLC (Document 617) shall be held:

**November 30, 2021 at 01:30 p.m.**

**Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 9857.**

**IT IS FURTHER ORDERED** that the Movant shall serve notice of this hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission or otherwise by First Class United States Mail, and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 10/27/2021

YM

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE