# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*,[1] | § § § | Case No. 20-42492 |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtors in the above-captioned cases.

On October 26, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Second Supplemental Witness And Exhibit List** (Docket No. 615)

Dated: November 1, 2021

*/s/ Amanda Hinchey*
Amanda Hinchey
STRETTO
8269 E. 23rd Ave, Suite 275
Denver, CO 80238
Telephone: 855-205-7196
Email: TeamSperature@stretto.com

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| David Watson | | 9029 S Yosemite #2303 | | Lone Tree | CO | 80124 |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | 1000 Louisiana, Suite 1700 | Houston | TX | 77002 |
| Grouply Ventures, LLC, Top Tier Travel, Inc., and Virginia Trask | c/o Scheef & Stone L.L.P. | Attn: Patrick J. Schurr | 2600 Network Boulevard Suite 400 | Frisco | TX | 75034 |
| Office of the U.S. Trustee | | 110 N. College Ave., Suite 300 | | Tyler | TX | 75702 |
| Randy Hanson | iCentris | 707 W. 700 S | | Woods Cross | UT | 84087 |
| Raymond Braun and Additional Creditors et al | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | 6609 Blanco Road, Suite 235 | San Antonio | TX | 78216 |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | 830 Menlo Ave Ste 201 | Menlo Park | CA | 94025-4734 |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | 777 Main Street Suite 1550 | Fort Worth | TX | 76102 |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | 4214 Woodfin Drive | Dallas | TX | 75220 |
| Securities & Exchange Commission | | 801 Cherry Street Suite 1900 Unit 18 | Fort Worth Regional Office | Fort Worth | TX | 76102 |
| Securities & Exchange Commission | Jolene M. Wise | 175 W. Jackson Blvd | Suite 900 | Chicago | IL | 60604 |
| Securities and Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 |
| Titan Bank | Jonathan Morris | 1701 E Hubbard Street | | Mineral Wells | TX | 76067 |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Bob Bruner | 1301 McKinney Suite 5100 | Houston | TX | 77010-3095 |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Ryan E. Manns | 2200 Ross Avenue Suite 3600 | Dallas | TX | 75201-7932 |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

