Marcus A. Helt (Texas Bar No. 24052187)
Debbie E. Green (Texas Bar No. 24059852)
Jack G. Haake (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: (214) 210-2821 / Fax: (972) 528-5765
mhelt@mwe.com
dgreen@mwe.com
jhaake@mwe.com

*COUNSEL FOR THE DEBTORS*
*AND DEBTORS-IN-POSSESSION*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SPHERATURE INVESTMENTS LLC, *et al.*, | § § § § | Case No.: 20-42492 |
| Debtors.[1] | § | Jointly Administered |

## NOTICE OF FILING OF STIPULATION

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and Verona International Holdings, Inc. (the "Purchaser") executed that certain *Stipulation Memorializing Bid Improvement by Verona International Holdings, Inc.* (the "Stipulation").

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Stipulation is attached hereto as Exhibit A.

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

1

Dated: November 16, 2021               Respectfully Submitted,

/s/ Debbie E. Green
Marcus A. Helt (Texas Bar #24052187)
Debbie E. Green (Texas Bar #24059852)
Jack G. Haake (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 214) 210-2821
Fax: 972) 528-5765
mhelt@mwe.com
dgreen@mwe.com
jhaake@mwe.com

***COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION***

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 16, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

/s/ Debbie E. Green
Debbie E. Green

2