Marcus A. Helt (Texas Bar #24052187)
Debbie Green (Texas Bar #24059852)
Jack Haake *(Admitted Pro Hac Vice)*
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 214.210.2821
Fax: 972.528.5765
mhelt@mwe.com
dgreen@mwe.com
jhaake@mwe.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No.: 20-42492** |
| *et al.* | § | |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |
| | § | |

## NOTICE OF CONFIRMATION AND EFFECTIVE DATE

**PLEASE TAKE NOTICE** that, on November 12, 2021, the United States Bankruptcy Court for the Eastern District of Texas (the "Court") entered the *Order Approving Disclosure Statement and Confirming Final Amended Joint Plan for Spherature Investments LLC and Its Debtor Affiliates* [Docket. No. 708] (the "Confirmation Order"). Among other things, the Confirmation Order approved the Debtors' *Final Amended Joint Plan for Spherature Investments LLC and Its Debtor Affiliates*, a copy of which was attached to the Confirmation Order (the

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases are: Spherature Investments LLC f/k/a WorldVentures Holdings, LLC and d/b/a WorldVentures Holdings EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

1

"Plan"), and authorized the above captioned debtors and debtors-in-possession (collectively, the "Debtors") to implement the Plan on the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, on **November 12, 2021**, the **Effective Date** under the Plan occurred.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Liquidating Trustee, any Holder of a Claim or Equity Interest, such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is Impaired under the Plan and whether or not such Holder voted to accept the Plan, and any party in interest of these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/Spherature/court-docket/. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txeb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 17, 2021

Respectfully Submitted,

*/s/ Debbie E. Green*
Marcus A. Helt (Texas Bar No. 24052187)
Debbie E. Green (Texas Bar No. 24059852)
Jack G. Haake (Admitted *Pro Hac Vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: (214) 210-2821
Fax: (972) 528-5765
mhelt@mwe.com
dgreen@mwe.com
jhaake@mwe.com

***COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION***

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest to these Cases by the Court's PACER system.

*/s/ Debbie E. Green*
Debbie E. Green