EOD

01/12/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION OF
FOLEY & LARDNER LLP, AS COUNSEL TO THE DEBTORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE
PERIOD FROM DECEMBER 21, 2020 THROUGH NOVEMBER 12, 2021**

Upon consideration of the *Second Interim and Final Application of Foley & Lardner LLP, as Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 21, 2020 through November 12, 2021* (the "**Final Fee Application**")[2] filed by Foley & Lardner LLP ("**Foley**"), and upon the Court finding that, based on the record herein, (i) it has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) Foley has shown good, sufficient, and sound business purpose and justification for the relief awarded in this Order; (iv) the amounts provided for herein are reasonable for actual and necessary services rendered and expenses incurred by Foley on behalf of the Debtors; (v) proper and adequate notice of the Final Fee Application has been provided, no objections to the Final Fee Application were filed, and no other or further notice is necessary; and (vi) good and sufficient cause exists for granting the relief set forth herein, it is hereby ORDERED that:

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases ("**Cases**") are: Spherature Investments LLC EIN#5471; Rovia, LLC EIN#7705; WorldVentures Marketing Holdings, LLC EIN#3846; WorldVentures Marketplace, LLC EIN#6264; WorldVentures Marketing, LLC EIN#3255; WorldVentures Services, LLC EIN#2220.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Final Fee Application.

1

4844-7859-5070.2

1. The Final Fee Application is **GRANTED** as provided herein.

2. For the period of August 1, 2021 through and including November 12, 2021 (the "**Second Interim Period**") Foley's fees and expenses incurred are hereby allowed and approved on a <u>final</u> basis pursuant to section 330 of the Bankruptcy Code in the aggregate amount of **$135,320.50** in fees and **$4,493.80** in expenses.

3. For the period of December 21, 2020 through and including November 12, 2021 (the "**Final Period**") Foley's fees and expenses incurred are hereby allowed and approved on a <u>final</u> basis pursuant to section 330 of the Bankruptcy Code in the aggregate amount of **$2,533,278.00**[3] in fees and **$70,700.44** in expenses for the Final Period.

4. The Debtors are authorized and directed to pay to Foley the **UNPAID TOTAL** amounts approved herein, including, but not limited to, the balance of **$1,021,766.80** in fees and **$27,629.80** in expenses, representing unpaid fees and expenses incurred during the Final Period.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. This Court retains jurisdiction on all matters arising from or related to the implementation of this Order.

Signed on 1/12/2022

_Brenda T. Rhoades_ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[3] The total amount for the Final Fee Period represents (a) $2,518,278.00 in professional fees from December 21, 2020 through November 12, 2021, and (b) $15,000.00 in estimated professional fees incurred or to be incurred after November 20, 2021 for preparation and prosecution of this Final Fee Application.

Submitted and Prepared by:

*/s/ Steven C. Lockhart*
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Thomas C. Scannell (TX 24070559)
Stephen A. Jones (TX 24101270)
**Foley & Lardner LLP**
2021 McKinney Avenue
Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
rslovak@foley.com
slockhart@foley.com
tscannell@foley.com
sajones@foley.com

**COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

4844-7859-5070.2