# **<u>Exhibit B</u>**

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AirMed International, LLC | c/o Law Office of Christine Rister | Attn: Christine M. Rister | christine@risterlaw.com |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | | proofofclaim@becket-lee.com<br>payments@becket-lee.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul Lopez, Larry Boyd, Emily Hahn | bankruptcy@abernathy-law.com<br>plopez@abernathy-law.com<br>ehahn@abernathy-law.com |
| David Watson | | | davewatson22@hotmail.com |
| Department of Treasury - Internal Revenue Service | Attn: Faye Copple, Desiree Collard | | faye.g.garrett@irs.gov<br>desiree.a.collard@irs.gov |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: David R. Eastlake and Kristen M. Jacobsen | EastlakeD@gtlaw.com<br>JacobsenK@gtlaw.com |
| FSP Legacy Tennyson Center LLC | c/o Greenberg Traurig LLP | Attn: Tina M. Ross | RossT@gtlaw.com |
| FSP Legacy Tennyson Center, LLC | Attn: Christine Villar | | Cvillar@fspreit.com |
| Gowling WLG (Canada) LLP | Adele Cardinal | | adele.cardinal@gowlingwlg.com<br>lewis.retik@gowlingwlg.com |
| Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, And Martin Ruof | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | mcowartlaw@yahoo.com |
| Melody Yiru and Those Similarly Situated | c/o Lindeman Law Firm | Attn: Blake J. Lindemann | Blake@lawbl.com |
| Melody Yiru and Those Similarly Situated | c/o Montes Law Group PC | Attn: Rachel E. Montes | Rachel@MontesLawGroup.com |
| Montgomery Capital Advisers, LLC | c/o Wick Phillips Gould & Martin, LLP | Attn: Jason M. Rudd & Scott D. Lawrence & Lauren K. Drawhorn | jason.rudd@wickphillips.com<br>scott.lawrence@wickphillips.com<br>lauren.drawhorn@wickphillips.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Matthew P. Goren and Ryan C. Rolston | matthew.goren@weil.com<br>ryan.rolston@weil.com |
| Nancy Lieberman Charities | c/o Weil, Gotshal & Manges LLP | Attn: Paul R. Genender | paul.genender@weil.com |
| Office of the U.S. Trustee | | | USTPRegion06.TY.ECF@USDOJ.GOV |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner, Ayala Hassell, Steven W. Golden, Benjamin L. Wallen | mwarner@pszjlaw.com<br>ahassell@pszjlaw.com<br>sgolden@pszjlaw.com<br>bwallen@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq | rfeinstein@pszjlaw.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Randy Hanson | iCentris | | Randy.hanson@iCentris.com |
| Raymond Braun and Additional Creditors et al | c/o The Law Offices of Matthew M. Cowart, P.C. | Attn: Matthew M. Cowart | mcowartlaw@yahoo.com |
| Raymond Braun, Janie Braun, Braun Marketing Company, Matt Morris, Rhonda Morris, Dr. Troy Brown, Kathy Brown, Kari Schneider, Lisha Schneider, Byron Schrag, and Martin Ruof | c/o Richie & Gueringer, P.C. | Attn: Sheldon E. Richie and Matthew M. Cowart | srichie@rg-austin.com<br>mcowart@rg-sanantonio.com |
| Salesforce.com Inc. | c/o Bialson, Bergen & Schwab a Professional Corporation | Attn: Thomas M. Gaa | tgaa@bbslaw.com |
| Salesforce.com Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok | jprostok@forsheyprostok.com |
| Salesforce.com Inc. | c/o PhelanLaw | Attn: Robin Phelan | robin@phelanlaw.com |
| Seacret Direct, LLC | c/o Winstead PC | Attn: Phillip Lamberson | plamberson@winstead.com<br>ssowell@winstead.com |
| Securities & Exchange Commission | Jolene M. Wise | | wisej@sec.gov |

In re: Spherature Investments LLC, et al.
Case No. 20-42492

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Spherature Investments LLC, et al | c/o McDermott Will & Emery LLP | Attn: Marcus A. Helt, Esq. | mhelt@mwe.com sajones@foley.com |
| Synchrony Bank | c/o PRA Receivables Management, LLC | | Claims_RMSC@PRAGroup.com |
| TayJak Enterprises, LLC and Daniel Stammen | c/o Palter Sims Martinez PLLC | Attn: John T. Palter and Kimberly M.J. Sims | jpalter@palterlaw.com ksims@palterlaw.com |
| Taylor Wessing LLP (UK) | Attn: Emilie Delacave; Amy Patterson | | E.Delacave@taylorwessing.com A.Patterson@taylorwessing.com |
| The State of Texas | c/o Office of the Attorney General of Texas | Bankruptcy & Collections Division | jason.binford@oag.texas.gov abigail.ryan@oag.texas.gov |
| Titan Bank | c/o Jones, Allen & Fuquay L.L.P. | Attn: Laura L. Worsham | lworsham@jonesallen.com |
| Titan Bank | Jonathan Morris | | jmorris@titanbank.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stephen R. Butler | steve.butler@ag.tn.gov |
| Travel to Freedom, LLC | c/o Brown Fox PLLC | Attn: Eric C. Wood | eric@brownfoxlaw.com |
| Verona International Holdings, Inc. | c /o Reed Smith LLP | Attn: Keith M. Aurzada | KAurzada@reedsmith.com DDalcol@reedsmith.com |
| Verona International Holdings, Inc. | c/o Reed Smith LLP | Attn: Kurt F. Gwynne | KGwynne@ReedSmith.com |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Bob Bruner | bob.bruner@nortonrosefulbright.com |
| Wayne Nugent, KGS Services LLC and Nugent Holdings LLC | c/o Norton Rose Fulbright US LLP | Attn: Ryan E. Manns | ryan.manns@nortonrosefulbright.com |